THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

RONALD KINGSLEY, ET AL., :
Plaintiffs :
:
VS. : C.A. NO. 03-208L
:
JEFFREY DERDERIAN, ET AL., :
Defendants :

SUPPLEMENTAL STATEMENT OF
COMPLIANCE WITH LOCAL RULE 36(b)

Defendant Anheuser-Busch, Inc. hereby supplements its Statement of Compliance with Local Rule 36(b) in the above-captioned matter by filing certified copies of documents which were docketed by the Superior Court file in Providence Superior Court Civil Action No. 03-1171 (see certified copy of Superior Court's "Docket Event Listing", previously filed) but which were not located in said Superior Court file at the time of the removal. These documents have now been placed in the Superior Court file. The certified copies which are attached hereto are as follows:

Petition for Entry of Preliminary Case Management Management Order, filed 4/23/03 ["Docket Event Listing" #3]

Order of Judge Alice B. Gibney re closing of The Station property date, entered 5/6/03 ["Docket Event Listing" #10]

Memorandum in Support of Objection to the Petition for Entry of Preliminary Case Management Order , filed 5/8/03 ["Docket Event Listing" #11]

Pretrial Order No. 1 (Preliminary Case Management Order) of Judge Alice B. Gibney, entered 5/9/03 ["Docket Event Listing" #12]

Pretrial Order No. 2 of Judge Alice B. Gibney, entered 5/9/03 ["Docket Event Listing" #13]

Order for Transcript, filed 5/15/03 ["Docket Event Listing" #14]

Pretrial Order No. 2 (Case Management Order) of Judge Alice B. Gibney, entered 5/27/03 ["Docket Event Listing" #15]

4

DEFENDANT, ANHEUSER-BUSCH, INC.
By its Attorneys,

Joseph V. Cavanagh, Jr. (#1139)
Kristin E. Rodgers (#4842)
BLISH & CAVANAGH, LLP
Commerce Center
30 Exchange Terrace
Providence, RI 02903
Telephone: (401) 831-8900
Facsimile: (401) 751-7542

CERTIFICATION

I hereby certify that on the 4th day of June, 2003 I caused a true copy of the foregoing Supplement to State Court Record to be sent via first-class mail, postage prepaid to Stefanie DiMaio-Larivee, 215 Broadway, Providence, RI 02903.

Anhe3602.aff

True Copy Attest

[signature]

Office of Clerk of Superior Court
Counties of Providence & Bristol
Providence, Rhode Island

STATE OF RHODE ISLAND
PROVIDENCE, SC.

SUPERIOR COURT

IN RE: THE STATION FIRE IN WEST WARWICK, RHODE ISLAND ON FEBRUARY 20, 2003

M.P. NO.: 03-1326
M.P. NO.: 03-1346
C.A. NO.: 03-1171
C.A. NO.: 03-1084

# PETITION FOR ENTRY OF PRELIMINARY CASE MANAGEMENT ORDER

Petitioners respectfully request that this Court enter an initial case management order to govern the orderly administration of this litigation. In support of this Petition, Petitioners would show:

1. The February 20, 2003 fire at The Station nightclub in West Warwick, Rhode Island resulted in 99 deaths and serious injuries to hundreds of individuals. Presiding Justice Joseph Rogers has appointed Justice Alice Gibney to preside over all litigation arising from this tragic event. To date, the overwhelming majority of potential plaintiffs and their lawyers have refrained from filing suit, although at least three actions are pending. It can reasonably be anticipated that at some point hundreds of claims will be advanced by potential plaintiffs.

2. Numerous plaintiffs and their lawyers have worked cooperatively to permit cases to be filed in an orderly manner and after due investigation. To these ends, your petitioners have taken steps for the benefit of all plaintiffs to secure physical evidence, and this Court has approved those actions. *See* Orders dated March 24, 2003 and March 31, 2003 copies of which are attached.

3. The three proposed Interim Lead Counsel have conferred and discussed the most immediate problems facing the potential parties, and the Court, in this litigation, and propose a Preliminary Case Management Order as Pretrial Order No. 1 in the form submitted with this Petition.

SUPERIOR COURT
FILED
HENRY S. KINCH JR., CLERK
2003 APR 23 P 12: 16

The fundamental purpose of the order is to put in place some initial case management provisions that should be non-controversial, serve the interests of all parties to this litigation, and obviate court hearings on matters that should not be in dispute. These provisions include the establishing of a Master Service List to identify parties (and potential parties) and their counsel, creating a standard caption for pleadings, asking counsel for all parties to familiarize themselves with the ANNOTATED MANUAL FOR COMPLEX LITIGATION THIRD DAVID F. HERR (West 2003), and a requirement that all parties preserve records in their custody that may be relevant to the subject matter of this litigation. Petitioners have retained David F. Herr as a consultant in this litigation.

4. Because of the immediate need for organization of the parties and to give them an opportunity to confer, the undersigned propose appointment of Interim Lead Counsel for the Plaintiffs. Your petitioners aver that this step is necessary and will permit the parties to have the immediate benefits of lead counsel to coordinate and organize the litigation. Attorneys Mark Mandell and Max Wistow have demonstrated their capability, capacity to serve, and their willingness to approach this litigation on a long-term basis and for the benefit of all plaintiffs and, ultimately, all parties. Donald Migliori, of the firm of Ness Motley, shares in these capabilities, capacity and willingness and is well known to this Court from his participation in asbestos litigation. The defendants should be directed to create a similar process for selection of liaison counsel.

5. Petitioners believe that this Court should establish regular status conferences with Interim Lead Counsel for plaintiffs and Liaison Counsel for the defendants, as well as any other interested counsel, and that the proposed order provides for these conferences, in a manner that suits the Court's convenience.

Petitioners believe the entry of this Case Management Order will serve to advance the interests of the sound administration of this litigation and the interests of all parties and respectfully request that it be entered forthwith.

Dated: April 23, 2003

Respectfully submitted,

JUDITH O'BRIEN, LAWRENCE FICK,
and DEBORAH LEMAY,
Petitioners by their Attorneys,

Hearing date:
Thursday, May 1st, '03
9:45 A.M.
Courtroom 10
Gidney J.

Mandell, Schwartz & Boisclair
One Park Row
Providence, RI 02903
Telephone: (401) 273-8330
Facsimile: (401) 751-7830

Mark S. Mandell Bar # 0502
Yvette M. Boisclair Bar # 4199

CLAIR BRUYERE, NANCY A. LEE,
and MICHAEL PERREAULT,
Petitioners by their Attorneys,

Wistow & Barylick
61 Weybosset Street
Providence, RI 02903
Telephone: (401) 831-2700
Facsimile: (401) 272-9752

Max Wistow Bar #0330

**CERTIFICATION**

I hereby certify that I mailed a true and accurate copy of the within by regular mail, postage prepaid, to the following on this 23 day of April, 2003.

Kathleen A. Welley

Thomas C. Angelone, Esq.
HODOSH, SPINELLA & ANGELONE
One Turks Head Place, Suite 1050
Providence, RI 02903

Stephen E. Breggia, Esq.
BREGGIA, BOWEN & GRANDE
395 Smith Street
Providence, RI 02908

Joseph B. Burns, Esq.
ROME MCGUIGAN SABANOSH, P.C.
One State Street
Hartford, CT 06103

Brian R. Cunha, Esq.
LAW OFFICES OF BRIAN CUNHA & ASSOCIATES
904 Broadway
East Providence, RI 02914

Anthony F. DeMarco, Esq.
REYNOLDS, DEMARCO & BOLAND, LTD.
170 Westminster Street, Suite 200
Providence, RI 02903

Marc DeSisto, Esq.
DESISTO LAW
211 Angel Street
Providence, RI 02906

Curtis R. Diedrich, Esq.
Edward T. Hinchey, Esq.
SLOANE & WALSH
Three Center Plaza
Boston, MA 02108

Attorney Stefanie DiMaio-Larivee
215 Broadway
Providence, RI 02903

Christopher C. Fallon, Jr., Esq.
REYNOLDS, DEMARCO & BOLAND, LTD.
170 Westminster Street, Suite 200
Providence, RI 02903

Attorney Joyce A. Faraone
400 Reservoir Avenue, Suite 3G
Providence, RI 02907

William A. Filippo, Esq.
373 Elmwood Avenue
Providence, RI 02907

James P. Howe, Esq.
215 Broadway
Providence, RI 02903

Scott Hubbell, Esq.
SUMMERS LAW OFFICE
P. O. Box 306
Franklin, MA 02038

Patrick T. Jones, Esq.
COOLEY MANION JONES, LLP
21 Custom House Street
Boston, MA 02110

Laurence H. Leavitt, Esq.
FRIEDMAN, GAYTHWAITE, WOLF & LEAVITT
Six City Center
P.O. Box 4726
Portland, ME 04112

Patrick C. Lynch, Attorney General
RHODE ISLAND DEPARTMENT
OF ATTORNEY GENERAL
150 South Main Street
Providence, RI 02903

Daniel P. McKiernan, Esq.
146 Westminster Street
Providence, RI 02903

Donald Migliori, Esq.
NESS MOTLEY
321 South Main Street, Suite 402
Providence, RI 02903

Steven A. Minicucci, Esq.
373 Elmwood Avenue
Providence, RI 02907

Ralph J. Monaco, Esq.
CONWAY & LONDREGAN
38 Huntington Street
P. O. Box 1351
New London, CT 06320

Oleg Nikolyszyn, Esq.
155 South Main Street, Suite 303
Providence, RI 02903

Mark T. Nugent, Esq.
Paul Sullivan, Esq.
MORRISON, MAHONEY & MILLER
One Providence Washington Plaza
Providence, RI 02903

J. Renn Olenn, Esq.
OLENN & PENZA, LLP
530 Greenwich Avenue
Warwick, RI 02886

Russell X. Pollock, Esq.
CAMPBELL, CAMPBELL, EDWARDS & CONROY
One Constitution Plaza
Boston, MA 02129

Charles N. Redihan, Jr., Esq.
KIERNAN, PLUNKETT & REDIHAN
91 Friendship Street
Providence, RI 02903

James A. Ruggieri, Esq.
HIGGINS, CAVANAGH & COONEY
123 Dyer Street
Providence, RI 02903

Christopher L. Russo, Esq.
888 Reservoir Avenue
Cranston, RI 02910

Michael A. St. Pierre, Esq.
REVENS REVENS & ST. PIERRE, P.C.
946 Centerville Road
Warwick, RI 02886

Attorney Ann Scheeley
LAW OFFICE OF DONALD E. GREENE
2235 Washington Street
Roxbury, MA 02119

Randall L. Souza, Esq.
Fred A. Kelly, Jr., Esq.
NIXON PEABODY LLP
One Citizens Plaza, Suite 700
Providence, RI 02903

Mark D. Tourgee, Esq.
INMAN & TOURGEE
1193 Tiogue Avenue
Coventry, RI 02816

Timothy A. Williamson, Esq.
INMAN & TOURGEE
1193 Tiogue Avenue
Coventry, RI 02816

Max Wistow, Esq.
WISTOW & BARYLICK
61 Weybosset Street
Providence, RI 02903

Mark S. Mandell, Esq.
Yvette M. Boisclair, Esq.
MANDELL, SCHWARTZ & BOISCLAIR
One Park Row
Providence, RI 02903

Mark B. Decof, Esquire
DECOF & DECOF, P.C.
One Smith Hill
Providence, RI 02903

STATE OF RHODE ISLAND
PROVIDENCE, SC.

SUPERIOR COURT

IN RE: THE STATION FIRE IN
WEST WARWICK, RHODE ISLAND
ON FEBRUARY 20, 2003

M. P. NO.: 03-1326
M. P. NO.: 03-1346
M. P. NO.: 03-1431

## ORDER

This matter is before the Court on the Miscellaneous Petition of Luis F. Alves, Mary A. Alves, and Robert W. Rager, Judith O'Brien, Lawrence Fick and Deborah Lemay, Claire Bruyere, Nancy A. Lee and Michael Perreault and others ("Potential Plaintiffs") who are Potential Plaintiffs in lawsuits yet to be filed arising out of the tragic fire which occurred on February 20, 2003, at 211 Cowesett Avenue, West Warwick, Rhode Island (the "Fire") also known as The Station (the "Premises") and on the Miscellaneous Petition of Unnamed Defendants (defined below) ("Petitioners").

All the Petitioners seek an Order from this Court authorizing a team of experts that has been retained by the Petitioners' attorneys to have immediate access to the fire scene for the purposes of

(a) Documentation and investigation of the fire site, including photography, video recording, and detailed measurements;

(b) Tagging and photographing, in place, identifiable artifacts including structural components, building system (e.g. heating, ventilation, air conditioning, wiring) components, finishes, fixtures, and building content samples;

(c) Sorting, identifying, documenting, and recording all other artifacts of interest, including but not limited to the items described in subparagraph (b) above; and

Daniel P. McKiernan, Esq.
146 Westminster Street
Providence, RI 02903
*Counsel for Triton Realty, Inc.*

Charles N. Redihan, Jr., Esq.
KIERNAN, PLUNKETT & REDIHAN
91 Friendship Street
Providence, RI 02903

**and mailed and faxed to:**

Marc DeSisto, Esq.
DeSISTO LAW
211 Angell Street
P.O. Box 2563
Providence, RI 02906
*Counsel for Town of West Warwick*

J. Renn Olenn, Esq.
OLENN & PENZA, LLP
530 Greenwich Avenue
Warwick, RI 02886
*Counsel for AIG Insurance Company*

Timothy A. Williamson, Esq.
1193 Tiogue Avenue
Coventry, RI 02816

Brian R. Cunha, Esq.
LAW OFFICES OF BRIAN CUNHA & ASSOCIATES
904 Broadway
East Providence, RI 02914

Stephanie DiMaio-Larivee, Esq.
215 Broadway
Providence, RI 02903
*Counsel for Plaintiff Ronald Kingsley as parent and Next Friend of Zoe Jean Kingsley, a minor, and on behalf of all beneficiaries of Lisa Kelly, decedent*

Sloan & Walsh
One Center Plaza
Boston, MA 02108

Mark D. Tourgee, Esq.
1193 Tiogue Avenue
Coventry, RI 02816

Tara M. Cirella

True Copy Attest
Office of Clerk of Superior Court
Counties of Providence & Bristol
Providence, Rhode Island

STATE OF RHODE ISLAND
PROVIDENCE, SC.

SUPERIOR COURT

IN RE: THE STATION FIRE IN WEST WARWICK, RI ON FEBRUARY 20, 2003

M.P. NO.: 03-1326
M.P. NO.: 03-1346
C.A. NO.: 03-1171
C.A. NO.: 03-1084

**ORDER**

This matter came on to be heard before Ms. Justice Gibney on the Town of West Warwick's Oral Motion for an Order from this Court to close The Station property to any and all parties as of this date, namely May 1, 2003, and to allow the Town of West Warwick to close said site and to clean said property, including but not limited to filling in said foundation, removing the fencing which surrounds the site, as well as whatever work the Town deems appropriate and necessary for the public health, safety and welfare of said site.

Moreover, as of May 1, 2003, the Plaintiffs, and specifically Attorneys, DeCof, Mandell and Wistow, are no longer responsible for the payment of police protection at said site.

After Hearing thereon, it is hereby:

**ORDERED, ADJUDGED AND DECREED:**

1. That The Station property may be closed to any and all parties as of May 1, 2003;

2. That Plaintiffs, and specifically Attorneys, DeCof, Mandell and Wistow, are no longer responsible for the payment of police protection at said site.

ENTERED as an Order of this Court this 6th day of May, 2003.

ENTERED:

Gibney, J. J.

PER ORDER:

Deputy Clerk

PRESENTED BY:

Mark D. Tourgee, Esq. #3296
1193 Tiogue Avenue
Coventry, RI 02816
(401) 823-9200

SUPERIOR COURT
FILED
HENRY S. KINCH JR.
03 MAY -5 AM 10: 44

**CERTIFICATION**

I hereby certify that I forwarded a true copy of the within Order to Ms. Justice Gibney, Providence County Superior Court, 250 Benefit Street, Providence, RI 02903, and to all counsel of record as follows, by regular mail, postage pre-paid, on this 2nd day of May, 2003.

[signature]

Thomas C. Angelone, Esq.
HODOSH, SPINELLA & ANGELONE
One Turks Head Place, Suite 1050
Providence, RI 02903

Brian R. Cunha, Esq.
BRIAN CUNHA & ASSOCIATES
904 Broadway
East Providence, RI 02914

Anthony F. DeMarco, Esq.
REYNOLDS, DeMARCO & BOLAND, LTD.
170 Westminister Street, Suite 200
Providence, RI 02903

Mark S. Mandell, Esq.
MANDELL, SCWARTZ & BOISCLAIR
One Park Road
Providence, RI 02903

James Lee, Esq., Chief, Civil Division
DEPT. OF ATTORNEY GENERAL
STATE OF RHODE ISLAND
150 South Main Street
Providence, RI 02903

Curtis R. Diedrich, Esq.
Edward T. Hinchey, Esq.
SLOAN & WALSH
3 Center Plaza
Boston, MA 02108

Daniel P. McKiernan, Esq.
LAW OFFICE OF DANIEL P. MCKIERNAN
146 Westminster Street
Providence, RI 02903

Charles N. Redihan, Jr., Esq.
KIERNAN, PLUNKETT & REDIHAN
91 Friendship Street
Providence, RI 02903

Mark T. Nugent, Esq.
MORRISON, MAHONEY & MILLER
One Providence Washington Plaza, 6th Floor
Providence, RI 02903

Marc DeSisto, Esq.
DESISTO LAW
211 Angell Street, P.O. Box 2563
Providence, RI 02906

James A. Ruggieri, Esq.
HIGGINS, CAVANAGH & COONEY, LLP.
123 Dyer Street
Providence, RI 02903

Max Wistow, Esq.
WISTOW & BARYLICK
61 Weybosset Street
Providence, RI 02903

Stephen E. Breggia, Esq.
BREGGIA, BOWEN & GRANDE
395 Smith Street
Providence, RI 02908

Joseph B. Burns, Esq.
ROME, McGUIGAN, SABANOSH, P.C.
One State Street
Hartford, CT 06103

Christopher C. Fallon, Jr., Esq.
REYNOLDS, DeMARCO & BOLAND, LTD.
170 Westminister Street, Suite 200
Providence, RI 02903-2196

Joyce A. Faraone, Esq.
400 Reservoir Avenue, Suite 3G
Providence, RI 02907

James P. Howe, Esquire
215 Broadway
Providence, RI 02903

Patrick T. Jones, Esq.
COOLEY, MANION, JONES, LLP.
21 Custom House Street
Boston, MA 02110

Christopher L. Russo, Esq.
888 Reservoir Avenue
Cranston, RI 02910

Steven A. Minicucci, Esq.
JOHN N. CALVINO LAW ASSOCIATES
373 Elmwood Avenue
Providence, RI 02907

Michael A. St. Pierre, Esq.
REVENS, REVENS & ST. PIERRE, P.C.
946 Centerville Road
Warwick, RI 02886

Randall L. Souza, Esq.
Fred A. Kelly, Jr., Esq.
NIXON PEABODY, LLP.
One Citizens Plaza, Suite 700
Providence, RI 02903

Gerald C. DeMaria, Esq.
HIGGINS, CAVANAGH & COONEY, LLP.
123 Dyer Street
Providence, RI 02903

Ronald J. Resmini, Esq.
155 South Main Street, Suite 400
Providence, RI 02903

Scott Hubbell, Esq.
SUMNER LAW OFFICE
P.O. Box 306
Franklin, MA 02038

William A. Filippo, Esq.
373 Elmwood Avenue
Providence, RI 02907

Oleg Nikolyszyn, Esq.
155 South Main Street, Suite 303
Providence, RI 02903

Donald Migliori, Esq.
NESS, MOTLEY
321 South Main Street, Suite 402
Providence, RI 02903

Stephanie DiMaio-Larivee, Esq.
215 Broadway
Providence, RI 02903

Marc B. Decof, Esq.
DECOF & DECOF, P.C.
One Smith Hill
Providence, RI 02903

Ann Scheeley, Esq.
LAW OFFICE OF DONALD E. GREENE
2235 Washington Street
Roxbury, MA 02119

Russell X. Pollack, Esq.
CAMPBELL, CAMPBELL,
EDWARDS & CONROY
One Constitution Plaza
Boston, MA 02129

Daniel J. Horgan, Esq.
HORGAN LAW OFFICES
5 Shaw's Cove, Suite 200
New London, CT 06320

Daniel T. Carillo, Esq.
51 Jefferson Boulevard
Warwick, RI 02888

George L. Santopietro, Esq.
COIA & LEPORE, LTD.
226 South Main Street
Providence, RI 02903

David E. Russell, Esq.
RUSITZKY AND RUSSELL
324 Union Street
New Bedford, MA 02740

Robert I. Reardon, Jr., Esq.
THE REARDON LAW FIRM, P.C.
160 Hempstead Street
P.O. Drawer 1430
New London, CT 06320

Ralph J. Monaco, Esq.
CONWAY & LONDREGAN
38 Huntington Street
P.O. Box 1351
New London, CT 06320

Janet J. Goldman, Esq.
51 Jefferson Boulevard, Suite 7
Warwick, RI 02888

Paul J. Fearns, Esq.
200 Centerville Road, Suite One
Warwick, RI 02886

Kenneth A. Schreiber, Esq.
SCHREIBER & SCHREIBER
37 Sockanosset Cross Road
Cranston, RI 02920

Laurence H. Leavitt, Esq.
FRIEDMAN, GAYTHWAITE,
WOLF & LEAVITT
Six City Center
P.O. Box 4726
Portland, ME 04112

J. Renn Olenn, Esq.
OLENN & PENZA, LLP.
530 Greenwich Avenue
Warwick, RI 02886

True Copy Attest

Office of Clerk of Superior Court
Counties of Providence & Bristol
Providence, Rhode Island

STATE OF RHODE ISLAND
PROVIDENCE, SC

SUPERIOR COURT

IN RE. THE STATION FIRE
In West Warwick, Rhode Island,
On February 20, 2003.

M.P. NO. 03-1326
M.P. NO. 03-1346
C.A. NO. 03-1171
C.A. NO. 03-1084

MEMORANDUM IN SUPPORT OF OBJECTION TO THE PETITION FOR ENTRY OF PRELIMINARY CASE MANAGEMENT ORDER

*I. Introduction*

The Town of West Warwick objects to the Petition for Entry of Preliminary Case Management Order (hereinafter "Petition"), of Petitioners, Judith O'Brien, Lawrence Fick, Deborah LeMay, Clair Bruyere, Nancy A. Lee, and Michael Perreault. Petitioners specifically seek to have this Court enter an Order controlling the actions of all plaintiffs and defendants to potential litigation that may be filed as a result of the February 20, 2003, Station fire in West Warwick. Presumptively, Petitioners' proposed Order would also govern those parties to a pending federal action and the future federal actions anticipated to be filed as a result of the tragic February 20, 2003, accident. The Town of West Warwick (hereinafter "Town) hereby objects to the entry of a unilateral State Court Preliminary Case Management Order.

*II. Argument*

The Town submits, in the first instance, that the entry of such a unilateral Order may infringe upon the jurisdictional province of the Federal Court. Currently, three (3) individuals claiming to be injured as a result of the fire of February 20, 2003, have filed an action in the Federal District Court for the District of Rhode Island. As the Town has made clear to this Court and to all potential plaintiffs, it likewise plans to remove any civil action filed in State Court to

SUPERIOR COURT FILED HENRY S. KINCH, JR., CLERK 2003 MAY -8 P 12:11

the Federal Court that fits the criteria for removal. The federal jurisdiction of the pending federal claim as well as the basis for the Town's removal is the newly enacted statute entitled, "Multiparty, multiforum jurisdiction," *28 U.S.C. § 1369.*

Section 1369 of Title 28 of the U.S. Code—enacted November 2002, with an effective application date of February 2, 2003—grants the Federal District Court "original jurisdiction of any civil action involving minimal diversity between adverse parties that arise from a single accident, where at least 75 natural persons have died in the accident," provided that two (2) or more defendants are residents of different states.[1] *28 U.S.C. § 1359(a)(2).* Under the statute, minimal diversity exists when any party is a citizen of a state and an adverse party is a citizen of another State. *28 U.S.C. § 1359(c).* One limitation to the Federal Court's jurisdiction is the requirement that a majority of the plaintiffs must not be citizens of the same State as the primary defendants. *28 U.S.C. § 1369(b).*

In this case, the parties requesting the Preliminary Order have not filed complaints or notices of claims against the Town. Consequently, it is difficult to assess the federal jurisdiction of these potential claims. However, the complaints that have been filed in both the State Court and the Federal Court provide guidance in determining the applicability of the instant case under *28 U.S.C. § 1369.* For example, in the Federal Complaint, which relies upon *28 U.S.C. § 1369* as its jurisdictional basis, the plaintiffs (all Rhode Island residents) seek to maintain claims against at least twelve (12) out-of-state residents, including the band members, the individuals that allegedly lit the pyrotechnics that led to the fire, as well as the band's record and

[1] Alternatively, jurisdiction under *28 U.S.C. § 1369* is found where a defendant resides in a different state from the state where a substantial part of the accident took place; or where substantial parts of the accident took place in different states. *28 U.S.C. § 1369(a)(1) & § 1369(a)(3).*

management companies. The Federal Complaint also seeks to maintain a claim against the out-of-state distributor/manufacturer of the pyrotechnics that allegedly caused the fire and the out-of-state owner of the building. The Complaint filed in State Court, which the Town anticipates removing upon proper service, names sixteen (16) plaintiffs from at least two (2) different states. The State Court action likewise names both Rhode Island residents as defendants as well as at least five (5) out-of-state residents as defendants.[2] Similar to the federal action, the state court action seeks to maintain a claim against the out-of-state pyrotechnic corporation, its parent corporation, and the out-of-state owners of the building. In addition, the pending State Court Complaint adds a claim against the out-of-state manufacturer of the sound-proofing foam that is alleged to have contributed to the fire.

These pending suits demonstrate that there is a strong probability that the Federal Court will have jurisdiction over the Complaints arising from the fire, pursuant to *28 U.S.C. § 1369.* As such, the Town objects to the State Court imposing any State Court Preliminary Orders that will dictate the actions of potential parties. Rather, the proper arena for such preliminary orders rests in the Court with the likely jurisdictional control, namely, the Federal Court.

The Town further submits that the instant Petition is an attempt by the petitioners to divest the Federal Court of jurisdiction over the potential matters. In essence, however well intentioned, the petitioners are seeking to dictate the forum of the potential cases irrespective of the proper jurisdictional basis for the same. The problem with this approach is the distinct possibility that portions of this action will remain in the Superior Court for two (2) years or more subject to this Court's Orders governing discovery, resolving discovery motions, and so forth.

[2] Although the Town is not yet named in the State Court action, the Town has received notice

At the conclusion of this timeframe, when petitioners finally file a complaint and the Town removes the case to the Federal Court, the petitioners will use this Court's well-intentioned past Orders to fight the removal and to seek to prevent the Federal Court from exercising its jurisdictional powers. The Town submits that this Court should not be used in such a manner.

Rather, the Town would suggest that a workable alternative to this problem is for this Court to coordinate with the Federal Court and enter a joint preliminary order dictating the parties, potential parties, and pretrial litigation issues, including the cooperation of the Courts in hearing and addressing pretrial motions that may arise. This is warranted not only because of the anticipation that the claims will be removed to the Federal Court but also because there is currently a pending Complaint in the Federal Court. Moreover, this is in fact the approach recommended by the Annotation that the Petitioners ask this Court to adopt as a guideline for case management procedures. *See also* *Annotated Manual for Complex Litigation, Third,* *David F. Herr, at 431-432 (stressing importance of state and federal courts cooperation in preliminary management of complex litigation).* As noted by Mr. Herr, in order to facilitate the progress of cases in both the State and Federal Courts, coordination of pretrial aspects, including "scheduling of discovery, motions and other pretrial events; appointing lead or liaison counsel; . . . coordinating rulings on discovery disputes . . . using parallel orders to promote uniformity to the extent possible, jointly considering class certification and other motions and jointly conducting comprehensive settlement negotiations," should be pursued. *Id. at 350-51.* As likewise recommended by Mr. Herr, counsel for the Town is more than willing to assist the Court by initiating cooperation efforts with the Federal Court. *Id. at 351.* A unilateral Order at this juncture, in light of both the pending Federal Claim and the clear notice by the Town to seek to

---

pursuant to *45-15-5* of the plaintiffs' intent to add the Town to this Complaint.

remove future complaints to the Federal Court, would only serve to hamper the efficient and consistent progress of the instant litigation. The Town thus respectively submits that this Court should refrain from entering a unilateral Order in the form proposed by the instant petitioners.

As an additional matter, and in the event this Court decides to entertain the entry of a Preliminary Case Management Order without Federal Court cooperation, the Town would object specifically to the proposed Order submitted by the instant petitioners. In particular, the proposed Order grants interim lead counsel for the plaintiffs the authority to "prepare an agenda for [monthly] conferences" with the Court.[3] Granting such authority to one party, the plaintiffs, to dictate the Court's agenda, including hearings on potential motions, etc., is prejudicial to the defendants as a group. The Town would thus object to that portion of the proposed Order that grants the plaintiffs' interim lead counsel the authority to dictate this Court's agenda.

*III. Conclusion*

For the reasons stated above, the Town respectfully objects to the entry of a Preliminary Case Management Order. In the alternative, the Town requests that any such preliminary orders be entered in cooperation and conjunction with the Federal Court.

Town of West Warwick,
By its attorney,

Marc DeSisto, Esq. (#2757)
DESISTO LAW
211 Angell Street
P.O. Box 2563
Providence, RI 02906-2563
Phone: (401) 272-4442

Town of West Warwick,
By its attorney,

Mark D. Tourgee, Esq.
West Warwick Assistant Solicitor
Inman & Tourgee
1193 Tiogue Ave
Coventry, RI 02816
Phone: (401) 823-9200

[3] The Town takes no position on the attorneys to be appointed interim lead counsel on behalf of plaintiffs by this Court.

CERTIFICATION OF SERVICE

I hereby certify that a true copy of the Town of West Warwick's Memorandum in Support of Objection to the Petition for Entry of Preliminary Case Management Order was delivered via facsimile on this 8th day of May, 2003, to the individuals listed below:

[signature]

Thomas C. Angelone, Esq.
Hodosh Spinella & Angelone, P.C.
1 Turks Head Pl - Ste 1050
P.O. Box 1516
Providence, RI 02901-1516
(401) 272-0200
(401) 274-7538 fax

Stephen E. Breggia, Esq.
Breggia Bowen & Grande
395 Smith St
Providence, RI 02908
(401) 831-1900
(401) 831-0120 fax

Mark B. Decof, Esq.
Decof & Decof, P.C.
One Smith Hill
Providence, RI 02903
(401) 272-1110
(401) 351-6641 fax

Anthony F. DeMarco, Esq.
Christopher C. Fallon, Jr., Esq.
Reynolds, DeMarco & Boland, Ltd.
170 Westminster St - Ste 200
Providence, RI 02903
(401) 861-5522
(401) 331-4861 fax

Curtis R. Diedrich, Esq.
Edward T. Hinchey, Esq.
Sloane & Walsh
3 Center Plaza
Boston, MA 02108
(617) 523-6010
(617) 227-0297 fax

Joyce A. Faraone, Esq.
400 Reservoir Ave - Ste G
Providence, RI 02907
(401) 467-9110
(401) 785-3158 fax

William A. Filippo, Esq.
373 Elmwood Ave
Providence, RI 02907
(401) 785-9400
(401) 941-1550 fax

James Howe, Esq.
215 Broadway
Providence, RI 02903
(401) 272-3900
(401) 453-1230 fax

Scott Hubbell, Esq.
Summers Law Office
P.O. Box 306
Franklin, MA 02038-0306
(508) 528-8444
(508) 355-6495 fax

Patrick T. Jones, Esq.
Cooly Manion Jones, LLP
21 Custom House St
Boston, MA 02110
(617) 737-3100
(617) 737-3113 fax

Stephanie Larivee-DiMaio, Esq.
215 Broadway
Providence, RI 02903
(401) 272-3900
(401) 453-1230 fax

James Lee, Esq.
Chief, Civil Division
Department of Attorney General
State of Rhode Island
150 South Main St
Providence, RI 02903
(401) 274-4440
(401) 222-2995 fax

Patrick C. Lynch, Esq.
Attorney General
Department of Attorney General
State of Rhode Island
150 South Main St
Providence, RI 02903
(401) 274-4440
(401) 222-2995 fax

Mark S. Mandell, Esq.
Yvette M. Boisclair, Esq.
Mandell, Schwartz
& Boisclair, Ltd.
One Park Row
Providence, RI 02903
(401) 273-8330
(401) 751-7830 fax

Daniel P. McKleman, Esq.
146 WestminSuiter St
Providence, RI 02903
(401) 273-2210
(401) 273-0340 fax

Donald A. Migliori, Esq.
Ness Motley Loadholt
Richardson & Poole
321 South Main St - Ste 402
Providence, RI 02903
(401) 457-7700
(401) 457-7709 fax

Steven A. Minicucci, Esq.
373 Elmwood Ave
Providence, RI 02907
(401) 785-9400
(401) 941-1550 fax

Ralph J. Monaco, Esq.
Conway & Londregan
38 Huntington St
P.O. Box 1351
New London, CT 06320
(860) 447-3171
(860) 444-6103 fax

Oleg Nikolyszyn, Esq.
155 South Main St - Ste 303
Providence, RI 02903
(401) 273-9996
(401) 273-5290 fax

Mark T. Nugent, Esq.
Paul Sullivan, Esq.
Morrison, Mahoney & Miller
One Prov. Wash. Plaza
Providence, RI 02903
(401) 331-4660
(401) 351-4420 fax

J. Renn Olenn, Esq.
Olenn & Penza, LLP
530 Greenwich Ave
Warwick, RI 02886
(401) 737-3700
(401) 737-5499 fax

Charles N. Redihan, Jr., Esq.
Kiernan, Plunkett & Redihan
91 Friendship St
Providence, RI 02903
(401) 831-2900
(401) 331-7123 fax

James A. Ruggieri, Esq.
Higgins, Cavanagh & Cooney
The Hay Building
123 Dyer St
Providence, RI 02903-3987
(401) 272-3500
(401) 23-8780 fax

Christopher L. Russo, Esq.
888 Reservoir Ave
Cranston, RI 02910
(401) 946-3200
(401) 943-8097 fax

Ann Scheeley, Esq.
Law Office of Donald E. Greene
2235 Washington St
Roxbury, MA 02119
(617) 442-0050, Ext. 24
(617) 442-2319 fax

Randall L. Souza, Esq.
Nixon Peabody, LLP
One Citizens Plaza
Providence, RI 02903
(401) 454-1000
(401) 454-1030 fax

Michael A. St. Pierre, Esq.
Revens Revens & St. Pierre, P.C.
946 Centerville Road
Warwick, RI 02886
(401) 822-2900
(401) 826-3245 fax

Mark D. Tourgee, Esq.
Assistant Solicitor
Town of West Warwick
c/o Inman & Tourgee
1193 Tiogue Ave
Coventry, RI 02816
(401) 823-9200
(401) 823-9278 fax

Timothy A. Williamson, Esq.
Solicitor
Town of West Warwick
c/o Inman & Tourgee
1193 Tiogue Ave
Coventry, RI 02816
(401) 823-9200
(401) 823-9278 fax

Max Wistow, Esq.
Wistow & Barylick
61 Weybosset St
Providence, RI 02903
(401) 831-2700
(401) 272-9752 fax

Joseph B. Burns, Esq.
Rome McGuigan Sabanosh, P.C.
One State Street
Hartford, CT 06103
(203) 382-8000
(860) 724-3921 fax

Howard Merten, Esq.
Vetter & White
20 Washington Place
Providence, RI 02903
421-3060
272-6803 fax

STATE OF RHODE ISLAND AND PROVIDENCE PLANTATIONS

PROVIDENCE, SC. SUPERIOR COURT

IN RE: THE STATION FIRE IN WEST WARWICK, RHODE ISLAND ON FEBRUARY 20, 2003 : M.P. NO.: 03-1326 : M.P. NO.: 03-1346 : C.A. NO.: 03-1171 : C.A. NO.: 03-1084

True Copy Attest
H S Kinch, Jr.
Office of Clerk of Superior Court
Counties of Providence & Bristol
Providence, Rhode Island

**PRETRIAL ORDER NO. 1**
(Preliminary Case Management Order)

This Court having been specially assigned to preside over all Superior Court litigation arising from the February 20, 2003 fire at The Station nightclub in West Warwick, Rhode Island, and it appearing that the just, speedy and inexpensive resolution of the pending and anticipated litigation will be advanced by early and specific administration by this Court,

It is clear that this case presents the likelihood of significantly complex litigation that will impose substantial burdens on the courts and parties. The Court is advised and knows that the vast majority of potential claimants have not filed suit and there is no requirement that they do so at such an early date. Indeed, there is substantial benefit to all parties to have the cases ultimately filed proceed in a uniform, coordinated manner.

In order to establish a preliminary structure and case management procedure for this case,

**IT IS HEREBY ORDERED THAT**

1. This order shall apply to and govern all pending actions, petitions relating to or arising from the February 20, 2003 Station fire as well as any actions that may be filed in the future.

SUPERIOR COURT
FILED
HENRY S. KINCH JR., CLERK
2003 MAY -9 A 11: 16

2. **Service List**. The Clerk, with the assistance of the parties and their counsel, including Interim Lead Counsel, Interim Associate Counsel and Interim Liaison Counsel for Defendants, as appoint by the Court, is directed to maintain a list of all parties and petitioners. This list shall also include the names of the lawyers, their addresses, phone and fax numbers, and e-mail addresses where service can be made of all notices, pleadings or other papers, other than those required to be served under Rule 4 of the Rhode Island Superior Court Rules of Civil Procedures. Any lawyer may be placed in the list by providing this information to Interim Lead Counsel, Interim Associate Counsel, Interim Liaison Counsel for Defendants and the Clerk.

3. As to procedures for Case Management, Counsel are expected to familiarize themselves with the *Annotated Manual for Complex Litigation* (Third) (David F. Herr, ed. 2003) and be prepared at future conferences to suggest additional case management procedures.

4. **Pretrial Conferences**. The Court intends to hear monthly conferences and hearings in this case. Interim Lead Counsel, Interim Associate Counsel and Interim Liaison Counsel for Defendants will prepare an agenda for these conferences, including hearing of any motions that have been duly served and filed and are ready for hearing. In addition, the Court will be available to hear motions or other requests, if necessary, on other dates as needs dictate.

5. **Caption**. All papers filed in these cases will bear the caption set forth above. If the paper relates to all actions, it shall so state; if it relates to a single action, an abbreviated form of that caption should be included after the general caption.

6. **Interim Lead Counsel and Interim Associate Counsel**. This Court finds it appropriate to appoint Interim Lead Counsel and Interim Associate Counsel for the purposes of:

(1) supervising the gathering, preservation and testing of evidence for the prosecution of civil claims;

(2) conducting and coordinating activities for the purpose of making recommendations to the Court for the appointment of Permanent Lead Counsel and/or a Plaintiffs' Steering Committees and any other committees;

(3) proposing an appropriate mechanism for funding the joint litigation activities of the Plaintiffs' Steering Committees, including reimbursement of expenses on an ongoing basis and assessments for payment of fees on an equitable basis.

(4) initiating and coordinating appropriate discovery, including pre-filing discovery;

(5) coordinating the court filings and arguments before the Court on issues common to all plaintiffs.

Interim Lead Counsel are:

**Mark S. Mandell, Esquire**
MANDELL, SCHWARTZ & BOISCLAIR
One Park Row
Providence, RI 02903

**Max Wistow, Esquire**
WISTOW & BARYLICK INCORPORATED
61 Weybosset Street
Providence, RI 02903

Interim Associate Counsel is:

**Patrick Jones, Esquire**
COOLEY MANION JONES, LLP
21 Custom House Street
Boston, MA 02110

Appointment of Interim Associate Counsel is conditional upon said counsel's shouldering an appropriate portion of both the resources and the funding demanded by this endeavor. The Court will confer with Interim Lead Counsel and Interim Associate Counsel next Wednesday, May 14, 2003 at 8:30 a.m. to confirm details of this arrangement.

The Court finds these lawyers represent a substantial group of plaintiffs, have demonstrated their ability to work together for the benefit of all plaintiffs, and have the ability and resources to discharge the duties of Interim Lead Counsel and Interim Associate Counsel. The Interim Lead Counsel and Interim Associate Counsel shall serve until further order of this Court.

7. **Liaison Counsel**. This Court finds it appropriate to appoint Interim Liaison Counsel for the purposes of:

(1) facilitating communications between Court and defense counsel and between Interim Lead Counsel and Interim Associate Counsel and defense counsel,

(2) facilitating receiving and distributing notices, orders, motions, briefs and other communications on behalf of defendants, convening meetings of counsel, and otherwise assisting in organization and coordination of activities.

Liaison Counsel is:

**James A. Ruggieri, Esquire**
HIGGINS, CAVANAGH & COONEY
123 Dyer Street
Providence, RI 02903

8. **Privileges Preserved**. No communication among plaintiffs' counsel or among defendants' counsel shall be taken as a waiver of any privilege or protection to which they would otherwise be entitled.

**ENTER:**

Gibney J

**Alice B. Gibney**
**Associate Justice**

**BY ORDER:**

Denise McGuerdin

Deputy **Clerk**

**DATE:** 5/9/03

STATE OF RHODE ISLAND AND PROVIDENCE PLANTATIONS

PROVIDENCE, SC SUPERIOR COURT

IN RE: THE STATION FIRE IN WEST WARWICK, RHODE ISLAND ON FEBRUARY 20, 2003

: M.P. NO.: 03-1326
: M.P. NO.: 03-1346
: M.P. NO.: 03-1171
: M.P. NO.: 03-1084

True Copy Attest
Office of Clerk of Superior Court
Counties of Providence & Bristol
Providence, Rhode Island

PRETRIAL ORDER NO.2

This Court having been specially assigned to preside over all Superior Court litigation arising from the February, 20, 2003 fire at the Station nightclub in West Warwick, Rhode Island, and recognizing that this case presents the likelihood of significantly complex litigation, and it appearing that this case will necessitate coordination among the litigants and this Court,

In order to establish a preliminary structure and case management procedure for this case, and to proceed in a uniform, coordinated manner,

IT IS HEREBY ORDERED THAT

1. The Petition to be Appointed Interim Lead Counsel submitted by Mark Mandell and Max Wistow, on behalf of their respective clients, is granted.
2. Patrick Jones is appointed Associate Interim Lead Counsel.
3. The Petition for Appointment as Lead Counsel submitted by Charles Redihan, on behalf of his clients, is denied.
4. The Petition to Appoint Brian Cunha as Lead Counsel is denied.
5. The Petition to Dismiss Miscellaneous Petitions NO. 03-143; 03-1326 and 03-1346 for Lack of Subject Matter Jurisdiction is denied.

SUPERIOR COURT
FILED
HENRY S. KINCH JR., CLERK
2003 MAY 12 A 8:42

ENTER: Gibney, J.

Alice B. Gibney
Associate Justice

DATE: 5/9/03

BY ORDER: Denise M. Gursh

Deputy Clerk

STATE OF RHODE ISLAND AND PROVIDENCE PLANTATIONS

True Copy Attest

Providence Sc. SUPERIOR COURT

Office of Clerk of Superior Court
Counties of Providence & Bristol
Providence, Rhode Island

ORDER FOR TRANSCRIPT

IN RE: The Station Fire In West Warwick on Feb. 20, 2003

PLAINTIFF

DATE: 5/14/03

VS.

MP NO: 03-1326
MP NO: 03-1346
CA NO: 03-1171
CA NO: 03-1084

FILE # ______

DEFENDANT

The Plaintiff/~~Defendant~~, Brian R. Cunha, Esquire ______, within ten (10) days after filing Notice of Appeal, hereby orders from the court stenographer(s), and/or electronic court reporter(s), pursuant to Rules 10(a) and 10(b) of the Supreme Court, a transcript of the following portions of the proceedings which are deemed necessary for inclusion in the record:

| | DATE(S) HEARD: | JUDGE: | *COURT STENOGRAPHER and/or ELECTRONIC COURT REPORTER: |
|---|---|---|---|
| __1) Entire trial proceedings excluding jury impanelling | ______ | before Judge ______, | ______ |
| __2) Motion for New Trial | ______ | before Judge ______, | ______ |
| __3) Sentencing | ______ | before Judge ______, | ______ |
| __4) Motion for Directed Verdict | ______ | before Judge ______, | ______ |
| X 5) Other (Please specify): | May 1, 2003 and May 9, 2003 | before Judge Gibney, | Mary Guglietti |

Motion for Lead Counsel M.P. NO: 03-1326 CA NO: 03-1171
M.P. NO: 03-1346 CA NO: 03-1084

Estimated cost of transcript as indicated above $ 300.00, deposited.

[signature]
ATTORNEY FOR APPELLANT

Please print: Attorney: Brian R Cunha
Address: 311 Pine St.
City: Fall River State: MA Zip Code: 02720
Telephone: 508 675-9500

SUPERIOR COURT
MAY 15 2003
ADMINISTRATOR

Joseph V. Conley
DEPUTY SUPERIOR COURT ADMINISTRATOR

SUPERIOR COURT FILED HENRY S. KINCH JR. CLERK 2003 MAY 15 P 2:

*IF THE PROCEEDINGS ORDERED ABOVE WERE ELECTRONICALLY RECORDED, YOU MUST ALSO COMPLETE THE REVERSE SIDE OF THIS FORM.

The above order will be transmitted to the court stenographer and/or electronic court reporter and a copy filed with the Clerk.

STATE OF RHODE ISLAND AND PROVIDENCE PLANTATIONS

PROVIDENCE, SC. SUPERIOR COURT

IN RE: THE STATION FIRE IN WEST WARWICK, RHODE ISLAND ON FEBRUARY 20, 2003 : M.P. No.: 03-1326 : M.P. No.: 03-1346 : C.A. No.: 03-1171 C.A. No.: 03-1084

True Copy Attest
Office of Clerk of Superior Court
Counties of Providence & Bristol
Providence, Rhode Island

**PRETRIAL ORDER NO. 2**
**(Case Management Order)**

This matter came on to be heard before the Honorable Justice Alice Gibney on Friday, May 23rd, pursuant to the request of Interim Lead Counsel Mark Mandell and Max Wistow and Interim Associate Counsel Patrick Jones seeking the appointment of a Plaintiff's Steering Committee, and after having come on to be heard,

**IT IS HEREBY ORDERED THAT**

1. The following Plaintiff's Steering Committee is appointed:

a) Mark Mandell – co-chair

b) Max Wistow – co-chair

c) Patrick Jones – vice-chair

d) Steven Minicucci – member

e) Eva Marie Mancuso – member

f) Michael St. Pierre – member

g) Charles Redihan – member

SUPERIOR COURT
FILED
HENRY S. KINCH JR., CLERK

2003 MAY 28 A 8: 55

h) Stephen Breggia – member

i) Neil Sugarman – member. This appointment is conditioned on Mr. Sugarman's being admitted Pro Hac Vice by the Rhode Island Supreme Court.

**ENTER:**

Gibney, J. 5/27/03

**Alice B. Gibney**
**Associate Justice**

**BY ORDER:**

Denise M. Sheehan Deputy

**Clerk**

**DATE:** May 27th, 2003

ORDER PREPARED AND PRESENTED BY:

Mark S. Mandell

Mark S. Mandell

Date: May 27, 2003

**CERTIFICATION**

I hereby certify that I mailed a true and accurate copy of the within by regular mail, postage prepaid, to the following on this 27th day of May, 2003.

Kathleen A. Walley [signature]

Thomas C. Angelone, Esquire
HODOSH SPINELLA & ANGELONE, P.C.
One Turks Head Place, Suite 1050
P. O. Box 1516
Providence, RI 02901-1516

Stephen E. Breggia, Esquire
Breggia, Bowen & Grande
395 Smith Street
Providence, RI 02908

Brian R. Cunha, Esquire
Law Offices of Brian Cunha & Associates
904 Broadway
East Providence, RI 02914

Anthony F. DeMarco, Esquire
REYNOLDS, DEMARCO & BOLAND, LTD.
170 Westminster Street, Suite 200
Providence, RI 02903

Marc DeSisto, Esquire
DESISTO LAW
211 Angel Street
P. O. Box 2563
Providence, RI 02906-2563

Curtis R. Diedrich, Esquire
Edward T. Hinchey, Esquire
Sloane & Walsh
3 Center Plaza
Boston, MA 02108

Christopher C. Fallon, Jr., Esquire
REYNOLDS, DEMARCO & BOLAND, LTD.
170 Westminster Street, Suite 200
Providence, RI 02903

Joyce A. Faraone, Esquire
400 Reservoir Avenue
Suite 3G
Providence, RI 02907

William A. Filippo, Esquire
373 Elmwood Avenue
Providence, RI 02907

James Howe, Esquire
215 Broadway
Providence, RI 02903

Scott Hubbell, Esquire
Summers Law Office
P. O. Box 306
Franklin, MA 02038-0306

Patrick T. Jones, Esquire
Cooley Manion Jones, LLP
21 Custom House Street
Boston, MA 02110

Stefanie Larivee-DiMaio Esquire
215 Broadway
Providence, RI 02903

Patrick C. Lynch, Attorney General
Department of Attorney General
150 South Main Street
Providence, RI 02903

Eva Mancuso, Esquire
387 Atwells Avenue
Providence, RI 02909

Daniel P. McKiernan, Esquire
146 Westminster Street
Providence, RI 02903

Steven A. Minicucci, Esquire
373 Elmwood Avenue
Providence, RI 02907

Ralph J. Monaco, Esquire
Conway & Londregan
38 Huntington Street
P. O. Box 1351
New London, CT 06320

Oleg Nikolyszyn, Esquire
155 South Main Street
Suite 303
Providence, RI 02903

Mark T. Nugent, Esquire
Paul Sullivan, Esquire
Morrison, Mahoney & Miller
One Providence Washington Plaza
Providence, RI 02903

J. Renn Olenn, Esquire
Olenn & Penza, LLP
530 Greenwich Avenue
Warwick, RI 02886

Charles N. Redihan, Jr., Esquire
KIERNAN, PLUNKETT & REDIHAN
91 Friendship Street
Providence, RI 02903

James A. Ruggieri, Esquire
Higgins, Cavanagh & Cooney
The Hay Building
123 Dyer Street
Providence, RI 02903-3987

Christopher L. Russo, Esquire
888 Reservoir Avenue
Cranston, RI 02910

Michael A. St. Pierre, Esquire
Revens Revens & St. Pierre, P.C.
946 Centerville Road
Warwick, RI 02886

Ann Scheeley, Esquire
Law Office of Donald E. Greene
2235 Washington Street
Roxbury, MA 02119

Randall L. Souza, Esquire
Nixon Peabody, LLP
One Citizens Plaza
Providence, RI 02903

Mark D. Tourgee, Esquire
Inman & Tourgee
1193 Tiogue Avenue
Coventry, RI 02816

Timothy A. Williamson, Esquire
Inman & Tourgee
1193 Tiogue Avenue
Coventry, RI 02816

Max Wistow, Esquire
WISTOW & BARYLICK
61 Weybosset Street
Providence, RI 02903