AO 458 (Rev. 5/85) Appearance

# United States District Court

DISTRICT OF
RHODE ISLAND

RONALD KINGSLEY ET ALS

VS.

JEFFREY DEDERIAN ET ALS

## APPEARANCE

CASE NUMBER: 03-CV-208L

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for Jeffrey Derderian, Michael Derderian, and DERCO, LLC.

June 10, 2003
Date

Signature

Anthony F. DeMarco
Print Name

Reynolds DeMarco & Boland, Ltd.
170 Westminster Street, Suite 200
Address

Providence, RI 02903
City State Zip Code

401-861-5522
Phone Number

Copies to attorneys of record on June 10, 2003.

5