UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| RONALD KINGSLEY, et al | : | |
| | : | |
| v. | : | C.A. NO: 03-CV-208L |
| | : | |
| JEFFREY DERDERIAN, et al | : | |

***ENTRY OF APPEARANCE***

Now comes Thomas C. Angelone, Esq. and hereby enters his appearance on behalf of Defendant, ***American Foam Corporation***, in the above-captioned matter.

Thomas C. Angelone, Esq. #1373
HODOSH, SPINELLA & ANGELONE PC
One Turks Head Place, Suite 1050
Providence, Rhode Island 02903
*(401) 274-0200 Fax (401) 274-7538*

Dated: June 9, 2003

***CERTIFICATION***

I hereby certify that on this 16th day of June, 2002, I caused a copy of the within ***Entry of Appearance*** to be mailed by first class mail, postage prepaid to the following:

Anthony F. DeMarco, Esq.
Reynolds, DeMarco & Boland, Ltd.
170 Westminster Street, Suite 200
Providence, Rhode Island 02903

Ronald J. Resmini, Esq.
Law Offices of Ronald J. Resmini, Ltd.
155 South Main Street
Providence, Rhode Island 02903

6

James R. Lee, Esq.
State of Rhode Island
Department of Attorney General
150 South Main Street
Providence, Rhode Island 02903

Joseph V. Cavanagh, Jr.
Kristin E. Rodgers, Esq.
Blish & Cavanagh, LLP
30 Exchange Terrace
Providence, Rhode Island 02903

William P. Robinson, III, Esq.
Stephen M. Prignan, Esq.
Stephen J. MacGillivrary, Esq.
Edwards & Angell, LLP
2800 Financial Plaza
Providence, Rhode Island 02903

Anthony F. DeMarco, Esq.
Reynolds, DeMarco & Boland, Ltd.
170 Westminster Street, Suite 200
Providence, Rhode Island 02903

Marc DeSisto, Esq.
Desisto Law
211 Angell Street
P.O. Box 2563
Providence, Rhode Island 02906-2563

Daniel P. McKiernan, Esq.
146 Westminster Street
Providence, Rhode Island 02903

Mark T. Nugent, Esq.
Paul Sullivan, Esq.
Morrison, Mahoney & Miller
One Providence Washington Plaza
Providence, Rhode Island 02903

/lmo