UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

RONALD KINGSLEY, ET AL :

-VS- :C.A.NO. 03-208L

JEFFREY DERDERIAN, ET AL :

ENTRY OF APPEARANCE

I, RONALD J. RESMINI, ESQUIRE, do hereby enter my appearance as Co-Counsel on behalf of the Plaintiffs in the above-entitled cause.

RONALD J. RESMINI, ESQ.#0484
155 South Main St.
Suite 400
Providence, RI 02903
DATED: June 23, 2003
(401)751-8855

9

CERTIFICATION

I hereby certify that on this 23rd day of June, 2003, I mailed a copy of the within Entry of Appearance by regular mail, postage prepaid to the following:

Joseph V. Cavanagh, Jr., Esq.
BLISH & CAVANAGH LLP
Commerce Center
30 Exchange Terrace
Providence, RI 02903