**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| RONALD KINGSLEY, as parent and next Friend of ZOE JEAN KINGSLEY, a minor, and on behalf of all beneficiaries of LISA KELLY, decedent,<br><br>Plaintiff,<br><br>v.<br><br>JEFFREY DERDERIAN, MICHAEL DERDERIAN, DERCO d/b/a The Station, MANIC MUSIC MANAGEMENT, JACK RUSSELL, MARK KENDELL, DAVID FILICE, ERIC POWERS, DANIEL BICHELE, PAUL WOOLNOUGH, KNIGHT RECORDS, INC., ANHEUSER-BUSCH, INC., MCLAUGHLIN AND MORAN, INC., LUNA TECH, INC., LUNA TECH PYROTECHNIK GmbH, AMERICAN FOAM CORPORATION, WHJY-FM, CLEAR CHANNEL COMMUNICATIONS, INC. and Does 1 Through 100,<br><br>Defendants. | : | 03-CV-208L |

**AFFIDAVIT**

Commonwealth of Pennsylvania :
ss
County of Philadelphia :

Domenic Marano, being duly sworn, deposes and says that:

1. I am a paralegal employed by the law firm of Cozen O'Connor, 1900 Market Street, Philadelphia, Pennsylvania 19103;

2. Immediately following the fire at the Station in West Warwick, Christopher C. Fallon, Jr., a senior member in the law firm of Cozen O'Connor was engaged to serve as co-counsel for the defendants Michael and Jeffrey Derderian and Derco, LLC;

3. I was assigned by Christopher C. Fallon, Jr., Esquire, to compile a list of persons injured or killed as a result of the fire at the Station;

13

4. Attached hereto as Exhibit A is a true and correct copy of a list of the persons injured or killed as result of the Station fire to the best of my knowledge; and

5. The list which is attached hereto as Exhibit A was compiled from information published in *The Providence Journal*, other newspapers, internet sites, etc.

Domenic Marano

Sworn to and subscribed
before me this 19th day
of June, 2003.

Notary Public

NOTARIAL SEAL
CLAIRE A. GUIDOTTI, NOTARY PUBLIC
CITY OF PHILADELPHIA, PHILA. COUNTY
MY COMMISSION EXPIRES JUNE 21, 2004

PHILA

Commerce Center
30 Exchange Terrace
Providence, RI 02903

William P. Robinson, III, Esq.
Stephen M. Prignan, Esq.
Stephen J. MacGillivrary, Esq.
Edwards & Angell, LLP
2800 Financial Plaza
Providence, RI 02903

Marc DeSisto, Esq.
DeSisto Law Offices
211 Angell Street
P.O. Box 2563
Providence, RI 02906-2563

Daniel P. McKiernan, Esq.
146 Westminster Street
Providence, RI 02903

Mark T. Nugent, Esq.
Paul Sullivan, Esq.
Morrison, Mahoney & Miller
One Providence Washington Plaza
Providence, RI 02903

Ann S. Sheeley, Esq.
Stephen Born, Esq.
Law Offices of Donald E. Green, P.C.
2235 Washington Street
Roxbury, MA 02119

Stefanie DiMaio Larivee, Esq.
215 Broadway
Providence, RI 02903

| No. | Last Name | First Name | Town | State | Status |
|---|---|---|---|---|---|
| | | RHODE ISLAND RESIDENTS | | | |
| 1 | Alves | Louis S. | Lincoln | RI | Death |
| 2 | Amato | Kerrie | Warwick | RI | Unknown |
| 3 | Anderson | Kevin | Warwick | RI | Death |
| 4 | Arpin | John | W.Warwick | RI | Unknown |
| 5 | Arruda | Christopher G. | Coventry | RI | Death |
| 6 | Ayer | Tina Marie | Warwick | RI | Death |
| 7 | Ayer | Bernard | Warwick | RI | Unknown |
| 8 | Barnett | Thomas A. | W. Greenwich | RI | Death |
| 9 | Barr | Philip | Lincoln | RI | Admitted |
| 10 | Beauchaine | Laureen | W. Warwick | RI | Death |
| 11 | Beauchaine | Ray | W. Warwick | RI | Admitted |
| 12 | Beers | Kerrie | W. Warwick | RI | Unknown |
| 13 | Bernard | Jackie | Cranston | RI | Unknown |
| 14 | Blacklock | Chris | Newport | RI | Unknown |
| 15 | Blevins | Mark | Wakefield | RI | Admitted |
| 16 | Blom | Kevin | Cranston | RI | Treated and Released |
| 17 | Blom | Steven T. | Cranston | RI | Death |
| 18 | Bonardi III | William Christopher | Smithfield | RI | Death |
| 19 | Botelho | Jesse | Pawtucket | RI | Unknown |
| 20 | Bowe | Kevin | Pawtucket | RI | Treated and Released |
| 21 | Brennan | Jon | E. Providence | RI | Unknown |
| 22 | Brennan | David | W. Warwick | RI | Admitted |
| 23 | Brodeur, Jr. | Robert | W. Warwick | RI | Unknown |
| 24 | Cardillo | Mario | Johnston | RI | Admitted |
| 25 | Cartwright | William W. | Pawtucket | RI | Death |
| 26 | Castle, Jr. | Walter | N. Kingstown | RI | Treated and Released |
| 27 | Chamberline | Susan | W.Warwick | RI | Admitted |
| 28 | Clarke | Patti | Newport | RI | Unknown |
| 29 | Corbett III | Edward B. | W. Warwick | RI | Death |
| 30 | Cordier | Michael | N. Kingstown | RI | Death |
| 31 | Crisostomi | Alfred Carmino | Providence | RI | Death |
| 32 | Cronin | Neil | Warwick | RI | Treated and Released |
| 33 | D'Andrea | Lisa Maria | Barrington | RI | Death |
| 34 | Darby | Matthew P. | Coventry | RI | Death |
| 35 | DeMaio | Dina Ann | W. Warwick | RI | Death |
| 36 | DePietro (Florio) | Rachael | Providence | RI | Death |
| 37 | DiBona, Jr. | Joseph | W. Warwick | RI | Admitted |
| 38 | Durante | Lori K. | W. Warwick | RI | Death |
| 39 | Ervanian | Edward | Cranston | RI | Death |
| 40 | Fisher | Linda | Cranston | RI | Admitted |
| 41 | Florio | Adam | Coventry | RI | Admitted |
| 42 | Fontaine | Melanie | Johnston | RI | Admitted |
| 43 | Fontaine | Mark A. | Johnston | RI | Death |
| 44 | Fravala | David | W. Warwick | RI | Unknown |
| 45 | Fravala | Brandon | Westerly | RI | Treated and Released |
| 46 | Frederickson | Daniel | Coventry | RI | Death |
| 47 | Gauvin | Gina (Catallozzi) | Johnston | RI | Admitted |
| 48 | Gingras-Fick | Charline Elaine | Central Falls | RI | Death |
| 49 | Gonsalves | Michael James | N. Providence | RI | Death |
| 50 | Gooden, Jr. | James F. | Cranston | RI | Death |

| No. | Last Name | First Name | Town | State | Status |
|---|---|---|---|---|---|
| 51 | Gordon | Karen | Coventry | RI | Unknown |
| 52 | Gordon | Paul | Coventry | RI | Unknown |
| 53 | Gould | Paula | W.Warwick | RI | Admitted |
| 54 | Green | Skott C. | Warwick | RI | Death |
| 55 | Griffith | Scott | W. Warwick | RI | Death |
| 56 | Gruttadauria | Pamela | Johnston | RI | Death |
| 57 | Guinden | George | Coventry | RI | Unknown |
| 58 | Hale | Lisa | Hope Valley | RI | Treated and Released |
| 59 | Hamelin | Bonnie L. | Warwick | RI | Death |
| 60 | Hardee | Anne | Cumberland | RI | Admitted |
| 61 | Hargreaves | Jason | Coventry | RI | Unknown |
| 62 | Harrington | Robert | Coventry | RI | Unknown |
| 63 | Herchen | Kevin | W. Warwick | RI | Unknown |
| 64 | Hoban | Andrew | N. Kingstown | RI | Death |
| 65 | Hoisington | Abbie L. | Cranston | RI | Death |
| 66 | Hoogasian | Michael | Cranston | RI | Death |
| 67 | Hoogasian | Sandy | Cranston | RI | Death |
| 68 | Hunt | Jay | W. Warwick | RI | Unknown |
| 69 | Hyer | Eric James | Coventry | RI | Death |
| 70 | Johnson | John | Cranston | RI | Treated and Released |
| 71 | Johnson | Derek Brian | W. Warwick | RI | Death |
| 72 | King | Tracy F. | Warwick | RI | Death |
| 73 | Kulz | Michael Joseph | Warwick | RI | Death |
| 74 | LaBree | Terry | Pawtucket | RI | Admitted |
| 75 | Lemay | Deborah | W. Warwick | RI | Treated and Released |
| 76 | Letourneau | Karl | Pawtucket | RI | Treated and Released |
| 77 | Libera | Stephen M. | N. Kingstown | RI | Death |
| 78 | LoBianco | Joseph J. | N. Providence | RI | Admitted |
| 79 | Longiaru | John M. | Johnston | RI | Death |
| 80 | Malagrino | David | Westerly | RI | Admitted |
| 81 | Malardo | Eric | Coventry | RI | Admitted |
| 82 | Mancini | Keith A. | Cranston | RI | Death |
| 83 | Mancini | Andrea Louise | W. Warwick | RI | Death |
| 84 | Mancini | Steven | W. Warwick | RI | Death |
| 85 | Manzo | Judith | N. Providence | RI | Death |
| 86 | Mattera-Housa | Tammy | Warwick | RI | Death |
| 87 | McMurray | Frances | Scituate | RI | Admitted |
| 88 | McNamara, Jr. | Paul K. | N. Kingstown | RI | Unknown |
| 89 | McQuarrie | Kristen Leigh | Coventry | RI | Death |
| 90 | Medeiros | Thomas P. | Coventry | RI | Death |
| 91 | Minor | Missy | W. Warwick | RI | Admitted |
| 92 | Moreau | Leigh Ann | Providence | RI | Death |
| 93 | Moresco | Scott | Pawtucket | RI | Admitted |
| 94 | Morton | Jason R. | W. Greenwich | RI | Death |
| 95 | Napolitano | Kimberly | N. Providence | RI | Unknown |
| 96 | Napolitano | Stephanie | N. Providence | RI | Unknown |
| 97 | Nowicki | Chris | Warwick | RI | Treated and Released |
| 98 | Oberg | Charles | Coventry | RI | Admitted |
| 99 | O'Donald | Brian | W. Warwick | RI | Treated and Released |
| 100 | Omelia | Robert | Pawtucket | RI | Admitted |
| 101 | O'Neill | Nicholas Philip | Pawtucket | RI | Death |

| No. | Last Name | First Name | Town | State | Status |
|---|---|---|---|---|---|
| 102 | Ormerod | Linda | Providence | RI | Unknown |
| 103 | Passa | Tammy | Warwick | RI | Treated and Released |
| 104 | Perreault | Michael | Coventry | RI | Admitted |
| 105 | Petrarca | Robin | Warwick | RI | Unknown |
| 106 | Pezzelli | Edward | Coventry | RI | Unknown |
| 107 | Pimentel, Sr. | Carlos L. | W. Warwick | RI | Death |
| 108 | Poland | Ashley | Wakefield | RI | Admitted |
| 109 | Potvin | Victoria | W. Warwick | RI | Unknown |
| 110 | Prouty | Christopher | Pawtucket | RI | Death |
| 111 | Prudhomme | Al | Coventry | RI | Unknown |
| 112 | Prudhomme | Charlene | Coventry | RI | Unknown |
| 113 | Quarry | Brianna | Newport | RI | Unknown |
| 114 | Rancourt | William | Providence | RI | Admitted |
| 115 | Reis | Donna | Scituate | RI | Treated and Released |
| 116 | Reisner | Robert L. | Coventry | RI | Death |
| 117 | Rezendes | Jack | Jamestown | RI | Unknown |
| 118 | Riffe | Robert | Ashaway | RI | Unknown |
| 119 | Rock | Kerri | W. Warwick | RI | Admitted |
| 120 | Romanoff | Tracey | Coventry | RI | Death |
| 121 | Rossano | Tim | Warwick | RI | Treated and Released |
| 122 | Rossi | Joseph | Pawtucket | RI | Dead |
| 123 | Russo | Gina | Cranston | RI | Admitted |
| 124 | Sanetti | Richard | Coventry | RI | Unknown |
| 125 | Sanetti | Bridget | Coventry | RI | Death |
| 126 | Schmidt | John | W. Warwick | RI | Unknown |
| 127 | Schoepfer | Ronald | Pawtucket | RI | Admitted |
| 128 | Shaw | Rebecca | Warwick | RI | Death |
| 129 | Simpson | Stephanie | Johnston | RI | Treated and Released |
| 130 | Smith | Matthew | Cranston | RI | Unknown |
| 131 | Smith | Dennis | Pawtucket | RI | Death |
| 132 | Solitro | George | W. Warwick | RI | Treated and Released |
| 133 | Spence | Michelle | Lincoln | RI | Admitted |
| 134 | St. Hilaiare | Tammy | Lincoln | RI | Treated and Released |
| 135 | Steets | David | Johnston | RI | Unknown |
| 136 | Stefani | Michael | N. Kingstown | RI | Unknown |
| 137 | Stevens | Robert | W. Warwick | RI | Unknown |
| 138 | Stewart | Andrea | Providence | RI | Treated and Released |
| 139 | Suffoletto | Linda Dee (Sousa) | Glocester | RI | Death |
| 140 | Suffoletto, Jr. | Benjamin J. | Glocester | RI | Death |
| 141 | Sylvester | Jason | Coventry | RI | Death |
| 142 | Trautz | Nancy | Fall River | RI | Treated and Released |
| 143 | Vargas | Raul Michael "Mike" | Johnston | RI | Unknown |
| 144 | Vieira | Kelly Lynn | W. Warwick | RI | Death |
| 145 | Waldeck | Scott | Coventry | RI | Treated and Released |
| 146 | Whelan | Erin | Coventry | RI | Treated and Released |
| 147 | Woodmansee III | Everett "Tommy" | Charlestown | RI | Death |
| 148 | Zannella | Stephanie | N. Providence | RI | Unknown |
| | | | **MASSACHUSETTS RESIDENTS** | | |
| 1 | Angers | Stacie J. | Worcester | MA | Death |
| 2 | Arruda | Elizabeth | Residence Unknown | | Admitted |
| 3 | Avilez | Eugene | Burlington | MA | Death |

| No. | Last Name | First Name | Town | State | Status |
|---|---|---|---|---|---|
| 4 | Bagtaz | Karla Jean | Randolph | MA | Death |
| 5 | Baker | Mary H. | Fall River | MA | Death |
| 6 | Barlow | Robert | Fall River | MA | Admitted |
| 7 | Bump | Melissa | Worcester | MA | Admitted |
| 8 | Cabral, Jr. | Richard A. | Attleboro | MA | Death |
| 9 | Canillas | Frank | Everett | MA | Admitted |
| 10 | Carbone | Kristine | Taunton | MA | Death |
| 11 | Cristina | Joseph | E. Bridgewater | MA | Treated and Released |
| 12 | Croteau | Robert J. | Fall River | MA | Death |
| 13 | DiBonaventura | Albert Anthony | N. Dighton | MA | Death |
| 14 | DiRienzo | Christina | Plymouth | MA | Death |
| 15 | Dufresne | James | Auburn | MA | Admitted |
| 16 | Dunn | Kevin J. | Attleboro | MA | Death |
| 17 | Feeney | Robert | Fall River | MA | Admitted |
| 18 | Fleming | Thomas J. | Worcester | MA | Death |
| 19 | Fresolo | Michael | Worcester | MA | Death |
| 20 | Gahan | James | Falmouth | MA | Death |
| 21 | Giamei, Jr. | Mario | Sutton | MA | Unknown |
| 22 | Gillett | Laura L. | Pembroke | MA | Death |
| 23 | Gray | Derek | Dracut | MA | Death |
| 24 | Howorth, III | Carlton "Bud" | Norton | MA | Death |
| 25 | Kelly | Lisa Jean | Swansea | MA | Death |
| 26 | Kinnan | Joseph | Canton | MA | Admitted |
| 27 | Kozik | Kate | Hudson | MA | Unknown |
| 28 | Kudryk | John | | MA | Treated and Released |
| 29 | Lapierre | Keith | Worcester | MA | Death |
| 30 | Latulippe | Dale | Carver | MA | Death |
| 31 | Luxton | Robert | N. Easton | MA | Admitted |
| 32 | Marion | Thomas Frank | Westport | MA | Death |
| 33 | Martin | Jeffrey W. | Melrose | MA | Death |
| 34 | McNamara | Sean P. | Attleboro | MA | Unknown |
| 35 | McNamara | Colleen | Attleboro | MA | Unknown |
| 36 | Mitchell | Donna M. | Fall River | MA | Death |
| 37 | Morin | Ryan M. | Boston | MA | Death |
| 38 | Mosczynski | Beth Ellen | Millbury | MA | Death |
| 39 | O'Donnell | Katherine | Seekonk | MA | Death |
| 40 | Paskowski | Andrew | Somerset | MA | Admitted |
| 41 | Peduzzi | Debra | Sutton | MA | Admitted |
| 42 | Pickett | Matthew James | Bellingham | MA | Death |
| 43 | Rakoski | Theresa L. | Taunton | MA | Death |
| 44 | Rich | Walter | Attleboro | MA | Death |
| 45 | Richardi | Michael | Worcester | MA | Treated and Released |
| 46 | Roderiques | Donald Paul | Mashpee | MA | Dead |
| 47 | Segesta | Catherine | Taunton | MA | Admitted |
| 48 | Servais | Milton | E. Falmouth | MA | Admitted |
| 49 | Stark | Victor | W. Yarmouth | MA | Death |
| 50 | Stein | Gary | Norton | MA | Admitted |
| 51 | Sweet | Shawn | Pembroke | MA | Death |
| 52 | Therriault | Glenn | Attleboro | MA | Treated and Released |
| 53 | Travis | Christopher | Lakeville | MA | Treated and Released |
| 54 | Van Deusen III | John | Carver | MA | Admitted |

| No. | Last Name | First Name | Town | State | Status |
|---|---|---|---|---|---|
| 55 | Vanner | Paul | Seekonk | MA | Unknown |
| 56 | Washburn | Kevin | Franklin | MA | Death |
| 57 | Young | Robert Daniel | Taunton | MA | Death |
| | | CONNECTICUT RESIDENTS | | | |
| 1 | Ballard | Craig | Plainfield | CT | Admitted |
| 2 | Gerfin, Jr. | Melvin A. | Groton | CT | Death |
| 3 | Henault | Jude | Lisbon | CT | Death |
| 4 | Innamorati | Donna | New London | CT | Treated and Released |
| 5 | Lucier | Marc | Danielson | CT | Treated and Released |
| 6 | Miceli, Jr. | Samuel J. | Lisbon | CT | Death |
| 7 | Noyes | Nancy | New London | CT | Admitted |
| 8 | Ramos | Alton | New London | CT | Treated and Released |
| 9 | Telgarsky | Sarah Jane | Plainfield | CT | Death |
| | | VARIOUS STATES RESIDENTS | | | |
| 1 | DuFosse | Paul | Kennebunkport | ME | Admitted |
| 2 | Long | William | Las Vegas | NV | Admitted |
| 3 | Longley | Ty | Northridge | CA | Death |
| 4 | Rader | Jeffrey | Danville | CA | Death |
| 5 | Rager | Robert | Kent | OH | Admitted |
| 6 | Shubert | Mitchell | Newberry | FL | Death |
| | | RESIDENCE UNKNOWN | | | |
| 1 | Barak | Ron | Residence Unknown | | Unknown |
| 2 | Barber | David | Residence Unknown | | Unknown |
| 3 | Barber | Joe | Residence Unknown | | Unknown |
| 4 | Beese, Sr. | Kevin J. | Residence Unknown | | Unknown |
| 5 | Belson | Julie | Residence Unknown | | Treated and Released |
| 6 | Bettencourt | Anthony | Residence Unknown | | Unknown |
| 7 | Biechele | Dan | Residence Unknown | | Unknown |
| 8 | Botelho | Paula | Residence Unknown | | Treated and Released |
| 9 | Brown | Kristen | Residence Unknown | | Unknown |
| 10 | Bruno | Stephen | Residence Unknown | | Treated and Released |
| 11 | Butler | Brian | Residence Unknown | | Unknown |
| 12 | Cardillo | Kathleen | Residence Unknown | | Treated and Released |
| 13 | Clabots | Evan | Residence Unknown | | Treated and Released |
| 14 | Companatico | Gino | Residence Unknown | | Admitted |
| 15 | Conte | Tom | Residence Unknown | | Unknown |
| 16 | Conway | Arthur | Residence Unknown | | Treated and Released |
| 17 | Conway | Jamie | Residence Unknown | | Unknown |
| 18 | Costa | Christopher | Residence Unknown | | Unknown |
| 19 | Cushman | Bob | Residence Unknown | | Unknown |
| 20 | Davidson | Dan | Residence Unknown | | Unknown |
| 21 | Dell | Shayna | Residence Unknown | | Treated and Released |
| 22 | Demo | Tammy | Residence Unknown | | Treated and Released |
| 23 | Diamonte | Dennis | Residence Unknown | | Unknown |
| 24 | DiMeo | John | Residence Unknown | | Unknown |
| 25 | Dufour | Richard | Residence Unknown | | Admitted |
| 26 | Dussault | Mathew | Residence Unknown | | Treated and Released |
| 27 | Eldridge | Stephen | Residence Unknown | | Treated and Released |
| 28 | Esposito | Salvatore | Residence Unknown | | Unknown |
| 29 | Fairbairn | Andrea | Residence Unknown | | Treated and Released |
| 30 | Fairbairn | John | Residence Unknown | | Admitted |

| No. | Last Name | First Name | Town | State | Status |
|---|---|---|---|---|---|
| 31 | Filice | Dave | Residence Unknown | | Unknown |
| 32 | Fleck | Ryan | Residence Unknown | | Unknown |
| 33 | Gershelis | Rena | Residence Unknown | | Unknown |
| 34 | Gorschalies | Rena | Residence Unknown | | Unknown |
| 35 | Grey | Greg | Residence Unknown | | Unknown |
| 36 | Hall | Grant | Residence Unknown | | Admitted |
| 37 | Hussey | Laurie | Residence Unknown | | Admitted |
| 38 | Iannone | Michael | Residence Unknown | | Admitted |
| 39 | Kendall | Mark | Residence Unknown | | Unknown |
| 40 | Knott | Mark | Residence Unknown | | Unknown |
| 41 | Krasinskas | Adrian | Residence Unknown | | Admitted |
| 42 | Lusardi | Joseph | Residence Unknown | | Treated and Released |
| 43 | MacDonald | David | Residence Unknown | | Unknown |
| 44 | Mangan | John | Residence Unknown | | Admitted |
| 45 | McGinn | Dave | Residence Unknown | | Unknown |
| 46 | Mellini | Julie | Residence Unknown | | Unknown |
| 47 | Moore | Carolyn | Residence Unknown | | Treated and Released |
| 48 | Morrison | Wayne | Residence Unknown | | Unknown |
| 49 | Mulcahey | Thomas | Residence Unknown | | Treated and Released |
| 50 | Nobles | Edward | Residence Unknown | | Treated and Released |
| 51 | Ochs | Chad | Residence Unknown | | Treated and Released |
| 52 | O'Neill | William | Residence Unknown | | Treated and Released |
| 53 | O'Neill | Michael | Residence Unknown | | Treated and Released |
| 54 | Panciera | Harold | Residence Unknown | | Unknown |
| 55 | Powers | Eric | Residence Unknown | | Unknown |
| 56 | Precourt | Robin | Residence Unknown | | Treated and Released |
| 57 | Pucino | Erin | Residence Unknown | | Treated and Released |
| 58 | Raphael | Marleen | Residence Unknown | | Treated and Released |
| 59 | Reagle | John | Residence Unknown | | Unknown |
| 60 | Richard | Claude | Residence Unknown | | Treated and Released |
| 61 | Russell | Jack | Residence Unknown | | Unknown |
| 62 | Sanetti | Patricia | Residence Unknown | | Unknown |
| 63 | Scarpetti | Steve | Residence Unknown | | Unknown |
| 64 | Shapiro | Michael | Residence Unknown | | Unknown |
| 65 | Shea | Lisa | Residence Unknown | | Unknown |
| 66 | Silva | Derrick | Residence Unknown | | Admitted |
| 67 | Studley | Jessica | Residence Unknown | | Unknown |
| 68 | Sullivan | Kathleen | Residence Unknown | | Admitted |
| 69 | Tremblay | Gary | Residence Unknown | | Treated and Released |
| 70 | Vieira | Scott | Residence Unknown | | Unknown |
| 71 | Vieira | Jennifer | Residence Unknown | | Admitted |
| 72 | Williams | Donovan | Residence Unknown | | Admitted |
| 73 | Williams | Jason | Residence Unknown | | Unknown |