UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| RONALD KINGSLEY, as parent and Next friend of ZOE JEAN KINGSLEY, a minor, and on behalf of all beneficiaries of LISA KELLY, decedent | : | |
| vs. | : | C.A. No. 03-CV-208L |
| JEFFREY DERDERIAN, MICHAEL DERDERIAN, DERCO, d/b/a The Station, MANIC MUSIC MANAGEMENT, JACK RUSSELL, MARK KENDELL, DAVID FELICE, ERIC POWERS, DANIEL BICHELE, PAUL WOOLNOUGH, KNIGHT RECORDS, INC., ANHEUSER-BUSCH, INC., MCLAUGHLIN AND MORAN, INC., LUNA TECH, INC., LUNA TECH PYROTECHNIK GmbH, AMERICAN FOAM CORPORATION, WHJY-FM, CLEAR CHANNEL COMMUNICATIONS, INC. and Does 1 through 100 | : | |

MOTION FOR RELIEF FROM ORDER

Now come the defendants, Jeffrey Derderian, Michael Derderian, and Derco, d/b/a The Station, and move this Honorable Court for relief from Amended General Order No. 2002-1. On June 30, 2003, defendants filed a motion to remand this matter to the Rhode Island Superior Court for Providence County from which it was removed by the defendant, Anheuser-Busch, Inc. In connection with the memorandum of law in support of their motion to remand, the defendants wish to provide the court with copies of the four orders entered by the Superior Court in connection with the Station fire litigation that are referred to in the defendants' memorandum of law. The four exhibits consist of a total of 17 pages. Therefore, the defendants, Jeffrey Derderian, Michael Derderian, and Derco, d/b/a The Station, respectfully request permission to supplement the memorandum of law in support of their motion to remand with the above-referenced exhibits.

14

JEFFREY DERDERIAN, MICHAEL DERDERIAN, DERCO, d/b/a THE STATION
By their attorney,

Anthony F. DeMarco, Esquire #0799
REYNOLDS, DEMARCO & BOLAND, LTD.
170 Westminster Street, Suite 200
Providence, RI 02903
(401) 861-5522
Fax: (401) 331-4861

CERTIFICATION

I hereby certify that on the 1st day of July, 2003, I mailed a copy of the within to the following attorneys of record:

Marc DeSisto, Esquire
DeSISTO LAW
211 Angel Street
P.O. Box 2563
Providence, RI 02906

Thomas C. Angelone, Esquire
HODOSH, SPINELLA & ANGELONE, PC
One Turks Head Place, Suite 1050
Providence, RI 02903

Stephanie Larivee-DiMaio, Esquire
215 Broadway
Providence, RI 02903

Max Wistow, Esquire
WISTOW & BARYLICK, INC.
61 Weybosset Street
Providence, RI 02903

James Ruggieri, Esquire
HIGGINS, CAVANAGH & COONEY, LLP
The Hay Building
123 Dyer Street
Providence, RI 02903-3987

Randall L. Souza, Esquire
NIXON PEABODY, LLP
1 Citizens Plaza
Providence, RI 02903

Curtis R. Diedrich, Esquire
Edward T. Hinchey, Esquire
SLOAN & WALSH
3 Center Plaza
Boston, MA 02108

Ann Scheeley, Esquire
Law Office of Donald E. Greene
2235 Washington Street
Roxbury, MA 02119

Mark S. Mandell, Esquire
MANDELL, SCHWARTZ & BOISCLAIR
1 Park Row
Providence, RI 02903

Howard A. Merten, Esquire
Eric M. Sommers, Esquire
VETTER & WHITE
20 Washington Place
Providence, RI 02903

Joseph V. Cavanagh, Jr., Esquire
Kristin E. Rodgers, Esquire
BLISH & CAVANAGH
30 Exchange Terrace
Providence, RI 02903

James Reilly, Esquire
KELLY, KELLEHER, REILLY & SIMPSON
146 Westminster Street, Suite 500
Providence, RI 02903

Susan Auclair