UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

RONALD KINGSLEY, as parent and Next friend of ZOE JEAN KINGSLEY, a minor, and on behalf of all beneficiaries of LISA KELLY, decedent

vs. C.A. No. 03-CV-208L

JEFFREY DERDERIAN, MICHAEL DERDERIAN, DERCO, d/b/a The Station, MANIC MUSIC MANAGEMENT, JACK RUSSELL, MARK KENDELL, DAVID FELICE, ERIC POWERS, DANIEL BICHELE, PAUL WOOLNOUGH, KNIGHT RECORDS, INC., ANHEUSER-BUSCH, INC., MCLAUGHLIN AND MORAN, INC., LUNA TECH, INC., LUNA TECH PYROTECHNIK GmbH, AMERICAN FOAM CORPORATION, WHJY-FM, CLEAR CHANNEL COMMUNICATIONS, INC. and Does 1 through 100

RECEIVED
JUN 01 2003
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

RECEIVED
JUL 01 2003
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

MOTION FOR RELIEF FROM ORDER

Now come the defendants, Jeffrey Derderian, Michael Derderian, and Derco, d/b/a The Station, and move this Honorable Court for relief from Amended General Order No. 2002-1. On June 30, 2003, defendants filed a motion to remand this matter to the Rhode Island Superior Court for Providence County from which it was removed by the defendant, Anheuser-Busch, Inc. In connection with the memorandum of law in support of their motion to remand, the defendants wish to provide the court with copies of the four orders entered by the Superior Court in connection with the Station fire litigation that are referred to in the defendants' memorandum of law. The four exhibits consist of a total of 17 pages. Therefore, the defendants, Jeffrey Derderian, Michael Derderian, and Derco, d/b/a The Station, respectfully request permission to supplement the memorandum of law in support of their motion to remand with the above-referenced exhibits.

Granted: Ronald R. Lagueux
Sr. USDJ 7/8/03

(15)