UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| RONALD KINGSLEY, as parent and Next friend of ZOE JEAN KINGSLEY, a minor, and on behalf of all beneficiaries of LISA KELLY, decedent, Plaintiff | : | |
| vs. | : | C.A. No. 03-208-L |
| JEFFREY DERDERIAN, MICHAEL DERDERIAN, DERCO d/b/a The Station, MANIC MUSIC MANAGEMENT, JACK RUSSELL, MARK KENDALL, DAVID FILICE, ERIC POWERS, DANIEL BICHELE, PAUL WOOLNOUGH, KNIGHT RECORDS, INC., ANHEUSER-BUSCH, INC., MCLAUGHLIN & MORAN, INC., LUNA TECH, INC., LUNA TECH PYROTECHNIK GmbH, AMERICAN FOAM CORPORATION, WHJY-FM, CLEAR CHANNEL COMMUNICATIONS, INC., and Does 1 through 100, Defendants | : | |

**JOINT MOTION FOR EXTENSION OF TIME TO RESPOND TO CO-DEFENDANTS' MOTIONS FOR REMAND**

Defendants Anheuser-Busch, Inc. and McLaughlin & Moran, Inc. (collectively, the "Moving Defendants") hereby jointly move for an extension of time in which they and any other party who seeks to respond may file an objection to the following motions: (1) Defendant American Foam Corporation's Motion to Dismiss and Remand Case to State Court; and (2) Defendants' Jeffrey Derderian, Michael Derderian, and DERCO, d/b/a "The Station" Motion to Remand. The Moving Defendants respectfully request an extension until July 31, 2003, in which to respond to said motions. American Foam Corporation and Jeffrey Derderian,

17

Michael Derderian, and DERCO, d/b/a "The Station" do not object to the requested extension.

In support hereof, the Moving Defendants rely on the accompanying memorandum of law.

ANHEUSER-BUSCH, INC.

By its Attorneys,

Kristin E. Rodgers

Joseph V. Cavanagh, Jr. #1139
Kristin E. Rodgers #4842
BLISH & CAVANAGH, LLP
Commerce Center
30 Exchange Terrace
Providence, RI 02903
Telephone: (401) 831-8900
Telecopier: (401) 751-7542

McLAUGHLIN & MORAN, INC.

By its Attorneys,

Howard A. Merten (by ker)

Howard A. Merten #3171
Eric M. Sommers #6213
VETTER & WHITE
20 Washington Place
Providence, RI 02903
Telephone: (401) 421-3060
Telecopier: (401) 272-6803

CERTIFICATION

I hereby certify that on the 10th day of July, 2003, I caused a copy of the within Joint Motion for Extension of Time to be mailed, postage prepaid, to the following counsel of record:

Ronald J. Resmini, Esq.
155 South Main Street
Providence, RI 02903

Thomas C. Angelone, Esq.
HODOSH SPINELLA & ANGELONE
One Turks Head Place
Providence, RI 02903

Anthony F. DeMarco, Esq.
REYNOLDS, DEMARCO & BOLAND
170 Westminster Street, Suite 200
Providence, RI 02903

James R. Lee, Esq.
Department of Attorney General
150 South Main Street
Providence, RI 02903

Marc DeSisto, Esq.
DeSISTO LAW OFFICES
211 Angell Street
P.O. Box 2563
Providence, RI 02903-2563

Daniel P. McKiernan, Esq.
146 Westminster Street
Providence, RI 02903

Mark T. Nugent, Esq.
Paul Sullivan, Esq.
MORRISON MAHONEY & MILLER
One Providence Washington Plaza
Providence, RI 02903

Stefanie DiMaio Larivee, Esq.
215 Broadway
Providence, RI 02903

Karen R Beaton

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| RONALD KINGSLEY, as parent and Next friend of ZOE JEAN KINGSLEY, a minor, and on behalf of all beneficiaries of LISA KELLY, decedent, Plaintiff | : | |
| vs. | : | C.A. No. 03-208-L |
| JEFFREY DERDERIAN, MICHAEL DERDERIAN, DERCO d/b/a The Station, MANIC MUSIC MANAGEMENT, JACK RUSSELL, MARK KENDALL, DAVID FILICE, ERIC POWERS, DANIEL BICHELE, PAUL WOOLNOUGH, KNIGHT RECORDS, INC., ANHEUSER-BUSCH, INC., MCLAUGHLIN & MORAN, INC., LUNA TECH, INC., LUNA TECH PYROTECHNIK GmbH, AMERICAN FOAM CORPORATION, WHJY-FM, CLEAR CHANNEL COMMUNICATIONS, INC., and Does 1 through 100, Defendants | : | |

## MEMORANDUM IN SUPPORT OF JOINT MOTION FOR EXTENSION OF TIME TO RESPOND TO CO-DEFENDANTS' MOTIONS FOR REMAND

Defendants Anheuser-Busch, Inc. and McLaughlin & Moran, Inc. (collectively, the "Moving Defendants") submit the within memorandum in support of their Joint Motion for Extension of Time to Respond to Co-Defendants' Motions for Remand.

After being served in an original action filed in this Court captioned *Tammy Passa, Alias, et al. v. Jeffrey Derderian, et al.*, C.A. No. 03-148-L, Anheuser-Busch, Inc. ("Anheuser-Busch") removed the within action from Providence County

Superior Court on May 30, 2003, pursuant to 28 U.S.C. § 1369 and §1441(e). On June 30, 2003, co-defendant American Foam Corporation ("American Foam") filed a Motion to Dismiss and Remand Case to State Court. On that same day, co-defendants Jeffrey Derderian, Michael Derderian, and DERCO, d/b/a "The Station" (collectively, the "Derderians") filed a Motion to Remand. In their respective motions, both American Foam and the Derderians argue that the newly enacted § 1369 was not intended to apply to the local disaster known as the "Station fire." American Foam further argues that even if § 1369 were applicable, this Court should abstain from exercising jurisdiction pursuant to § 1369(b). The Derderians also contend that principles of comity, fairness and judicial economy dictate remanding the within action to Providence County Superior Court.

On June 30, 2003, co-defendant McLaughlin & Moran, Inc. filed a Joinder in Anheuser-Busch's Notice of Removal.

Objections to American Foam's and the Derderians' motions are currently due on July 11, 2003.

The applicability of § 1369 presents novel legal issues. Neither this Court nor any other federal court has considered the jurisdictional issues raised by this newly enacted statute. In order to fully respond to the issues raised in American Foam's and the Derderians' respective motions, the Moving Defendants request an extension of time until July 31, 2003, in which they and any other party who seeks to respond may file their objections.

American Foam and the Derderians have authorized counsel to inform this Court that they do not object to the requested extension.

ANHEUSER-BUSCH, INC.

By its Attorneys,

Kristin E. Rodgers

Joseph V. Cavanagh, Jr. #1139
Kristin E. Rodgers #4842
BLISH & CAVANAGH, LLP
Commerce Center
30 Exchange Terrace
Providence, RI 02903
Telephone: (401) 831-8900
Telecopier: (401) 751-7542

McLAUGHLIN & MORAN, INC.

By its Attorneys,

Howard A Merten (by ker)

Howard A. Merten #3171
Eric M. Sommers #6213
VETTER & WHITE
20 Washington Place
Providence, RI 02903
Telephone: (401) 421-3060
Telecopier: (401) 272-6803

CERTIFICATION

I hereby certify that on the 10th day of July, 2003, I caused a copy of the within Memorandum to be mailed, postage prepaid, to the following counsel of record:

Ronald J. Resmini, Esq.
155 South Main Street
Providence, RI 02903

Thomas C. Angelone, Esq.
HODOSH SPINELLA & ANGELONE
One Turks Head Place
Providence, RI 02903

Anthony F. DeMarco, Esq.
REYNOLDS, DEMARCO & BOLAND
170 Westminster Street, Suite 200
Providence, RI 02903

James R. Lee, Esq.
Department of Attorney General
150 South Main Street
Providence, RI 02903

Marc DeSisto, Esq.
DeSISTO LAW OFFICES
211 Angell Street
P.O. Box 2563
Providence, RI 02903-2563

Daniel P. McKiernan, Esq.
146 Westminster Street
Providence, RI 02903

Mark T. Nugent, Esq.
Paul Sullivan, Esq.
MORRISON MAHONEY & MILLER
One Providence Washington Plaza
Providence, RI 02903

Stefanie DiMaio Larivee, Esq.
215 Broadway
Providence, RI 02903

Karen R Beadon