UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

RONALD KINGSLEY as Parent and :
Next Friend of ZOE JEAN
KINGSLEY, A Minor and on behalf:
of all Beneficiaries of LISA
KELLY, Decedent :

-VS- :C.A.NO.03-208-L

JEFFREY DERDERIAN, MICHAEL :
DERDERIAN, DERCO d/b/a The
Station, MANIC MUSIC :
MANAGEMENT, JACK RUSSELL,
MARK KENDALL, DAVID FILICE, :
ERIC POWERS, DANIEL BICHELE,
PAUL WOOLNOUGH, KNIGHT RECORDS,
INC., ANHEUSER-BUSCH, INC., :
McLAUGHLIN & MORAN, INC.,
LUNA TECH, INC., LUNA TECH :
PYROTECHNIK GmbH, AMERICAN
FOAM CORPORATION, WHJY-FM, :
CLEAR CHANNEL COMMUNICATIONS,
INC., and DOES 1 through 100 :

PLAINTIFF'S MOTION FOR EXTENSION
OF TIME TO RESPOND TO
DEFENDANTS' MOTIONS TO REMAND

Now comes the Plaintiff in the above entitled cause and makes Motion for an Extension of Time in which to file an Objection to the following Motions:

1. Defendant, American Foam Corporation's Motion to Dismiss and Remand Case to State Court.

2. Defendants', Jeffrey Derderian, Michael Derderian and DERCO d/b/a "The Station" Motion to

(18)

Remand.

The Plaintiff respectfully requests an extension up to and including August 29, 2003 in which to respond to said Motions. Defendants, American Foam Corporation and Jeffrey Derderian, Michael Derderian and DERCO d/b/a "The Station" do not object to the requested extension.

In support hereof, Plaintiff relies on the accompanying Memorandum of Law.

By his Attorneys,
RESMINI LAW OFFICES, LTD.
BY:

RONALD J. RESMINI, ESQ.#0484
Co-Counsel for Plaintiff
155 South Main St.
Suite 400
Providence, RI 02903
DATED: July 14, 2003
(401)751-8855

CERTIFICATION

I hereby certify that on this 14th day of July, 2003, I mailed a copy of the within Motion for Extension of Time and Memorandum of Law by regular mail, postage prepaid to the following:

Anthony F. DeMarco, Esq.
REYNOLDS, DeMARCO & BOLAND
170 Westminster St., Suite 200
Prov., RI 02903

Marc DeSisto, Esq.
DeSISTO LAW OFFICES
211 Angell St.
P.O. Box 2563
Prov., RI 02903-2563

Mark T. Nugent, Esq.
Paul Sullivan, Esq.
MORRISON, MAHONEY & MILLER
One Providence Washington Plaza
Prov., RI 02903

Thomas C. Angelone, Esq.
HODOSH SPINELLA & ANGELONE
One Turks Head Place
Prov., RI 02903

James R. Lee, Esq.
Department of the Attorney General
150 South Main St.
Prov., RI 02903

Daniel P. McKiernan, Esq.
146 Westminster St.
Prov., RI 02903

Stefanie DiMaio Larivee, Esq.
215 Broadway
Prov., RI 02903

Joseph V. Cavanagh, Jr., Esq.
Kristin E. Rodgers, Esq.
BLISH & CAVANAGH, LLP
Commerce Center
30 Exchange Terrace
Prov., RI 02903

Howard A. Merten, Esq.
Eric M. Sommers, Esq.
VETTER & WHITE
20 Washington Place
Prov., RI 02903

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

RONALD KINGSLEY as Parent and Next Friend of ZOE JEAN KINGSLEY, A Minor and on behalf of all Beneficiaries of LISA KELLY, Decedent :

-VS- :C.A.NO.03-208-L

JEFFREY DERDERIAN, MICHAEL DERDERIAN, DERCO d/b/a The Station, MANIC MUSIC MANAGEMENT, JACK RUSSELL, MARK KENDALL, DAVID FILICE, ERIC POWERS, DANIEL BICHELE, PAUL WOOLNOUGH, KNIGHT RECORDS, INC., ANHEUSER-BUSCH, INC., McLAUGHLIN & MORAN, INC., LUNA TECH, INC., LUNA TECH PYROTECHNIK GmbH, AMERICAN FOAM CORPORATION, WHJY-FM, CLEAR CHANNEL COMMUNICATIONS, INC., and DOES 1 through 100 :

PLAINTIFF'S MEMORANDUM IN SUPPORT OF MOTION FOR EXTENSION OF TIME TO RESPOND TO DEFENDANTS' MOTIONS FOR REMAND

Plaintiff submits the within Memorandum in Support of his Motion for Extension of Time to Respond to Defendants' Motions for Remand.

After the filing of the original action filed in this Honorable Court captioned Tammy Passa, Alias, et al v. Jeffery Derderian, et als, C.A. NO. 02-148-L, Defendant, Anheuser-Busch, Inc.

(hereinafter referred to as "Anheuser-Busch") removed the within action from Providence County Superior Court on May 30, 2003 pursuant to 28 U.S.C., Sections 1369 and 1441(e). On June 30, 2003, Defendant, American Foam Corporation (hereinafter referred to as "American Foam") filed a Motion to Dismiss and Remand Case to State Court. On that same day, the Defendants, Jeffrey Derderian, Michael Derderian and DERCO, d/b/a "The Station" (collectively, the "Derderians") filed a Motion to Remand. In their respective Motions, both Defendant, American Foam and Defendants, Derderians argued that the newly enacted Section 1369 was not intended to apply to the local disaster known as "The Station fire." Defendant, American Foam, further argued that even if Section 1369 were applicable, this Court should abstain from exercising jurisdiction pursuant to Section 1369(b). The Defendants, Derderians, also contend that principles of comity, fairness and judicial economy dictate remanding the within action to Providence County Superior Court.

Objections to Defendant, American Foam's and Defendant, Derderians' Motions were currently due

on July 11, 2003.

The applicability of Section 1369 presents novel legal issues. Neither this Court nor any other Federal Court has considered the jurisdictional issues raised by this newly enacted statute. In order to fully respond to the issues raised in Defendants, American Foam's and the Derderians' respective Motions, the Plaintiff requests an extension of time until August 29, 2003 in which to file his objections.

The Defendants, American Foam and the Derderians have authorized counsel to inform this Court that they do not object to the requested extension.

By his Attorneys,
RESMINI LAW OFFICES, LTD.
BY:

RONALD J. RESMINI, ESQ.#0484
Co-counsel for Plaintiff
155 South Main St.
Suite 400
Providence, RI 02903
DATED: July 14, 2003
(401)751-8855