FILED

JUL 10 2003

U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

RONALD KINGSLEY, as parent and Next friend of ZOE JEAN KINGSLEY, a minor, and on behalf of all beneficiaries of LISA KELLY, decedent,
Plaintiff

vs. C.A. No. 03-208-L

JEFFREY DERDERIAN, MICHAEL DERDERIAN, DERCO d/b/a The Station, MANIC MUSIC MANAGEMENT, JACK RUSSELL, MARK KENDALL, DAVID FILICE, ERIC POWERS, DANIEL BICHELE, PAUL WOOLNOUGH, KNIGHT RECORDS, INC., ANHEUSER-BUSCH, INC., MCLAUGHLIN & MORAN, INC., LUNA TECH, INC., LUNA TECH PYROTECHNIK GmbH, AMERICAN FOAM CORPORATION, WHJY-FM, CLEAR CHANNEL COMMUNICATIONS, INC., and Does 1 through 100,
Defendants

## JOINT MOTION FOR EXTENSION OF TIME TO RESPOND TO CO-DEFENDANTS' MOTIONS FOR REMAND

Defendants Anheuser-Busch, Inc. and McLaughlin & Moran, Inc. (collectively, the "Moving Defendants") hereby jointly move for an extension of time in which they and any other party who seeks to respond may file an objection to the following motions: (1) Defendant American Foam Corporation's Motion to Dismiss and Remand Case to State Court; and (2) Defendants' Jeffrey Derderian, Michael Derderian, and DERCO, d/b/a "The Station" Motion to Remand. The Moving Defendants respectfully request an extension until July 31, 2003, in which to respond to said motions. American Foam Corporation and Jeffrey Derderian,

20

Michael Derderian, and DERCO, d/b/a "The Station" do not object to the requested extension.

In support hereof, the Moving Defendants rely on the accompanying memorandum of law.

ANHEUSER-BUSCH, INC.

By its Attorneys,

Joseph V. Cavanagh, Jr. #1139
Kristin E. Rodgers #4842
BLISH & CAVANAGH, LLP
Commerce Center
30 Exchange Terrace
Providence, RI 02903
Telephone: (401) 831-8900
Telecopier: (401) 751-7542

McLAUGHLIN & MORAN, INC.

By its Attorneys,

Howard A. Merten #3171
Eric M. Sommers #6213
VETTER & WHITE
20 Washington Place
Providence, RI 02903
Telephone: (401) 421-3060
Telecopier: (401) 272-6803

Granted: Ronald R. Lagueux
Sr. USDJ 7/15/03