UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

RONALD KINGSLEY as Parent and Next Friend of ZOE JEAN KINGSLEY, A Minor and on behalf of all Beneficiaries of LISA KELLY, Decedent

-VS- :C.A.NO.03-208-L

JEFFREY DERDERIAN, MICHAEL DERDERIAN, DERCO d/b/a The Station, MANIC MUSIC MANAGEMENT, JACK RUSSELL, MARK KENDALL, DAVID FILICE, ERIC POWERS, DANIEL BICHELE, PAUL WOOLNOUGH, KNIGHT RECORDS, INC., ANHEUSER-BUSCH, INC., McLAUGHLIN & MORAN, INC., LUNA TECH, INC., LUNA TECH PYROTECHNIK GmbH, AMERICAN FOAM CORPORATION, WHJY-FM, CLEAR CHANNEL COMMUNICATIONS, INC., and DOES 1 through 100

FILED
JUL 14 2003
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

PLAINTIFF'S MOTION FOR EXTENSION OF TIME TO RESPOND TO DEFENDANTS' MOTIONS TO REMAND

Now comes the Plaintiff in the above entitled cause and makes Motion for an Extension of Time in which to file an Objection to the following Motions:

1. Defendant, American Foam Corporation's Motion to Dismiss and Remand Case to State Court.

2. Defendants', Jeffrey Derderian, Michael Derderian and DERCO d/b/a "The Station" Motion to

(21)

Remand.

The Plaintiff respectfully requests an extension up to and including August 29, 2003 in which to respond to said Motions. Defendants, American Foam Corporation and Jeffrey Derderian, Michael Derderian and DERCO d/b/a "The Station" do not object to the requested extension.

In support hereof, Plaintiff relies on the accompanying Memorandum of Law.

By his Attorneys,
RESMINI LAW OFFICES, LTD.
BY:

RONALD J. RESMINI, ESQ.#0484
Co-Counsel for Plaintiff
155 South Main St.
Suite 400
Providence, RI 02903
DATED: July 14, 2003
(401)751-8855

Granted: Ronald R. Lagueux
Sr. USDJ 7/15/03