UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

RONALD KINGSLEY, as parent and
Next friend of ZOE JEAN KINGSLEY,
a minor, and on behalf of all beneficiaries of
LISA KELLY, decedent,
Plaintiff

vs. C.A. No. 03-208-L

JEFFREY DERDERIAN, MICHAEL
DERDERIAN, DERCO d/b/a The Station,
MANIC MUSIC MANAGEMENT,
JACK RUSSELL, MARK KENDALL,
DAVID FILICE, ERIC POWERS, DANIEL
BICHELE, PAUL WOOLNOUGH, KNIGHT
RECORDS, INC., ANHEUSER-BUSCH, INC.,
MCLAUGHLIN & MORAN, INC., LUNA
TECH, INC., LUNA TECH PYROTECHNIK
GmbH, AMERICAN FOAM CORPORATION,
WHJY-FM, CLEAR CHANNEL
COMMUNICATIONS, INC., and
Does 1 through 100,
Defendants

RECEIVED
JUL 29 2003
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

ORDER STAYING DISCOVERY AND RESPONSIVE PLEADINGS

After a conference conducted by the Court concerning scheduling issues relating to the pending Motions to Dismiss and to Remand, it is hereby

ORDERED, ADJUDGED, AND DECREED:

That all responsive pleadings to the Complaint filed in the above-captioned action shall not be required to be filed and all discovery shall be stayed until further order of this Court.

26

ENTERED as an Order of this Court on the _____ day of July, 2003.

By Order: Enter:

_____________________ Ronald R. Lagueux
Sr. USDJ 7/30/03

Prepared by:

Joseph V. Cavanagh, Jr.
Kristin E. Rodgers

Joseph V. Cavanagh, Jr. #1139
Kristin E. Rodgers #4842
BLISH & CAVANAGH, LLP
Commerce Center
30 Exchange Terrace
Providence, RI 02903
Telephone: (401) 831-8900
Telecopier: (401) 751-7542

Counsel for Defendant
Anheuser-Busch, Inc.

Edward M. Crane, Esq.
Deborah G. Solmor, Esq.
SKADDEN, ARPS, SLATE, MEAGHER
& FLOM (Illinois)
333 West Wacker Drive
Chicago, IL 60606
Telephone: (312) 407-0700
Telecopier: (312) 407-0411

Pro Hac Vice on behalf of
Defendant Anheuser-Busch, Inc.

## CERTIFICATION

I hereby certify that on the 29th day of July, 2003, I caused a copy of the within Joint Motion for Extension of Time to be mailed, postage prepaid, to the following counsel of record:

Ronald J. Resmini, Esq.
155 South Main Street
Providence, RI 02903

Thomas C. Angelone, Esq.
HODOSH SPINELLA & ANGELONE
One Turks Head Place
Providence, RI 02903

Anthony F. DeMarco, Esq.
REYNOLDS, DEMARCO & BOLAND
170 Westminster Street, Suite 200
Providence, RI 02903

Christopher C. Fallon, Jr., Esq.
Cozen O'Connor
1900 Market Street
Philadelphia, PA 19103-3508

Fred A. Kelly, Jr., Esq.
Randall L. Souza, Esq.
NIXON PEABODY, LLP
One Citizens Plaza
Providence, RI 02903-1344

Howard A. Merten, Esq.
Eric M. Sommers, Esq.
VETTER & WHITE
20 Washington Place
Providence, RI 02903

Stefanie DiMaio Larivee, Esq.
215 Broadway
Providence, RI 02903

Cynthia Dragon