UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| RONALD KINGSLEY, as parent and Next friend of ZOE JEAN KINGSLEY, a minor, and on behalf of all beneficiaries of LISA KELLY, decedent, Plaintiff | : | |
| vs. | : | C.A. No. 03-208-L |
| JEFFREY DERDERIAN, MICHAEL DERDERIAN, DERCO d/b/a The Station, MANIC MUSIC MANAGEMENT, JACK RUSSELL, MARK KENDALL, DAVID FILICE, ERIC POWERS, DANIEL BICHELE, PAUL WOOLNOUGH, KNIGHT RECORDS, INC., ANHEUSER-BUSCH, INC., MCLAUGHLIN & MORAN, INC., LUNA TECH, INC., LUNA TECH PYROTECHNIK GmbH, AMERICAN FOAM CORPORATION, WHJY-FM, CLEAR CHANNEL COMMUNICATIONS, INC., and Does 1 through 100, Defendants | : | |

DEFENDANT ANHEUSER-BUSCH, INC.'S
MOTION FOR LEAVE TO FILE
MEMORANDUM AND APPENDIX IN EXCESS OF PAGE LIMITS

Defendant Anheuser-Busch, Inc. ("Anheuser-Busch") moves this Court for leave to file an opposition memorandum and appendix in excess of the page limits set forth in Amended General Order # 2002-01. Specifically, Anheuser-Busch requests leave to file a memorandum not in excess of 25 pages, and an appendix comprised of legislative history not in excess of 50 pages.

In support hereof, Anheuser-Busch relies upon the accompanying memorandum of law.

BLISH & CAVANAGH
COUNSELLORS AT LAW
COMMERCE CENTER
30 EXCHANGE TERRACE
PROVIDENCE, RI 02903-1765
(401) 831-8900
FAX (401) 751-7542

27

ANHEUSER-BUSCH, INC.

By its Attorneys,

Joseph V. Cavanagh, Jr. #1139
Kristin E. Rodgers #4842
BLISH & CAVANAGH, LLP
Commerce Center
30 Exchange Terrace
Providence, RI 02903
Telephone: (401) 831-8900
Telecopier: (401) 751-7542

Counsel for Defendant
Anheuser-Busch, Inc.

Edward M. Crane, Esq.
Deborah G. Solmor, Esq.
SKADDEN, ARPS, SLATE, MEAGHER & FLOM (Illinois)
333 West Wacker Drive
Chicago, IL 60606
Telephone: (312) 407-0700
Telecopier: (312) 407-0411

Pro Hac Vice on behalf of
Defendant Anheuser-Busch, Inc.

---

ORDER:

This Motion is hereby ________________

________________________________
United States District Judge
Dated: ______________

**CERTIFICATION**

I hereby certify that on the 5th day of August, 2003, I served a true copy of Defendant Anheuser-Busch, Inc.'s Motion for Leave to File Memorandum and Appendix in Excess of Page Limits, via first class mail, postage prepaid to the following counsel of record:

Stefanie DiMaio Larivee, Esq.
215 Broadway
Providence, RI 02903

Ronald J. Resmini, Esq.
155 South Main Street
Providence, RI 02903

Anthony F. DeMarco, Esq.
Reynolds Demarco & Boland
170 Westminster Street, Suite 200
Providence, RI 02903

Marc DeSisto, Esq.
DeSisto Law Offices
211 Angell Street
P.O. Box 2563
Providence, RI 02903-2563

Howard A. Merten, Esq.
Eric M. Sommers, Esq.
Vetter & White
20 Washington Place
Providence, RI 02903

Thomas C. Angelone, Esq.
Hodosh Spinella & Angelone
One Turks Head Place
Providence, RI 02903

James R. Lee, Esq.
Department of Attorney General
150 South Main Street
Providence, RI 02903

Fred A. Kelly, Jr., Esq.
Randall L. Souza, Esq.
Nixon Peabody, LLP
One Citizens Plaza
Providence, RI 02903

Christopher C. Fallon, Jr., Esq.
Cozen O'Connor
1900 Market Street
Philadelphia, PA 19103-3508

Cynthia Dragon

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| RONALD KINGSLEY, as parent and Next friend of ZOE JEAN KINGSLEY, a minor, and on behalf of all beneficiaries of LISA KELLY, decedent, Plaintiff | : | |
| vs. | : | C.A. No. 03-208-L |
| JEFFREY DERDERIAN, MICHAEL DERDERIAN, DERCO d/b/a The Station, MANIC MUSIC MANAGEMENT, JACK RUSSELL, MARK KENDALL, DAVID FILICE, ERIC POWERS, DANIEL BICHELE, PAUL WOOLNOUGH, KNIGHT RECORDS, INC., ANHEUSER-BUSCH, INC., MCLAUGHLIN & MORAN, INC., LUNA TECH, INC., LUNA TECH PYROTECHNIK GmbH, AMERICAN FOAM CORPORATION, WHJY-FM, CLEAR CHANNEL COMMUNICATIONS, INC., and Does 1 through 100, Defendants | : | |

DEFENDANT ANHEUSER-BUSCH, INC.'S
MEMORANDUM IN SUPPORT OF MOTION FOR LEAVE TO FILE
MEMORANDUM AND APPENDIX IN EXCESS OF PAGE LIMITS

Defendant Anheuser-Busch, Inc. ("Anheuser-Busch") submits the within memorandum in support of its motion for leave to file an opposition memorandum and appendix in excess of the page limits set forth in Amended General Order # 2002-01.

Pursuant to Amended General Order #2002-01, Anheuser-Busch is limited to a memorandum no greater than 20 pages in length in opposition to Defendant American Foam Corporation's Motion to Dismiss and Remand Case to State Court and to

BLISH & CAVANAGH
COUNSELLORS AT LAW
COMMERCE CENTER
30 EXCHANGE TERRACE
PROVIDENCE, RI 02903-1765
(401) 831-8900
FAX (401) 751-7542

Defendants' Jeffrey Derderian, Michael Derderian, and DERCO, d/b/a "The Station" Motion to Remand. Further, appendices and/or exhibits to all motions other than motions for summary judgment are limited to only 5 pages in the aggregate. See Amended General Order #2002-01. Thus, any appendix or exhibits relied upon by Anheuser-Busch may not exceed 5 pages.

Given the complex nature of the jurisdictional issues raised in the pending motions, the issues of first impression created by the newly enacted Multiparty, Multiforum Trial Jurisdiction Act of 2002 ("MMTJA"), codified at 28 U.S.C. § 1369 (2003), and the reliance by all parties on the legislative history of the MMTJA, Anheuser-Busch requests that this Court grant leave to permit Anheuser-Busch to file (1) a memorandum in opposition to the aforesaid pending motions not to exceed 25 pages; and (2) an appendix including portions of the legislative history of MMTJA not to exceed 50 pages.

For the foregoing reasons, Anheuser-Busch, Inc. respectfully requests that leave be granted to allow Anheuser-Busch to file a memorandum not in excess of 25 pages, and to file an appendix not in excess of 50 pages.

ANHEUSER-BUSCH, INC.

By its Attorneys,

Joseph V. Cavanagh, Jr. #1139
Kristin E. Rodgers #4842
BLISH & CAVANAGH, LLP
Commerce Center
30 Exchange Terrace
Providence, RI 02903
Telephone: (401) 831-8900
Telecopier: (401) 751-7542

Counsel for Defendant
Anheuser-Busch, Inc.

Edward M. Crane, Esq.
Deborah G. Solmor, Esq.
SKADDEN, ARPS, SLATE, MEAGHER
& FLOM (Illinois)
333 West Wacker Drive
Chicago, IL 60606
Telephone: (312) 407-0700
Telecopier: (312) 407-0411

Pro Hac Vice on behalf of
Defendant Anheuser-Busch, Inc.

**CERTIFICATION**

I hereby certify that on the 5th day of August, 2003, I served a true copy of Defendant Anheuser-Busch, Inc.'s Memorandum in Support of Motion for Leave to File Memorandum and Appendix in Excess of Page Limits, via first class mail, postage prepaid to the following counsel of record:

Stefanie DiMaio Larivee, Esq.
215 Broadway
Providence, RI 02903

Ronald J. Resmini, Esq.
155 South Main Street
Providence, RI 02903

Anthony F. DeMarco, Esq.
Reynolds Demarco & Boland
170 Westminster Street, Suite 200
Providence, RI 02903

Marc DeSisto, Esq.
DeSisto Law Offices
211 Angell Street
P.O. Box 2563
Providence, RI 02903-2563

Howard A. Merten, Esq.
Eric M. Sommers, Esq.
Vetter & White
20 Washington Place
Providence, RI 02903

Thomas C. Angelone, Esq.
Hodosh Spinella & Angelone
One Turks Head Place
Providence, RI 02903

James R. Lee, Esq.
Department of Attorney General
150 South Main Street
Providence, RI 02903

Fred A. Kelly, Jr., Esq.
Randall L. Souza, Esq.
Nixon Peabody, LLP
One Citizens Plaza
Providence, RI 02903

Christopher C. Fallon, Jr., Esq.
Cozen O'Connor
1900 Market Street
Philadelphia, PA 19103-3508

Cynthia Dragon