FILED
AUG 05 2003
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

RONALD KINGSLEY, as parent and Next friend of ZOE JEAN KINGSLEY, a minor, and on behalf of all beneficiaries of LISA KELLY, decedent,
Plaintiff

vs. C.A. No. 03-208-L

JEFFREY DERDERIAN, MICHAEL DERDERIAN, DERCO d/b/a The Station, MANIC MUSIC MANAGEMENT, JACK RUSSELL, MARK KENDALL, DAVID FILICE, ERIC POWERS, DANIEL BICHELE, PAUL WOOLNOUGH, KNIGHT RECORDS, INC., ANHEUSER-BUSCH, INC., MCLAUGHLIN & MORAN, INC., LUNA TECH, INC., LUNA TECH PYROTECHNIK GmbH, AMERICAN FOAM CORPORATION, WHJY-FM, CLEAR CHANNEL COMMUNICATIONS, INC., and Does 1 through 100,
Defendants

# DEFENDANT ANHEUSER-BUSCH, INC.'S MOTION FOR LEAVE TO FILE MEMORANDUM AND APPENDIX IN EXCESS OF PAGE LIMITS

Defendant Anheuser-Busch, Inc. ("Anheuser-Busch") moves this Court for leave to file an opposition memorandum and appendix in excess of the page limits set forth in Amended General Order # 2002-01. Specifically, Anheuser-Busch requests leave to file a memorandum not in excess of 25 pages, and an appendix comprised of legislative history not in excess of 50 pages.

In support hereof, Anheuser-Busch relies upon the accompanying memorandum of law.

Granted: Ronald R. Lagueux
Sr. USDJ 8/6/03

(28)

BLISH & CAVANAGH
COUNSELLORS AT LAW
COMMERCE CENTER
30 EXCHANGE TERRACE
PROVIDENCE, RI 02903-1765
(401) 831-8900
FAX (401) 751-7542