UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| RONALD KINGSLEY, as parent and Next friend of ZOE JEAN KINGSLEY, a minor, and on behalf of all beneficiaries of LISA KELLY, decedent, Plaintiff | : | |
| vs. | : | C.A. No. 03-208-L |
| JEFFREY DERDERIAN, MICHAEL DERDERIAN, DERCO d/b/a The Station, MANIC MUSIC MANAGEMENT, JACK RUSSELL, MARK KENDALL, DAVID FILICE, ERIC POWERS, DANIEL BICHELE, PAUL WOOLNOUGH, KNIGHT RECORDS, INC., ANHEUSER-BUSCH, INC., MCLAUGHLIN & MORAN, INC., LUNA TECH, INC., LUNA TECH PYROTECHNIK GmbH, AMERICAN FOAM CORPORATION, WHJY-FM, CLEAR CHANNEL COMMUNICATIONS, INC., and Does 1 through 100, Defendants | : | |

## SUPPLEMENTAL NOTICE OF PENDENCY OF OTHER ACTIONS AND PROCEEDINGS

Pursuant to Rule 31 of the Local Rules of the United States District Court for the District of Rhode Island, defendant Anheuser-Busch, Inc. submits that the following list of actions and proceedings known to counsel for Anheuser-Busch as of this date:

United States District Court for the District of Rhode Island

1. C.A. No. 03-148-L Tammy Passa, Alias, Walter Castle, Jr., Alias and Cheryl Harris-Rossi (next-of-kin of decedent, Joseph E. Rossi) v. Jeffrey Derderian, Michael Derderian, DERCO, LLC, Manic Music Management, Inc., Jack Russell, Mark Kendall, David Filice, Eric Powers,

BLISH & CAVANAGH
COUNSELLORS AT LAW
COMMERCE CENTER
30 EXCHANGE TERRACE
PROVIDENCE, RI 02903-1765
(401) 831-8900
FAX (401) 751-7542

29

| | | |
|---|---|---|
| | | Daniel Bichele, Paul Woolnough, Knight Records, Inc., Anheuser-Busch Companies, Inc., Anheuser-Busch Inc., McLaughlin & Moran, Inc., Shell Oil Co. d/b/a/ Motiva Enterprises, LLC, Luna Tech, Inc., Luna Tech Pyrotechnik GmbH, American Foam Corporation, General Foam Corporation, Foamex International, Inc., WHJY, Inc., Clear Channel Communications, Inc., Clear Channel Broadcasting, Inc., Town of West Warwick, Dennis Larocque (individually and as Fire Inspector for the Town of West Warwick), State of Rhode Island, Irving J. Owens (individually and in his capacity as Fire Marshall for the State of Rhode Island), Triton Realty Limited Partnership, Triton Realty, Inc., and John Does 1 through 100.<br>Personal injury claims, including counts for negligence, strict liability, breach of implied warranty of merchantability relating to the deaths and/or injuries to plaintiffs.<br>(Atty. - Ronald J. Resmini, Esq., 155 South Main Street, Providence, RI 02903) |
| 2. | M.C. 03-70-L | In Re: The Station Fire In West Warwick, Rhode Island on February 20, 2003. Removed from Providence County Superior Court on August 7, 2003, and captioned therein as M.P. 03-1326, Petition of Luis F. Alves & Mary A. Alves (statutory beneficiaries of Luis S. Alves, deceased), and Robert W. Rager.<br>Petitioners stated intent to present civil claims and sought (1) court order authorizing their investigative team to enter premises of The Station to conduct forensic examination and investigation; and (2) permission to subpoena WPRI-TV for all video recordings made at The Station on February 20, 2003.<br>(Atty. - Patrick T. Jones, Esq., Cooley Manion & Jones, LLP, One center Place, Providence, RI 02903) |
| 3. | M.C. 03-71-L | In Re: The Station Fire In West Warwick, Rhode Island on February 20, 2003. Removed from Providence County Superior Court on August 7, 2003 and captioned therein as M.P. 03-1346, Petition of Judith O'Brien (mother of Robert J. Reisner, deceased), Lawrence Fick (father & guardian of minor children of Charlene Fick, deceased), Deborah Lemay, Claire |

| | | |
|---|---|---|
| | | Bruyere (mother of Bonnie Hamelin. deceased), Nancy A. Lee (mother of Christopher Prouty, deceased), Michael Perrault. Petitioners stated intent to present civil claims and retained a team of fire investigation professionals to conduct on-site investigation, and sought (1) permission for experts to enter site and conduct forensic fire investigation; and (2) permission to subpoena WPRI-TV for all video recordings made at The Station on February 20, 2003.<br>(Atty. - Mark S. Mandell, Esq. & Yvette M. Boisclair, Esq., Mandell, Schwartz & Boisclair, One Park Row, Providence, RI 02903 [on behalf of O'Brien, Fick & Lemay], and Max Wistow, Esq., Wistow & Barylick, Inc., 61 Weybosset Street, Providence, RI 02903 [on behalf of Bruyere, Lee & Perrault]) |
| 4. | M.C. 03-72-L | In Re: The Station Fire In West Warwick, Rhode Island on February 20, 2003. Removed from Providence County Superior Court on August 7, 2003 and captioned therein as M.P. 03-1431, Petition of unnamed manufacturers and providers of certain products or services who are not yet may be named as defendants in litigation arising out of fire at The Station (a/k/a "Unnamed Defendants). Petitioners sought court's permission for investigative team to enter premises of The Station to conduct forensic examination and investigation under the same conditions as other parties and potential parties to litigation arising out of The Station fire.<br>(Atty. - Gerald DeMaria, Esq. & James A. Ruggieri, Esq., Higgins, Cavanagh & Cooney, 123 Dyer Street, Providence, RI 02903) |
| 5. | C.A. No. 03-335-L | George Guindon, Barbara Guindon (individually and as mother and next of fried of Erica Guindon, minor), Tammy Ayer (guardian and next of friend of Kayla Marie Dorothy Abbenante Ayer, minor), Louis Rossi (administrator of Estate of Joseph Rossi), Christopher Scot, Julianna Giaven, Eric Malardo, Michelle Malardo, Richard Sanetti, Patricia Sanetti, Michelle Spence (individually and as mother and next of friend of Hailey Spence, minor), Catherine Carignan, Edward Corbett, III, Paul and Betty Roe (individually and as co- |

administrators of the Estate of Lori K. Durante), Daniel Davidson, and Stephen Bruno v. American Foam Corporation, Foamex International, Barry H. Warner, Triton Realty Limited Partnership, Jeffrey Derderian, Michael Derderian, DERCO, LLC, Manic Music Management, Inc., Jack Russell, Mark Kendall, David Filice, Eric Powers, Daniel Bichele, Paul Woolnough, Knight Records, Inc., Anheuser-Busch, Inc., McLaughlin & Moran, Inc., Luna Tech, Inc., Luna Tech Pyrotechnik GmbH, Clear Channel Communications, Inc. d/b/a WHJY-FM, Motiva Enterprises, LLC, Shell Oil Company, Town of West Warwick, Dennis Larocque, State of Rhode Island and Irving J. Owens. Personal injury claims, including counts for negligence, product liability, wrongful death, and loss of consortium relating to the deaths and/or injuries to plaintiffs.
(Atty. - Brian R. Cunha, Esq., Brian Cunha & Associates, 904 Broadway, East Providence, RI 02914)

United States District Court for the District of Connecticut

6. C.A. No. 3:03-CV-00999-DJS

Estate of Jude B. Henault by Chad M. Henault and Angela Boggs (co-administrators), Angela Boggs (individually), Rachel M. Henault (ppa Chad M. Henault), Andrew J. Henault (ppa Chad M. Henault), Estate of Samuel A. Miceli, Jr. by Madeline P. Miceli (administrator), Estate of Melvin A. Gerfin, Jr. by Deborah A. Gerfin and Laura Gerfin (co-administrators), Deborah Gerfin (individually), Laura Gerfin (individually), Kelly Gerfin (ppa Deborah Gerfin), Meagan Gerfin (ppa Deborah Gerfin), Nancy Noyes, Caroline Telegarsky (administrator of Estate of Sara Jane Telegarsky), Sarah Jane Telegarsky (individually), Glenn Johnson, Lisa Johnson, and Melanie Holliday v. American Foam Corporation, Barry H. Warner, Triton Realty Limited Partnership, Jeffrey Derderian, Michael Derderian, DERCO, LLC, Manic Music Management, Inc., Jack Russell, Mark Kendall, David Filice, Eric Powers, Daniel Bichele, Paul Woolnough, Knight Records, Inc., Anheuser-Busch,

Inc., McLaughlin & Moran, Inc., Luna Tech, Inc., Luna Tech Pyrotechnik GmbH, Clear Channel Communications, Inc. d/b/a WHJY-FM, Strawberries, Inc., Citadel Communications Corporation d/b/a WQGN-Fm, Motiva Enterprises, LLC, Shell Oil Company, Town of West Warwick, Dennis Larocque, State of Rhode Island and Irving J. Owens. Personal injury claims, including counts for negligence, loss of consortium and joint venture theories relating to the deaths and/or injuries to plaintiffs.
(Atty. - Robert Reardon, Esq. & Robert T. Rimmer, Esq., The Reardon Law Firm, P.C., 160 Hempstead Street, New London, CT 06320 [on behalf of Henault, Miceli, Gerfin and Noyes plaintiffs], John J. Nazzaro, Esq., 164 Hempstead Street, New London, CT 06320 [on behalf of Gerfin plaintiffs], Daniel J. Horgan, Esq., Shaw Cove 5, Suite 200, New London, CT 06320 [on behalf of Johnsons and Holliday plaintiffs], Ralph J. Monaco, Esq., Conway & Londregan, P.C., 38 Huntington Street, P.O. Box 1351, New London, CT 06320 [on behalf of Telegarsky plaintiffs])

United States District Court for the District of Massachusetts

7. C.A. 03-11496-RWZ Charles and Carol Sweet (individually and as administrators of the Estate of Shawn Sweet) v. American Foam Corporation, Foamex International, Barry H. Warner, Triton Realty Limited Partnership, Jeffrey Derderian, Michael Derderian, DERCO, LLC, Manic Music Management, Inc., Jack Russell, Mark Kendall, David Filice, Eric Powers, Daniel Bichele, Paul Woolnough, Knight Records, Inc., Anheuser-Busch, Companies, Inc., McLaughlin & Moran, Inc., Luna Tech, Inc., Luna Tech Pyrotechnik GmbH, Clear Channel Communications, Inc. d/b/a WHJY-FM, Motiva Enterprises, LLC, Shell Oil Company, Town of West Warwick, Dennis Larocque, State of Rhode Island and Irving J. Owens. Personal injury claims, including counts for negligence, product liability, wrongful death, and loss of consortium relating to the deaths and/or injuries to plaintiffs.
(Atty. - Brian R. Cunha, Esq., Brian Cunha & Associates, 904 Broadway, East Providence, RI 02914)

| | | |
|---|---|---|
| 8. | C.A. 03-11497-MEL | Linda Roderiques (individually, as administrator of the Estate of Donald Roderiques, and as mother and next of friend Mandi Roderiques, minor) v. American Foam Corporation, Foamex International, Barry H. Warner, Triton Realty Limited Partnership, Jeffrey Derderian, Michael Derderian, DERCO, LLC, Manic Music Management, Inc., Jack Russell, Mark Kendall, David Filice, Eric Powers, Daniel Bichele, Paul Woolnough, Knight Records, Inc., Anheuser-Busch, Companies, Inc., McLaughlin & Moran, Inc., Luna Tech, Inc., Luna Tech Pyrotechnik GmbH, Clear Channel Communications, Inc. d/b/a WHJY-FM, Motiva Enterprises, LLC, Shell Oil Company, Town of West Warwick, Dennis Larocque, State of Rhode Island and Irving J. Owens. Personal injury claims, including counts for negligence, product liability, wrongful death, and loss of consortium relating to the deaths and/or injuries to plaintiffs.<br>(Atty. - Brian R. Cunha, Esq., Brian Cunha & Associates, 904 Broadway, East Providence, RI 02914) |

Rhode Island Superior Court, Providence County

| | | |
|---|---|---|
| 9. | M.P. 03-1401 | Petition of Renee C. Walton (temporary guardian of Gina Gauvin). Petitioner stated intent to present civil claim and has retained fire investigation expert. Sought and was granted permission (1) for expert to enter site to conduct a forensic fire investigation; and (2) permission to subpoena WPRI-TV for all video recordings made at The Station on February 20, 2003)<br>(Atty. - Charles N. Redihan, Jr., Kiernan, Plunkett & Redihan, 91 Friendship Street, Providence, RI 02903) |

ANHEUSER-BUSCH, INC.
By its Attorneys,

Joseph V. Cavanagh, Jr. (by kes)
Kristin E. Rodgers

Joseph V. Cavanagh, Jr. #1139
Kristin E. Rodgers #4842
BLISH & CAVANAGH, LLP
Commerce Center
30 Exchange Terrace
Providence, RI 02903
Telephone: (401) 831-8900
Telecopier: (401) 751-7542

Counsel for Defendant
Anheuser-Busch, Inc.

Edward M. Crane, Esq.
Deborah G. Solmor, Esq.
SKADDEN, ARPS, SLATE, MEAGHER
& FLOM (Illinois)
333 West Wacker Drive
Chicago, IL 60606
Telephone: (312) 407-0700
Telecopier: (312) 407-0411

Pro Hac Vice on behalf of
Defendant Anheuser-Busch, Inc.

**CERTIFICATE OF SERVICE**

I hereby certify that on the 14th day of August, 2003, I served a true copy of the within Supplemental Notice, via first class mail, postage prepaid to the following counsel of record:

Stefanie DiMaio Larivee, Esq.
215 Broadway
Providence, RI 02903

Ronald J. Resmini, Esq.
155 South Main Street
Providence, RI 02903

Anthony F. DeMarco, Esq.
Reynolds Demarco & Boland
170 Westminster Street, Suite 200
Providence, RI 02903

Marc DeSisto, Esq.
DeSisto Law Offices
211 Angell Street; P.O. Box 2563
Providence, RI 02903-2563

Howard A. Merten, Esq.
Eric M. Sommers, Esq.
Vetter & White
20 Washington Place
Providence, RI 02903

William P. Robinson, III, Esq.
Edwards & Angell LLP
2800 Financial Plaza
Providence, RI 02903

Andrew J. Trevelise, Esq.
Reed Smith LLP
2500 One Liberty Place
Philadelphia, PA 19103-7301

Thomas C. Angelone, Esq.
Hodosh Spinella & Angelone
One Turks Head Place
Providence, RI 02903

James R. Lee, Esq.
Department of Attorney General
150 South Main Street
Providence, RI 02903

Fred A. Kelly, Jr., Esq.
Randall L. Souza, Esq.
Nixon Peabody, LLP
One Citizens Plaza
Providence, RI 02903

Christopher C. Fallon, Jr., Esq.
Cozen O'Connor
1900 Market Street
Philadelphia, PA 19103-3508

W. Thomas McGough, Jr., Esq.
James J. Restivo, Jr., Esq.
Reed Smith LLP
345 Sixth Avenue
Pittsburgh, PA 15219

James T. Murphy, Esq.
Hanson Curran, LLP
146 Westminster Street
Providence, RI 02903

Scott J. Tucker, Esq.
Tucker Heifetz & Saltzman LLP
Three School Street
Boston, MA 02108

Faith LaSalle, Esq.
Zizik Lasalle & Powers, PC
40 Westminster Avenue
Providence, RI 02903

Kristin E. Rodgers