UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| RONALD KINGSLEY | : | |
| Plaintiff | : | |
| vs. | : | C.A. No. 03-208-L |
| JEFFREY DERDERIAN, et al. | : | |
| Defendants | : | |

DEFENDANT ANHEUSER-BUSCH, INC.'S OBJECTION TO MOTIONS TO REMAND OF AMERICAN FOAM CORPORATION AND DERDERIAN DEFENDANTS

NOW COMES Defendant Anheuser-Busch, Inc. ("Anheuser-Busch") and hereby objects to (1) Defendant American Foam Corporation's Motion to Dismiss and Remand to State Court, and (2) Defendants' Jeffrey Derderian, Michael Derderian, and DERCO d/b/a The Station Motion to Remand. In support hereof, Anheuser-Busch relies upon the accompanying Memorandum of Law and Appendix of Exhibits.

Joseph V. Cavanagh, Jr. (by ker)
Kristin E. Rodgers

Joseph V. Cavanagh, Jr. #1139
Kristin E. Rodgers #4842
BLISH & CAVANAGH, LLP
Commerce Center
30 Exchange Terrace
Providence, RI 02903
Telephone: (401) 831-8900
Telecopier: (401) 751-7542

Counsel for Defendant
Anheuser-Busch, Inc.

Edward M. Crane, Esq.
Deborah G. Solmor, Esq.
SKADDEN, ARPS, SLATE, MEAGHER & FLOM (Illinois)
333 West Wacker Drive
Chicago, IL 60606
Telephone: (312) 407-0700
Telecopier: (312) 407-0411

Pro Hac Vice on behalf of
Defendant Anheuser-Busch, Inc.

BLISH & CAVANAGH
COUNSELLORS AT LAW
COMMERCE CENTER
30 EXCHANGE TERRACE
PROVIDENCE, RI 02903-1765
(401) 831-8900
FAX (401) 751-7542

30

**CERTIFICATION**

I hereby certify that on the 14th day of August, 2003, I served a true copy of the within Objection via first class mail, postage prepaid to the following counsel of record:

Stefanie DiMaio Larivee, Esq.
215 Broadway
Providence, RI 02903

Ronald J. Resmini, Esq.
155 South Main Street
Providence, RI 02903

Anthony F. DeMarco, Esq.
Reynolds Demarco & Boland
170 Westminster Street, Suite 200
Providence, RI 02903

Marc DeSisto, Esq.
DeSisto Law Offices
211 Angell Street
P.O. Box 2563
Providence, RI 02903-2563

Howard A. Merten, Esq.
Eric M. Sommers, Esq.
Vetter & White
20 Washington Place
Providence, RI 02903

Thomas C. Angelone, Esq.
Hodosh Spinella & Angelone
One Turks Head Place
Providence, RI 02903

James R. Lee, Esq.
Department of Attorney General
150 South Main Street
Providence, RI 02903

Fred A. Kelly, Jr., Esq.
Randall L. Souza, Esq.
Nixon Peabody, LLP
One Citizens Plaza
Providence, RI 02903

Christopher C. Fallon, Jr., Esq.
Cozen O'Connor
1900 Market Street
Philadelphia, PA 19103-3508

Kristi E. Ryan