UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

RONALD KINGSLEY, as parent and Next friend of ZOE JEAN KINGSLEY, a minor, and on behalf of all beneficiaries of LISA KELLY, decedent
Plaintiff

C.A. No. 03-CV-208/L

v.

JEFFREY DERDERIAN, MICHAEL DERDERIAN, DERCO, d/b/a The Station, MANIC MUSIC MANAGEMENT, JACK RUSSELL, MARK KENDELL, DAVID FILICE, ERIC POWERS, DANIEL BICHELE, PAUL WOOLNOUGH, KNIGHT RECORDS, INC., ANHEUSER-BUSCH, INC., MCLAUGHLIN AND MORAN, INC., LUNA TECH, INC., LUNA TECH PYROTECHNIK GmbH, AMERICAN FOAM CORPORATION, WHJY-FM, CLEAR CHANNEL COMMUNICATIONS, INC. and Does 1 - 100,
Defendants

**ENTRY OF APPEARANCE**

I, Benjamin V. White hereby enter my appearance on behalf of defendant, McLaughlin & Moran, Inc.

Benjamin V. White #1652
VETTER & WHITE
Attorneys for Defendant
McLaughlin & Moran, Inc.
20 Washington Place
Providence, Rhode Island 02903
(401) 421-3060 272-6803 FAX

Dated: August 14, 2003



32

# CERTIFICATE OF SERVICE

To:

Stefanie DiMaio Larivee, Esq.
215 Broadway
Providence, RI 02903

Marc DeSisto, Esq.
DESISTO LAW
211 Angell Street
P.O. Box 2563
Providence, RI 02906-2563

Thomas C. Angelone, Esq.
One Turks Head Place
Providence, RI 02903

Anthony F. DeMarco, Esq.
Reynolds, DeMarco & Boland, Ltd.
170 Westminster Street, Suite 200
Providence, RI 02903

James Lee, Esq.
Chief, Civil Division
Department of Attorney General
150 South Main Street
Providence, RI 02903

Randall L. Souza, Esq.
Fred A. Kelly, Jr., Esq.
Nixon Peabody, LLP
One Citizens Plaza, Suite 700
Providence, RI 02903

Joseph V. Cavanagh, Jr., Esq.
Kristin E. Rodgers, Esq.
Blish & Cavanagh, LLP
30 Exchange Terrace
Providence, RI 02903

William P. Robinson, Esq.
Stephen M. Prignano, Esq.
Stephen J. MacGillivray, Esq.
Edwards & Angell
2800 Financial Plaza
Providence, RI 02903

Deborah G. Solmor, Esq.
Edward M. Crane, Esq.
Skadden, Arps, Slate, Meagher & Flom
333 West Wacker Drive, Suite 2100
Chicago, IL 60606

W.Thomas McGough, Jr., Esq.
James J. Restivo, Jr., Esq.
REED SMITH LLP
345 Sixth Avenue
Pittsburgh, PA 15219

Andrew J. Trevelise, Esq.
REED SMITH LLP
2500 One Liberty Plaze
Philadelphia, PA 19103-7301

Christopher C. Fallon, Jr., Esq.
COZEN O'CONNOR
1900 Market Street
Philadelphia, PA 19103-3508

I hereby certify that I served on the above-named counsel of record a copy of the within Entry of Appearance by mailing first class mail, postage prepaid, on the 14th day of August, 2003.

Sharon L. Baer