TRB:ems 03-206 8/19/03

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

RONALD KINGSLEY, ET AL,
Plaintiffs,

VS. C.A. No. 03-208 L

JEFFREY DERDERIAN, ET AL,
Defendants.

**MOTION FOR LEAVE TO FILE**
**AMICUS CURIAE MEMORANDUM**
**BY TRITON REALTY LIMITED PARTNERSHIP**

Now comes Triton Realty Limited Partnership and moves this Court for leave to file an amicus memorandum concerning the applicability of the "rule of unanimity" to multi-defendant cases within the ambit of 28 U.S.C. §1369. Triton submits the accompanying memorandum in support of this motion.

Triton Realty Limited Partnership
By its Attorneys,

HANSON CURRAN LLP

James T. Murphy (by TRB)

James T. Murphy, Esq. #1698

34

Thomas R. Bender, Esq. #2799
HANSON CURRAN LLP
146 Westminster Street
Providence, RI 02903
(401) 421-2154 – Telephone
(401) 521-7040 - Fax

and

Scott J. Tucker (BBO #503940)
Tucker Heifetz & Saltzman, LLP
Three School Street
Boston, MA 02108
(617) 557-9696 – Telephone
(617) 227-9191 – Fax
admitted pro hac vice

**PROOF OF SERVICE**

I hereby certify that on this 26 day of August, 2003, I served the within document by mailing a copy of same to the following:

Thomas C. Angelone, Esq.
HODOSH, SPINELLA & ANGELONE, P.C.
One Turks Head Place, Suite 1050
Providence, RI 02903-2205

Stephen E. Breggia, Esq.
BREGGIA, BOWEN & GRANDE
395 Smith Street
Providence, RI 02908

Brian Cunha, Esq.
LAW OFFICES OF BRIAN CUNHA & ASSOC.
904 Broadway
East Providence, RI 02914

Joyce A. Faraone, Esq.
400 Reservoir Avenue
Suite 3G
Providence, RI 02907

Anthony F. DeMarco, Esq.
REYNOLDS, DEMARCO & BOLAND, LTD.
170 Westminster Street, Suite 200
Providence, RI 02903

Marc DeSisto, Esq.
DESISTO LAW
211 Angell Street, P.O. Box 2563
Providence, RI 02906-2563

Curtis R. Diedrich, Esq.
Edward T. Hinckey, Esq
SLOANE & WALSH
3 Center Plaza
Boston, MA 02108

Christopher C. Fallon, Jr., Esq.
COZEN O'CONNOR
1900 Market Street
Philadelphia, PA 19103-3508

Ronald J. Resmini, Esq.
155 South Main Street
Providence, RI 02903

William A. Filippo, Esq.
373 Elmwood Avenue
Providence, RI 02907

Scott Hubbell, Esq.
SUMMERS LAW OFFICE
P.O. Box 306
Franklin, MA 02038-0306

Patrick T. Jones, Esq.
COOLEY MANION JONES, LLP
21 Custom House Street
Boston, MA 02110

Stephanie Larivee-DiMaio, Esq.
James Howe, Esq.
215 Broadway
Providence, RI 02903

James R. Lee, Esq.
Department of Attorney General
150 South Main Street
Providence, RI 02903

Eva Marie Mancuso, Esq.
387 Atwells Avenue
Providence, RI 02909

Steven A. Minicucci, Esq.
373 Elmwood Avenue
Providence, RI 02907

Max Wistow, Esq.
WISTOW & BARYLICK INCORPORATED
61 Weybosset Street
Providence, RI 02903

Donald A. Migliori, Esq.
NESS, MOTLEY, LOADHOLT, RICHARDSON & POOLE
321 South Main Street, Suite 402
Providence, RI 02903

Mark S. Mandell, Esq.
Yvette Boisclair, Esq.
MANDELL, SCHWARTZ & BOISCLAIR
One Park Row
Providence, RI 02903

Ralph J. Monaco, Esq.
CONWAY & LONDREGAN
38 Huntington Street
P.O. Box 1351
New London, CT 06320

Oleg Nikolyszyn, Esq.
155 South Main Street
Suite 303
Providence, RI 02903

Mark T. Nugent, Esq.
Paul Sullivan, Esq.
MORRISON, MAHONEY & MILLER
One Providence Washington Plaza
Providence, RI 02903

J. Renn Olenn, Esq.
OLENN & PENZA, LLP
530 Greenwich Avenue
Warwick, RI 02886

James A. Ruggieri, Esq.
HIGGINS, CAVANAGH & COONEY
The Hay Building
123 Dyer Street
Providence, RI 02903-3987

Michael A. St. Pierre, Esq.
REVENS, REVENS & ST. PIERRE, P.C.
946 Centerville Road
Warwick, RI 02886

Randall L. Souza, Esq.
NIXON PEABODY, LLP
One Citizens Plaza
Providence, RI 02903

Joseph V. Cavanagh, Jr., Esq.
Kristin E. Rodgers, Esq.
BLISH & CAVANAGH, LLP
Commerce Center
30 Exchange Terrace
Providence, RI 02903

William P. Robinson, III, Esq.
Stephen M. Prignano, Esq.
EDWARDS & ANGELL
2800 Financial Plaza
Providence, RI 02903

Andrew Trevelis, Esq.
REED SMITH LLP
259 Liberty Place
Philadelphia, PA 19103-7301

Charles N. Redihan, Jr., Esq.
KIERNAN, PLUNKETT & REDIHAN
91 Friendship Street
Providence, RI 02903

Mark D. Tourgee, Esq.
Timothy A. Williamson, Esq.
INMAN & TOURGEE
1193 Tiogue Avenue
Coventry, RI 02816

Amy Scheeley, Esq.
LAW OFFICE OF DONALD E. GREENE
2235 Washington Street
Roxbury, MA 02119

Faith LaSalle, Esq.
Zizik, LaSalle & Powers, P.C.
40 Westminster St., Suite 201
Providence, RI 02903

Edward M. Crane, Esq.
Deborah G. Solomor, Esq.
SKADDEN, ARPS, SLATE, MAGER & FLOM (Illinois)
333 West Wacker Drive
Chicago, IL 60606

W. Thomas McGough, Jr., Esq.
James J. Restivo, Esq.
REED SMITH LLP
435 Sixth Avenue
Pittsburgh, PA 15219

Howard A. Merten, Esq.
Eric M. Sommers, Esq.
VETTER & WHITE
20 Washington Place
Providence, RI 02903

Christopher L. Russo, Esq.
888 Reservoir Avenue
Cranston, RI 02910

Thomas R. Bender

of Hanson Curran LLP

TRB:ems 03-206 8/19/03

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

RONALD KINGSLEY, ET AL,
Plaintiffs,

VS. C.A. No. 03-208 L

JEFFREY DERDERIAN, ET AL,
Defendants.

**MEMORANDUM IN SUPPORT OF MOTION FOR LEAVE TO FILE AMICUS CURIAE MEMORANDUM BY TRITON REALTY LIMITED PARTNERSHIP**

Triton Realty Limited Partnership has moved for leave to file an amicus memorandum of law concerning the applicability of the "rule of unanimity" to multi-defendant cases within the ambit of 28 U.S.C. §1369.

As grounds for the motion Triton asserts that although it is not a named defendant in this action, there is a significant likelihood it will be named as a defendant in future lawsuits, and if those actions are filed in Rhode Island state court Triton intends to remove them to this United States District Court. Since Triton has a substantial interest in how the issue is decided, it would like the opportunity to assist the Court by presenting argument and authority.

The proposed memorandum of law accompanies this motion and memorandum.

Triton Realty Limited Partnership
By its Attorneys,

HANSON CURRAN LLP

James T. Murphy (by TRB)

James T. Murphy, Esq. #1698

Thomas R. Bender

Thomas R. Bender, Esq. #2799
HANSON CURRAN LLP
146 Westminster Street
Providence, RI 02903
(401) 421-2154 – Telephone
(401) 521-7040 - Fax

and

Scott J. Tucker (by TRB)

Scott J. Tucker (BBO #503940)
Tucker Heifetz & Saltzman, LLP
Three School Street
Boston, MA 02108
(617) 557-9696 – Telephone
(617) 227-9191 – Fax
admitted pro hac vice

**PROOF OF SERVICE**

I hereby certify that on this 26 day of August, 2003, I served the within document by mailing a copy of same to the following:

Thomas C. Angelone, Esq.
HODOSH, SPINELLA & ANGELONE, P.C.
One Turks Head Place, Suite 1050
Providence, RI 02903-2205

Stephen E. Breggia, Esq.
BREGGIA, BOWEN & GRANDE
395 Smith Street
Providence, RI 02908

Brian Cunha, Esq.
LAW OFFICES OF BRIAN CUNHA & ASSOC.
904 Broadway
East Providence, RI 02914

Joyce A. Faraone, Esq.
400 Reservoir Avenue
Suite 3G
Providence, RI 02907

Anthony F. DeMarco, Esq.
REYNOLDS, DEMARCO & BOLAND, LTD.
170 Westminster Street, Suite 200
Providence, RI 02903

Curtis R. Diedrich, Esq.
Edward T. Hinckey, Esq
SLOANE & WALSH
3 Center Plaza
Boston, MA 02108

Ronald J. Resmini, Esq.
155 South Main Street
Providence, RI 02903

Scott Hubbell, Esq.
SUMMERS LAW OFFICE
P.O. Box 306
Franklin, MA 02038-0306

Stephanie Larivee-DiMaio, Esq.
James Howe, Esq.
215 Broadway
Providence, RI 02903

Eva Marie Mancuso, Esq.
387 Atwells Avenue
Providence, RI 02909

Max Wistow, Esq.
WISTOW & BARYLICK INCORPORATED
61 Weybosset Street
Providence, RI 02903

Mark S. Mandell, Esq.
Yvette Boisclair, Esq.
MANDELL, SCHWARTZ & BOISCLAIR
One Park Row
Providence, RI 02903

Marc DeSisto, Esq.
DESISTO LAW
211 Angell Street, P.O. Box 2563
Providence, RI 02906-2563

Christopher C. Fallon, Jr., Esq.
COZEN O'CONNOR
1900 Market Street
Philadelphia, PA 19103-3508

William A. Filippo, Esq.
373 Elmwood Avenue
Providence, RI 02907

Patrick T. Jones, Esq.
COOLEY MANION JONES, LLP
21 Custom House Street
Boston, MA 02110

James R. Lee, Esq.
Department of Attorney General
150 South Main Street
Providence, RI 02903

Steven A. Minicucci, Esq.
373 Elmwood Avenue
Providence, RI 02907

Donald A. Migliori, Esq.
NESS, MOTLEY, LOADHOLT, RICHARDSON & POOLE
321 South Main Street, Suite 402
Providence, RI 02903

Ralph J. Monaco, Esq.
CONWAY & LONDREGAN
38 Huntington Street
P.O. Box 1351
New London, CT 06320

Oleg Nikolyszyn, Esq.
155 South Main Street
Suite 303
Providence, RI 02903

Mark T. Nugent, Esq.
Paul Sullivan, Esq.
MORRISON, MAHONEY & MILLER
One Providence Washington Plaza
Providence, RI 02903

J. Renn Olenn, Esq.
OLENN & PENZA, LLP
530 Greenwich Avenue
Warwick, RI 02886

Charles N. Redihan, Jr., Esq.
KIERNAN, PLUNKETT & REDIHAN
91 Friendship Street
Providence, RI 02903

James A. Ruggieri, Esq.
HIGGINS, CAVANAGH & COONEY
The Hay Building
123 Dyer Street
Providence, RI 02903-3987

Mark D. Tourgee, Esq.
Timothy A. Williamson, Esq.
INMAN & TOURGEE
1193 Tiogue Avenue
Coventry, RI 02816

Michael A. St. Pierre, Esq.
REVENS, REVENS & ST. PIERRE, P.C.
946 Centerville Road
Warwick, RI 02886

Amy Scheeley, Esq.
LAW OFFICE OF DONALD E. GREENE
2235 Washington Street
Roxbury, MA 02119

Randall L. Souza, Esq.
NIXON PEABODY, LLP
One Citizens Plaza
Providence, RI 02903

Faith LaSalle, Esq.
Zizik, LaSalle & Powers, P.C.
40 Westminster St., Suite 201
Providence, RI 02903

Joseph V. Cavanagh, Jr., Esq.
Kristin E. Rodgers, Esq.
BLISH & CAVANAGH, LLP
Commerce Center
30 Exchange Terrace
Providence, RI 02903

Edward M. Crane, Esq.
Deborah G. Solomor, Esq.
SKADDEN, ARPS, SLATE, MAGER & FLOM (Illinois)
333 West Wacker Drive
Chicago, IL 60606

William P. Robinson, III, Esq.
Stephen M. Prignano, Esq.
EDWARDS & ANGELL
2800 Financial Plaza
Providence, RI 02903

W. Thomas McGough, Jr., Esq.
James J. Restivo, Esq.
REED SMITH LLP
435 Sixth Avenue
Pittsburgh, PA 15219

Andrew Trevelis, Esq.
REED SMITH LLP
259 Liberty Place
Philadelphia, PA 19103-7301

Howard A. Merten, Esq.
Eric M. Sommers, Esq.
VETTER & WHITE
20 Washington Place
Providence, RI 02903

Christopher L. Russo, Esq.
888 Reservoir Avenue
Cranston, RI 02910

Thomas R. Bender

of Hanson Curran LLP