TRB:ems 03-206 8/19/03

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

FILED
AUG 26 2003
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

RONALD KINGSLEY, ET AL,
Plaintiffs,

VS. C.A. No. 03-208 L

JEFFREY DERDERIAN, ET AL,
Defendants.

**MOTION FOR LEAVE TO FILE**
**AMICUS CURIAE MEMORANDUM**
**BY TRITON REALTY LIMITED PARTNERSHIP**

Now comes Triton Realty Limited Partnership and moves this Court for leave to file an amicus memorandum concerning the applicability of the "rule of unanimity" to multi-defendant cases within the ambit of 28 U.S.C. §1369. Triton submits the accompanying memorandum in support of this motion.

Triton Realty Limited Partnership
By its Attorneys,

HANSON CURRAN LLP

James T. Murphy (by TRB)

James T. Murphy, Esq. #1698

Granted:
Ronald R. Lagueux
Sr. USDJ 9/10/03

35