UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

RONALD KINGSLEY, ET AL :

-VS- :C.A.NO.03-208L

JEFFREY DERDERIAN, ET AL :

ENTRY OF APPEARANCE

I, RONALD J. CREAMER, ESQ., do hereby enter my appearance as Co-Counsel on behalf of the Plaintiffs in the above-entitled cause.

RONALD J. CREAMER, ESQ. #3891
155 South Main St.-Suite 400
Providence, RI 02903
DATED: January 5, 2004
(401)751-8855

41

## CERTIFICATION

I hereby certify that on this 5th day of January, 2003, I mailed a copy of the within Entry of Appearance by regular mail, postage prepaid to the following:

Anthony F. DeMarco, Esq.
170 Westminster St.
Prov., RI 02903

Thomas C. Angelone, Esq.
One Turks Head Place
Providence, RI 02903

Marc DeSisto, Esq.
211 Angell St.
Prov., RI

William P. Robinson III, Esq.
Stephen M. Prignan, Esq.
Stephen J. MacGillivrary, Esq.
Edwards & Angell
2800 Financial Plaza
Prov., RI 02903

James R. Lee, Esq.
Assistant Attorney General
150 South Main St.
Prov., RI 02903

Joseph V. Cavanagh, Jr.
Blish & Cavanagh, LLP
30 Exchange Terrace
Prov., RI 02903

Mark T. Nugent, Esq.
Morrison, Mahoney & Miller
One Providence Washington Plaza
Prov., RI 02903

James T. Murphy, Esq.
Kelly N. Michels, Esq.
HANSON CURRAN LLP
146 Westminster St.
Prov., RI 02903

Howard A. Merten, Esq.
Eric M. Sommers, Esq.
VETTER & WHITE
20 Washington Place
Prov., RI 02903

Ann S. Sheeley, Esq.
Stephen Born, Esq.
Law Offices of Donald E. Green, P.C.
2235 Washington St.
Roxbury, MA 02119

Faith A. LaSalle, Esq.
ZIZIK, LaSALLE & POWERS, P.C.
40 Westminster St.
Suite 201
Prov., RI 02903

Edward M. Crane, Esq.
SKADDEN, ARPS, SLATE, MEAGHER & FLOM
333 West Wacker Drive
Chicago, IL 60606

Fred A. Kelly, Jr., Esq.
Randall L. Souza, Esq.
Ian C. Ridlon, Esq.
NIXON PEABODY LLP
One Citizens Plaza, Suite 700
Prov., RI 02903

Elaine M. Orsini