UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| RONALD KINGSLEY, et al.<br>Plaintiff | : | |
| v. | : | C.A. No. 03-208L |
| JEFFREY DERDERIAN, et al.<br>Defendants | : | |

**ENTRY OF APPEARANCE**

Randall L. Souza, Fred A. Kelly, Jr., and Ian C. Ridlon, of the law firm of Nixon Peabody LLP, hereby enter their appearance on behalf of Defendants Jack Russell, Eric Powers, Mark Kendall, David Filice, Paul Woolnough, Manic Music Management, Inc. and Knight Records, Inc.

JACK RUSSELL; ERIC POWERS; MARK KENDALL;, DAVID FILICE; PAUL WOOLNOUGH; MANIC MUSIC MANAGEMENT, INC.; and KNIGHT RECORDS, INC.

By their Attorneys,

Randall L. Souza (#4082)
Fred A. Kelly, Jr. (#4553)
Ian C. Ridlon (#5524)
NIXON PEABODY LLP
One Citizens Plaza, Suite 700
Providence, RI 02903
(401) 454-1000
(401) 454-1030 (Fax)

Dated: March 22, 2004

P111292.1

(43)

CERTIFICATION OF SERVICE

I hereby certify that on the 22nd day of March, 2004, I mailed a true copy of the within Entry of Appearance via first-class mail, postage prepaid to all counsel of record listed on attached service list.

Collette R. Palmer

## SERVICE LIST (KINGSLEY)

**Plaintiff - Ronald Kingsley**

Ronald J. Resmini, Esq.
Ronald J. Creamer, Esq.
155 South Main Street
Providence, RI 02903

**Plaintiff - Ronald Kingsley**

Stephanie DiMaio Larivee, Esq.
215 Broadway
Providence, RI 02903

**Defendants - Jeffrey Derderian, Michael Derderian and DERCO d/b/a The Station**

Anthony F. DeMarco, Esq.
BOYER, REYNOLDS & DeMARCO, LTD.
Greater Providence Bank Building
170 Westminster Street, Suite 200
Providence, RI 02903

**Defendants - Jeffrey Derderian, Michael Derderian and DERCO d/b/a The Station**

Christopher C. Fallon, Jr., Esq.
COZEN O'CONNOR
1900 Market Street
Philadelphia, PA 19103-3508

**Defendant Anheuser-Busch, Inc.**

Joseph V. Cavanagh, Jr., Esq.
Kristen E. Rodgers, Esq.
BLISH & CAVANAGH
30 Exchange Terrace
Providence, RI 02903

**Defendant Anheuser-Busch, Inc.**

Edward M. Crane, Esq.
Deborah G. Solmor, Esq.
SKADDEN, ARPS, SLATE, MEAGHER & FLOM
333 West Wacker Drive, Suite 2100
Chicago, IL 60606

**Defendant – McLaughlin & Moran, Inc.**

Howard A. Merten, Esq.
Benjamin V. White, III, Esq.
VETTER & WHITE, INCORPORATED
20 Washington Place
Providence, RI 02903

**Defendant – Luna Tech Pyrotechnik GMBH**

Curtis R. Diedrich, Esq.
SLOANE & WALSH
Three Center Plaza
Boston, MA 02108

**Defendant – American Foam Corporation**

Thomas C. Angelone, Esq.
HODOSH, SPINELLA & ANGELONE
One Turks Head Place, Suite 1050
Providence, RI 02903

**Defendant – Triton Realty Triton Realty Partnership**

Thomas R. Bender, Esq.
James T. Murphy, Esq.
HANSON CURRAN LLP
146 Westminster Street
Providence, RI 02903-2218