UNITED STATES DISTRICT COURT
THE DISTRICT OF RHODE ISLAND

RONALD KINGSLEY, et al.
Plaintiff
v. : C.A. No. 03-208L
JEFFREY DERDERIAN, et al.
Defendants

RECEIVED APR 07 2004 U.S. DISTRICT COURT DISTRICT OF RHODE ISLAND

**STIPULATION FOR ENLARGEMENT OF TIME**

The Plaintiffs and the undersigned Defendants, by and through their respective counsel, hereby stipulate and agree that the following seven (7) Defendants shall have an enlargement of time up to and including May 10, 2004 to answer or otherwise respond to the Plaintiffs' Complaint in this action: Jack Russell, Eric Powers, Mark Kendall, David Filice, Paul Woolnough, Manic Music Management, Inc. and Knight Records, Inc.

RONALD KINGLSEY, et al.

By their Attorneys,

Ronald J. Resmini (#0484)
Ronald J. Creamer (#3891)
155 South Main Street
Providence, RI 02903
(401) 751-8855
(401) 737-6464 (Fax)

Dated: Apr 2, 2004

JACK RUSSELL; ERIC POWERS; MARK KENDALL;, DAVID FILICE; PAUL WOOLNOUGH; MANIC MUSIC MANAGEMENT, INC.; and KNIGHT RECORDS, INC.

By their Attorneys,

Randall L. Souza (#4082)
Fred A. Kelly, Jr. (#4553)
NIXON PEABODY LLP
One Citizens Plaza, Suite 700
Providence, RI 02903
(401) 454-1000
(401) 454-1030 (Fax)

Dated: April 6, 2004

Enter: Ronald R. Lagueux
Sr. USDJ 4/8/04

46

P111918.1