IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

RECEIVED
APR 23 2004
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

RONALD KINGSLEY, as parent and next friend of ZOE JEAN KINGSLEY, a minor, and on behalf of all beneficiaries of LISA KELLY, decedent,

Plaintiff,

VS.

C.A. No.: 03-CV-208L

JEFFREY DERDERIAN, MICHAEL DERDERIAN, DERCO d/b/a The Station, MANIC MUSIC MANAGEMENT, JACK RUSSELL, MARK KENDELL, DAVID FILICE, ERIC POWERS, DANIEL BICHELE, PAUL WOOLNOUGH, KNIGHT RECORDS, INC., ANHEUSER-BUSCH, INC., MCLAUGHLIN AND MORAN, INC., LUNA TECH, INC., LUNA TECH PYROTECHNIK GmbH, AMERICAN FOAM CORPORATION, WHJY-FM, CLEAR CHANNEL COMMUNICATIONS, INC. and Does 1 Through 100,

Defendants.

**STIPULATION FOR ENLARGEMENT OF TIME**

The plaintiffs and the defendants, Michael Derderian, Jeffrey Derderian and Derco, LLC, hereby stipulate and agree that the defendants, Michael Derderian, Jeffrey Derderian and Derco, LLC, shall have up to and including May 10, 2004 to respond to the plaintiffs' complaint.

Plaintiffs,
By and through their attorney,

Ronald J. Resmini, Esquire (#0484)
Resmini Law Offices, Ltd.
155 South Main Street, Suite 400
Providence, RI 02903
(401) 751-8855

Michael Derderian, Jeffrey Derderian and Derco, LLC,
By and through their attorney,

Anthony F. DeMarco, Esquire (#0799)
Reynolds, DeMarco & Boland, Ltd.
170 Westminster Street, Suite 200
Providence, RI 02903
(401) 861-5522
Fax: (401) 331-4861

Enter: Ronald R. Lagueux
SR. USDJ 4/23/04

47