UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

RECEIVED
APR 29 2004
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

RONALD KINGSLEY, ET AL
Plaintiffs

vs.

JEFFREY DERDERIAN, ET AL.
Defendants

C.A. No. 03-208-L

STIPULATION

The parties, by and through their counsel, hereby agree that defendant Anheuser-Busch, Inc. shall have up to and including September 1, 2004 to answer or otherwise respond to plaintiffs' complaint.

RONALD J. KINGSLEY, ET AL.

By their Attorneys,

[signature]

Ronald J. Resmini #0484
Ronald J. Creamer #3891
155 South Main Street
Providence, RI 02903
Telephone: (401) 751-8855
Facsimile: (401) 737-6464

ANHEUSER-BUSCH, INC.

By their Attorneys,

Joseph V. Cavanagh, Jr.

Joseph V. Cavanagh, Jr. #1139
Kristin E. Rodgers #4842
Blish & Cavanagh, LLP
30 Exchange Terrace
Providence, RI 02903
Telephone: (401) 831-8900
Facsimile: (401) 751-7542

Dated: 4/28/04

Enter: Ronald R. Lagueux
Sr. USDJ 4/30/04

50