UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

RONALD KINGSLEY, ET AL., :
Plaintiffs, :
v. : C.A. No. 03-208L
JEFFREY DERDERIAN, ET AL., :
Defendants. :

RECEIVED
MAY 14 2004
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

**STIPULATION**

The parties, by and through their counsel, hereby agree that the Clear Channel related defendants shall have up to and including September 1, 2004 to answer or otherwise respond to Plaintiffs' Complaint.

RONALD KINGSLEY, ET AL.

By their Attorneys,

By their Attorneys,

Ronald J. Resmini (#0484)
Ronald J. Creamer (#3891)
RONALD J. RESIMINI LAW OFFICES, LTD.
155 South Main Street, Suite 400
Providence, RI 02903
(401) 751-8855
(401) 737-6464 (fax)

CLEAR CHANNEL
BROADCASTING, INC., ET AL.

By their Attorneys,

William P. Robinson III

By their Attorneys,

William P. Robinson III (#1686)
Stephen M. Prignano (#3649)
Stephen J. MacGillivray (#5416)
EDWARDS & ANGELL, LLP
2800 Financial Plaza
Providence, RI 02903
(401) 274-9200
(401) 276-6611 (fax)

Enter: Ronald R. Lagueux
Sr. USDJ 5/17/04

(52)

**CERTIFICATION**

I, the undersigned, hereby certify that on the 14th day of May, 2004 I caused a copy of the within Stipulations to be mailed by first class mail, postage prepaid, to the following counsel of record:

Brian R. Cunha
Karen A. Alegria
Brian Cunha & Assoc.
904 Broadway
East Providence, RI 02914

Lauren DiSimone Wilkins
Ronald P. Langlois, Esq.
Smith & Brink, P.C.
One State Street
Suite 400
Providence, RI 02908

Mark T. Reynolds
Boyer, Reynolds & DeMarco, Ltd.
Greater Providence Bank Building
170 Westminster Street
Suite 200
Providence, RI 02903

Randall L. Souza
Nixon Peabody LLP
One Citizens Plaza
Providence, RI 02903

Edward T. Hinchey, Esq.
Curtis R. Diedrich, Esq.
Sloane & Walsh, LLP
Three Center Plaza
Boston, MA 02108

Ronald J. Resmini
155 South Main Street
Providence, RI 02903

Ronald J. Creamer
155 South Main St.
Suite 400
Providence, RI 02903

Robert I. Reardon, Jr., Esq.
Robert I. Rimmer, Esq.
The Reardon Law Firm, P.C.
160 Hempstead Street
New London, CT 06320

Ralph J. Monaco, Esq.
Conway & Londregan
38 Huntington St.
P.O. Box 1351
New London, CT 06320

Daniel J. Horgan
Horgan Law Offices
5 Shaw's Cove
Suite 200
New London, CT 06320

Michael T. Ryan
Ryan, Ryan, Johnson & Deluca
80 4th St.
P.O. Box 3057
Stamford, CT 06905

James T. Murphy, Esq.
Hanson Curran LLP
146 Westminster Street
Providence, RI 02903-2218

Edwin F. McPherson, Esq.
McPherson & Kalmansohn
1801 Century Park East, 24th Floor
Los Angeles, CA 90067

David B. Zabel
Cohen & Wolf, PC
1115 Broad St.
P.O. Box 1821
Bridgeport, CT 06604

Benjamin V. White, III
Vetter & White, Incorporated
20 Washington Place
Providence, RI 02903

Carla Ottaviano
Law Office of George J. DuBorg
200 Glastonbury Blvd.
Ste. 301
Glastonbury, CT 06033

Matthew F. Medeiros
Little, Bulman, Medeiros & Whitney, P.C.
72 Pine St.
5th Floor
Providence, RI 02903

Edward B. O'Connell, Jr.
Waller, Smith & Palmer, P.C.
51 Eugene O'Neill Drive
P.O. Box 88

New London, CT 06320

Bruce P. Keller, Esq.
Debevoise & Plimpton
919 Third Avenue
New York, NY 10022

Faith A. LaSalle
Law Offices of Faith LaSalle
One Turks Head Place
76 Westminster Street, Suite 1010
Providence, RI 02903

Jose M. Rojas
Shipman & Goodwin
One American Row
Hartford, CT 06103-2819

Allan B. Taylor
Day, Berry & Howard
185 Asylum Street
CityPlace I
Hartford, CT 06103

Marc DeSisto
DeSisto Law
211 Angell St.
P.O. Box 2563
Providence, RI 02906-2563

Joseph V. Cavanagh, Jr
Kristin E. Rodgers
Blish & Cavanagh
30 Exchange Terrace
Providence, RI 02903

Edward M. Crane, Esq.
Deborah G. Solmor, Esq.
Skadden, Arps, Slate, Meagher & Flom (Illinois)
333 West Wacker Drive
Suite 2100
Chicago, IL 60606

Howard A. Merten
Benjamin V. White, Ill.
Vetter & White, Incorporated
20 Washington Place
Providence, RI 02903

Thomas C. Angelone
Hodosh, Spinella & Angelone
One Turks Head Place
Suite 1050
Providence, RI 02903

Thomas R. Bender
James T. Murphy, Esq.
Hanson Curran LLP
146 Westminster Street
Providence, RI 02903-2218

Scott J. Tucker, Esq.
Tucker, Heifetz & Saltzman
Three School Street
Boston, MA 02108

Donald J. Maroney
146 Westminster St.
Suite 500
Providence, RI 02903

James H. Reilly, III
Kelly, Kelleher, Reilly & Simpson
146 Westminster Street
Providence, RI 02903

James R. Lee
Attorney General's Office
150 South Main Street
Providence, RI 02903

James T. Murphy, Esq.
Kelly N. Michels, Esq.
Hanson Curran LLP
146 Westminster Street
Providence, RI 02903-2218

Scott J. Tucker, Esq.
Tucker, Heifetz & Saltzman
Three School Street
Boston, MA 02108

Gerald C. DeMaria
Higgins, Cavanagh & Cooney
123 Dyer Street
Providence, RI 02903

John R. Crockett, Esq.
Susan S. Wettle, Esq.
Carl A. Henlein, Esq.
Frost Brown Todd LLC
400 West Market Street
32nd floor
Louisville, KY 40202-3363

Mark T. Nugent, Esq.
Paul V. Sullivan, Esq.
Morrison, Mahoney & Miller
One Providence Washington Plaza
Providence, RI 02903

Stefanie DiMaio Larivee, Esq.
215 Broadway
Providence, RI 02903

Daniel P. McKiernan, Esq.
146 Westminster Street
Providence, RI 02903

Ann S. Sheeley, Esq.
Stephen Born, Esq.
Law Offices of Donald E. Green, P.C.
2235 Washington Street
Roxbury, MA 02119

Stephen E. Breggia, Esq.
Breggia, Bowen & Grande
395 Smith Street
Providence, RI 02908

William A. Filippo, Esq.
Steven A. Minicucci, Esq.
373 Elmwood Avenue
Providence, RI 02907

Scott Hubbell, Esq.
Summers Law Office
P.O. Box 306
Franklin, MA 02038-0306

Mark S. Mandell, Esq.
One Park Row
Providence, RI 02903

Charles N. Redihan, Jr., Esq.
Kiernan, Plunkett & Redihan
91 Friendship Street
Providence, RI 02903

Michael A. St. Pierre, Esq.
Revens, Revens & St. Pierre, P.C.
946 Centerville Road
Warwick, RI 02886

Joyce A. Faraone, Esq.
400 Reservoir Aveue
Suite 3G
Providence, RI 02907

James Howe, Esq.
215 Broadway
Providence, RI 02903

Eva Mancuso, Esq.
387 Atwells Avenue
Providence, RI 02909

Donald A. Migliori, Esq.
Ness, Motley, Loadholt, Richardson & Poole
321 South Main Street, Suite 402
Providence, RI 02903

Oleg Nikolyszyn, Esq.
155 South Main Street
Suite 303
Providence, RI 02903

Christopher L. Russo, Esq.
888 Reservoir Avenue
Cranston, RI 02910

Stephen Born, Esq.
Law Office of Donald E. Green
2235 Washington Street
Roxbury, MA 02119

Mark D. Tourgee, Esq.
Timothy A. Williamson, Esq.
Inman & Tourgee
1193 Tiogue Avenue
Coventry, RI 02816

Max Wistow, Esq.
Wistow & Barylick
61 Weybosset Street
Providence, RI 02903

Juliane N. McDonald



PRV_654392_1/JMCDONALD