UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

RONALD KINGSLEY, et al.
Plaintiff(s)

v. C.A. No. 03-208L

JEFFREY DERDERIAN, et al.
Defendant(s)

**MOTION FOR ENTRY OF APPEARANCE PRO HAC VICE**

~~Plaintiff/~~Defendants: Jack Russell, Eric Powers, Mark Kendall and David Filice hereby move that Edwin F. McPherson, Esq. be admitted *pro hac vice* in the above case as associate trial counsel with local associate counsel identified below, on the following grounds:

- ☐ The case involves the following complex area of the law, in which pro hac vice counsel specializes: ______
- ☒ Pro hac vice counsel's long-standing representation of the clients: the band Great White as general counsel, including Eric Powers, Mark Kendall, David Filice and Jack Russell
- ☐ The local trial bar lacks experience in the field of: ______
- ☐ The case involves complex legal questions under the law of a foreign jurisdiction with which pro hac vice counsel is familiar, specifically: ______
- ☐ The case requires extensive discovery in a foreign jurisdiction convenient to pro hac vice counsel, as follows: ______
- ☐ It is a criminal case, and pro hac vice counsel is defendant's counsel of choice.
- ☐ Other: ______

[~~Plaintiff/~~Defendant]

By: ______
Randall L. Souza (#4082)
Fred A. Kelly, Jr. (#4553)
Nixon Peabody LLP
One Citizens Plaza
Providence, RI 02903
(401) 454-1000; (401) 454-1030 (fax)

Attorneys for: Eric Powers; Mark Kendall; David Filice; and Jack Russell

DATED: July 15, 2004

P114464.1

56

## ATTORNEY'S CERTIFICATION FOR PRO HAC VICE ADMISSION

(1) I certify that I am a member in good standing of the bar of the State(s) of California and Hawaii and the following federal district court bar(s) Central, Northern, Southern, and Eastern District of California, without any restriction on my eligibility to practice, and that I understand my obligation to notify this Court immediately of any change respecting my status in this respect.

(2) I am currently admitted, and/or within the preceding 24 months have applied to be admitted, in the following cases in this district:

Passa, et al. v. Derderian, et al., C.A. No. 03-148-L
Henault, et al. v. American Foam Corporation, et al., C.A. No. 03-483-L

(3) I have read, acknowledged, and agree to observe and to be bound by the local rules and orders of this Court, including the Rules of Professional Conduct of the Rhode Island Supreme Court, as adopted by this Court as the standard of conduct for all attorneys appearing before it.

(4) For purposes of this case I have associated with local associate counsel identified below, and have read, acknowledge, and will observe the requirements of this Court respecting the participation of local associate counsel, as set out in Local Rule 5, recognizing that failure to do so may result in my being disqualified, either upon the Court's motion or motion of other parties in the case.

---

I certify that I have read and join in the foregoing motion, and acknowledge and agree to observe the requirements of Local Rule 5 in its entirety and as it relates to the participation and responsibilities of local associate counsel.

Name Edwin F. McPherson

McPherson & Kalmansohn, LLP
Firm Name

1801 Century Park East, 24th Floor
Los Angeles, CA 90067
Business Address

310-553-8833
Tel. #

310-553-9233
Fax #

Local Associate Counsel
Randall L. Souza (#4082)
Fred A. Kelly, Jr. (#4553)
R.I. Bar ID #

Nixon Peabody LLP
Firm Name

One Citizens Plaza
Providence, RI 02903
Business Address

401-454-1000
Tel #

401-454-1030
Fax #

---

ORDER:

This motion is hereby ________________

________________________
U.S. District Judge

Dated: ________________

P114464.1

**CERTIFICATE OF SERVICE**

I hereby certify that on the 15th day of July, 2004, I mailed a true copy of the within Motion for Entry of Appearance Pro Hac Vice via first-class mail, postage prepaid to counsel on the attached Service List.

Collette Palmer

## SERVICE LIST (KINGSLEY)

**Plaintiff - Ronald Kingsley**

Ronald J. Resmini, Esq.
Ronald J. Creamer, Esq.
155 South Main Street
Providence, RI 02903

**Plaintiff - Ronald Kingsley**

Stephanie DiMaio Larivee, Esq.
215 Broadway
Providence, RI 02903

**Defendants - Jeffrey Derderian, Michael Derderian and DERCO d/b/a The Station**

Anthony F. DeMarco, Esq.
BOYER, REYNOLDS & DeMARCO, LTD.
Greater Providence Bank Building
170 Westminster Street, Suite 200
Providence, RI 02903

**Defendants - Jeffrey Derderian, Michael Derderian and DERCO d/b/a The Station**

Christopher C. Fallon, Jr., Esq.
COZEN O'CONNOR
1900 Market Street
Philadelphia, PA 19103-3508

**Defendant Anheuser-Busch, Inc.**

Joseph V. Cavanagh, Jr., Esq.
Kristen E. Rodgers, Esq.
BLISH & CAVANAGH
30 Exchange Terrace
Providence, RI 02903

**Defendant Anheuser-Busch, Inc.**

Edward M. Crane, Esq.
Deborah G. Solmor, Esq.
SKADDEN, ARPS, SLATE, MEAGHER & FLOM
333 West Wacker Drive, Suite 2100
Chicago, IL 60606

**Defendant – McLaughlin & Moran, Inc.**

Howard A. Merten, Esq.
Benjamin V. White, III, Esq.
VETTER & WHITE, INCORPORATED
20 Washington Place
Providence, RI 02903

**Defendant – Luna Tech Pyrotechnik GMBH**

Curtis R. Diedrich, Esq.
SLOANE & WALSH
Three Center Plaza
Boston, MA 02108

**Defendant – American Foam Corporation**

Thomas C. Angelone, Esq.
HODOSH, SPINELLA & ANGELONE
One Turks Head Place, Suite 1050
Providence, RI 02903

**Defendant – Triton Realty Triton Realty Partnership**

Thomas R. Bender, Esq.
James T. Murphy, Esq.
HANSON CURRAN LLP
146 Westminster Street
Providence, RI 02903-2218

**Defendant – Shell Oil Company,**
**Motiva Enterprise LLC**

Faith A. LaSalle, Esq.
LAW OFFICES OF FAITH A. LASALLE
76 Westminster Street, Suite 1010
Providence, RI 02903

**Defendants – Shell Oil Company and**
**Motiva Enterprises LLC**

Donna M. Lamontagne, Esq.
ZIZIK, POWERS, O'CONNELL,
SPAULDING & LAMONTAGNE, P.C.
40 Westminster Street, Suite 201
Providence, RI 02903