FILED AUG 25 2004 U.S. DISTRICT COURT DISTRICT OF R.I.

UNITED STATES DISTRICT COURT
THE DISTRICT OF RHODE ISLAND

RONALD KINGSLEY; et al.
Plaintiff

v. : C.A. No. 03-208L

JEFFREY DERDERIAN; et al.
Defendants

**STIPULATION FOR ENLARGEMENT OF TIME**

The Plaintiffs and the undersigned Defendants, by and through their respective counsel, hereby stipulate and agree that the following seven (7) Defendants shall have an enlargement of time up to and including September 22, 2004 to answer or otherwise respond to the Plaintiffs' Complaint in this action: Jack Russell, Eric Powers, Mark Kendall, David Filice, Paul Woolnough, Manic Music Management, Inc. and Knight Records, Inc.

RONALD KINGLSEY; et al.

By their Attorneys,

Ronald J. Resmini (#0484)
Ronald J. Creamer (#3981)
155 South Main Street
Providence, RI 02903
(401) 751-8855
(401) 737-6464 (Fax)

Dated: August 23, 2004

JACK RUSSELL; ERIC POWERS; MARK KENDALL;, DAVID FILICE; PAUL WOOLNOUGH; MANIC MUSIC MANAGEMENT, INC.; and KNIGHT RECORDS, INC.

By their Attorneys,

Randall L. Souza (#4082)
Fred A. Kelly, Jr. (#4553)
NIXON PEABODY LLP
One Citizens Plaza, Suite 500
Providence, RI 02903
(401) 454-1000
(401) 454-1030 (Fax)

Dated: August 24, 2004

59

CERTIFICATION OF SERVICE

I hereby certify that on the 27th day of August, 2004, I mailed a true copy of the within Stipulation for Enlargement of Time via first-class mail, postage prepaid to all counsel of record listed on attached service list.

Collette Palmer

**SERVICE LIST (KINGSLEY)**

**Plaintiff - Ronald Kingsley**

Ronald J. Resmini, Esq.
Ronald J. Creamer, Esq.
155 South Main Street
Providence, RI 02903

**Plaintiff - Ronald Kingsley**

Stephanie DiMaio Larivee, Esq.
215 Broadway
Providence, RI 02903

**Defendants - Jeffrey Derderian, Michael Derderian and DERCO d/b/a The Station**

Anthony F. DeMarco, Esq.
BOYER, REYNOLDS & DeMARCO, LTD.
Greater Providence Bank Building
170 Westminster Street, Suite 200
Providence, RI 02903

**Defendants - Jeffrey Derderian, Michael Derderian and DERCO d/b/a The Station**

Christopher C. Fallon, Jr., Esq.
COZEN O'CONNOR
1900 Market Street
Philadelphia, PA 19103-3508

**Defendant Anheuser-Busch, Inc.**

Joseph V. Cavanagh, Jr., Esq.
Kristen E. Rodgers, Esq.
BLISH & CAVANAGH
30 Exchange Terrace
Providence, RI 02903

**Defendant Anheuser-Busch, Inc.**

Edward M. Crane, Esq.
Deborah G. Solmor, Esq.
SKADDEN, ARPS, SLATE, MEAGHER & FLOM
333 West Wacker Drive, Suite 2100
Chicago, IL 60606

**Defendant – McLaughlin & Moran, Inc.**

Howard A. Merten, Esq.
Benjamin V. White, III, Esq.
VETTER & WHITE, INCORPORATED
20 Washington Place
Providence, RI 02903

**Defendant – Luna Tech Pyrotechnik GMBH**

Curtis R. Diedrich, Esq.
SLOANE & WALSH
Three Center Plaza
Boston, MA 02108

**Defendant – American Foam Corporation**

Thomas C. Angelone, Esq.
HODOSH, SPINELLA & ANGELONE
One Turks Head Place, Suite 1050
Providence, RI 02903

**Defendant – Triton Realty and Triton Realty Partnership**

Thomas R. Bender, Esq.
James T. Murphy, Esq.
HANSON CURRAN LLP
146 Westminster Street
Providence, RI 02903-2218

**Defendant – Shell Oil Company,**
**Motiva Enterprise LLC**

Faith A. LaSalle, Esq.
LAW OFFICES OF FAITH A. LASALLE
One Turks Head Place
76 Westminster Street, Suite 1010
Providence, RI 02903

**Defendants – Shell Oil Company and**
**Motiva Enterprises LLC**

Donna M. Lamontagne, Esq.
ZIZIK, POWERS, O'CONNELL,
SPAULDING & LAMONTAGNE, P.C.
40 Westminster Street, Suite 201
Providence, RI 02903