**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| RONALD KINGSLEY, ET AL | : | |
| VS. | : | C.A. NO. 2003-208 L |
| JEFFREY DERDERIAN, ET AL | : | |

***ANSWER OF DEFENDANT DANIEL BICEHELE TO PLAINTIFFS' COMPLAINT***

1. Defendant Daniel Biechele is without knowledge or information of the truth or falsity of the allegations set forth in Paragraph 1 of Plaintiffs' Complaint and leaves Plaintiffs to their proof thereof.

2. Defendant Daniel Biechele is without knowledge or information of the truth or falsity of the allegations set forth in Paragraph 2 of Plaintiffs' Complaint and leaves Plaintiffs to their proof thereof.

3. Defendant Daniel Biechele is without knowledge or information of the truth or falsity of the allegations set forth in Paragraph 3 of Plaintiffs' Complaint and leaves Plaintiffs to their proof thereof.

4. Defendant Daniel Biechele is without knowledge or information of the truth or falsity of the allegations set forth in Paragraph 4 of Plaintiffs' Complaint and leaves Plaintiffs to their proof thereof.

5. Defendant Daniel Biechele is without knowledge or information of the truth or falsity of the allegations set forth in Paragraph 5 of Plaintiffs' Complaint and leaves Plaintiffs to their proof thereof.

6. Defendant Daniel Biechele is without knowledge or information of the truth or falsity of the allegations set forth in Paragraph 6 of Plaintiffs' Complaint and leaves Plaintiffs to

61

their proof thereof.

7. Based on the criminal prosecution I currently face in the matter of State of Rhode Island v. Daniel Biechele, Docket No. KI 2003-653, I have no choice but to invoke my privilege against self-incrimination pursuant to the Fifth Amendments to the United States and Rhode Island Constitutions as well as Article I, Section 13 of the Rhode Island State Constitution. Based on these privileges, I respectfully decline to answer the allegations contained in Paragraph 7 of Plaintiffs' Complaint at this time.

8. Defendant Daniel Biechele is without knowledge or information of the truth or falsity of the allegations set forth in Paragraph 8 of Plaintiffs' Complaint and leaves Plaintiffs to their proof thereof.

9. Defendant Daniel Biechele is without knowledge or information of the truth or falsity of the allegations set forth in Paragraph 9 of Plaintiffs' Complaint as it relates to Defendant Jack Russell's residence and leaves Plaintiffs to their proof thereof. Defendant Daniel Biechele admits to the rest of the allegations in Paragraph 9.

10. Defendant Daniel Biechele is without knowledge or information of the truth or falsity of the allegations set forth in Paragraph 10 of Plaintiffs' Complaint and leaves Plaintiffs to their proof thereof.

11. Defendant Daniel Biechele is without knowledge or information of the truth or falsity of the allegations set forth in Paragraph 11 of Plaintiffs' Complaint and leaves Plaintiffs to their proof thereof.

12. Defendant Daniel Biechele is without knowledge or information of the truth or falsity of the allegations set forth in Paragraph 12 of Plaintiffs' Complaint and leaves Plaintiffs to their proof thereof.

13. Defendant Daniel Biechele denies being a resident of the State of California.

Based on the criminal prosecution I currently face in the matter of State of Rhode Island v. Daniel Biechele, Docket No. KI 2003-653, I have no choice but to invoke my privilege against self-incrimination pursuant to the Fifth Amendments to the United States and Rhode Island Constitutions as well as Article I, Section 13 of the Rhode Island State Constitution. Based on these privileges, I respectfully decline to answer the allegations contained in Paragraph 13 of Plaintiffs' Complaint at this time.

14. Defendant Daniel Biechele is without knowledge or information of the truth or falsity of the allegations set forth in Paragraph 14 of Plaintiffs' Complaint and leaves Plaintiffs to their proof thereof.

15. Defendant Daniel Biechele is without knowledge or information of the truth or falsity of the allegations set forth in Paragraph 15 of Plaintiffs' Complaint and leaves Plaintiffs to their proof thereof.

16. Defendant Daniel Biechele is without knowledge or information of the truth or falsity of the allegations set forth in Paragraph 16 of Plaintiffs' Complaint as it relates to Defendant Anheuser-Busch, Inc.'s place of incorporation or principal place of business and leaves Plaintiffs to their proof thereof. Based on the criminal prosecution I currently face in the matter of State of Rhode Island v. Daniel Biechele, Docket No. KI 2003-653, I have no choice but to invoke my privilege against self-incrimination pursuant to the Fifth Amendments to the United States and Rhode Island Constitutions as well as Article I, Section 13 of the Rhode Island State Constitution. Based on these privileges, I respectfully decline to answer the remaining allegations contained in Paragraph 16 of Plaintiffs' Complaint at this time.

17. Defendant Daniel Biechele is without knowledge or information of the truth or falsity of the allegations set forth in Paragraph 17 of Plaintiffs' Complaint as it relates to Defendant McLaughlin and Moran, Inc.'s place of incorporation or principal place of business

and leaves Plaintiffs to their proof thereof. Based on the criminal prosecution I currently face in the matter of State of Rhode Island v. Daniel Biechele, Docket No. KI 2003-653, I have no choice but to invoke my privilege against self-incrimination pursuant to the Fifth Amendments to the United States and Rhode Island Constitutions as well as Article I, Section 13 of the Rhode Island State Constitution. Based on these privileges, I respectfully decline to answer the remaining allegations contained in Paragraph 17 of Plaintiffs' Complaint at this time.

18. Defendant Daniel Biechele is without knowledge or information of the truth or falsity of the allegations set forth in Paragraph 18 of Plaintiffs' Complaint as it relates to Defendant Luna Tech, Inc.'s place of incorporation or principal place of business and leaves Plaintiffs to their proof thereof. Based on the criminal prosecution I currently face in the matter of State of Rhode Island v. Daniel Biechele, Docket No. KI 2003-653, I have no choice but to invoke my privilege against self-incrimination pursuant to the Fifth Amendments to the United States and Rhode Island Constitutions as well as Article I, Section 13 of the Rhode Island State Constitution. Based on these privileges, I respectfully decline to answer the remaining allegations contained in Paragraph 18 of Plaintiffs' Complaint at this time.

19. Defendant Daniel Biechele is without knowledge or information of the truth or falsity of the allegations set forth in Paragraph 19 of Plaintiffs' Complaint and leaves Plaintiffs to their proof thereof.

20. Defendant Daniel Biechele is without knowledge or information of the truth or falsity of the allegations set forth in Paragraph 18 of Plaintiffs' Complaint as it relates to Defendant American Foam Corporation's state of incorporation or principal place of business and leaves Plaintiffs to their proof thereof. Based on the criminal prosecution I currently face in the matter of State of Rhode Island v. Daniel Biechele, Docket No. KI 2003-653, I have no choice but to invoke my privilege against self-incrimination pursuant to the Fifth Amendments

to the United States and Rhode Island Constitutions as well as Article I, Section 13 of the Rhode Island State Constitution. Based on these privileges, I respectfully decline to answer the remaining allegations contained in Paragraph 20 of Plaintiffs' Complaint at this time.

21. Defendant Daniel Biechele is without knowledge or information of the truth or falsity of the allegations set forth in Paragraph 21 of Plaintiffs' Complaint as it relates to Defendant WHJY-FM's place of incorporation or principal place of business and leaves Plaintiffs to their proof thereof. Based on the criminal prosecution I currently face in the matter of State of Rhode Island v. Daniel Biechele, Docket No. KI 2003-653, I have no choice but to invoke my privilege against self-incrimination pursuant to the Fifth Amendments to the United States and Rhode Island Constitutions as well as Article I, Section 13 of the Rhode Island State Constitution. Based on these privileges, I respectfully decline to answer the remaining allegations contained in Paragraph 21 of Plaintiffs' Complaint at this time.

22. Defendant Daniel Biechele is without knowledge or information of the truth or falsity of the allegations set forth in Paragraph 22 of Plaintiffs' Complaint and leaves Plaintiffs to their proof thereof.

23. Defendant Daniel Biechele is without knowledge or information of the truth or falsity of the allegations set forth in Paragraph 23 of Plaintiffs' Complaint and leaves Plaintiffs to their proof thereof.

24. Based on the criminal prosecution I currently face in the matter of State of Rhode Island v. Daniel Biechele, Docket No. KI 2003-653, I have no choice but to invoke my privilege against self-incrimination pursuant to the Fifth Amendments to the United States and Rhode Island Constitutions as well as Article I, Section 13 of the Rhode Island State Constitution. Based on these privileges, I respectfully decline to answer the allegations contained in Paragraph 24 of Plaintiffs' Complaint at this time.

25. Based on the criminal prosecution I currently face in the matter of State of Rhode Island v. Daniel Biechele, Docket No. KI 2003-653, I have no choice but to invoke my privilege against self-incrimination pursuant to the Fifth Amendments to the United States and Rhode Island Constitutions as well as Article I, Section 13 of the Rhode Island State Constitution. Based on these privileges, I respectfully decline to answer the allegations contained in Paragraph 25 of Plaintiffs' Complaint at this time.

26. Based on the criminal prosecution I currently face in the matter of State of Rhode Island v. Daniel Biechele, Docket No. KI 2003-653, I have no choice but to invoke my privilege against self-incrimination pursuant to the Fifth Amendments to the United States and Rhode Island Constitutions as well as Article I, Section 13 of the Rhode Island State Constitution. Based on these privileges, I respectfully decline to answer the allegations contained in Paragraph 26 of Plaintiffs' Complaint at this time.

27. Based on the criminal prosecution I currently face in the matter of State of Rhode Island v. Daniel Biechele, Docket No. KI 2003-653, I have no choice but to invoke my privilege against self-incrimination pursuant to the Fifth Amendments to the United States and Rhode Island Constitutions as well as Article I, Section 13 of the Rhode Island State Constitution. Based on these privileges, I respectfully decline to answer the allegations contained in Paragraph 276 of Plaintiffs' Complaint at this time.

28. Based on the criminal prosecution I currently face in the matter of State of Rhode Island v. Daniel Biechele, Docket No. KI 2003-653, I have no choice but to invoke my privilege against self-incrimination pursuant to the Fifth Amendments to the United States and Rhode Island Constitutions as well as Article I, Section 13 of the Rhode Island State Constitution. Based on these privileges, I respectfully decline to answer the allegations contained in Paragraph 28 of Plaintiffs' Complaint at this time.

29. Defendant Daniel Biechele is without knowledge or information of the truth or falsity of the allegations set forth in Paragraph 29 of Plaintiffs' Complaint and leaves Plaintiffs to their proof thereof.

30. Based on the criminal prosecution I currently face in the matter of State of Rhode Island v. Daniel Biechele, Docket No. KI 2003-653, I have no choice but to invoke my privilege against self-incrimination pursuant to the Fifth Amendments to the United States and Rhode Island Constitutions as well as Article I, Section 13 of the Rhode Island State Constitution. Based on these privileges, I respectfully decline to answer the allegations contained in Paragraph 30 of Plaintiffs' Complaint at this time.

31. Based on the criminal prosecution I currently face in the matter of State of Rhode Island v. Daniel Biechele, Docket No. KI 2003-653, I have no choice but to invoke my privilege against self-incrimination pursuant to the Fifth Amendments to the United States and Rhode Island Constitutions as well as Article I, Section 13 of the Rhode Island State Constitution. Based on these privileges, I respectfully decline to answer the allegations contained in Paragraph 31 of Plaintiffs' Complaint at this time.

32. Based on the criminal prosecution I currently face in the matter of State of Rhode Island v. Daniel Biechele, Docket No. KI 2003-653, I have no choice but to invoke my privilege against self-incrimination pursuant to the Fifth Amendments to the United States and Rhode Island Constitutions as well as Article I, Section 13 of the Rhode Island State Constitution. Based on these privileges, I respectfully decline to answer the allegations contained in Paragraph 32 of Plaintiffs' Complaint at this time.

33. Based on the criminal prosecution I currently face in the matter of State of Rhode Island v. Daniel Biechele, Docket No. KI 2003-653, I have no choice but to invoke my privilege against self-incrimination pursuant to the Fifth Amendments to the United States and

Rhode Island Constitutions as well as Article I, Section 13 of the Rhode Island State Constitution. Based on these privileges, I respectfully decline to answer the allegations contained in Paragraph 33 of Plaintiffs' Complaint at this time.

34. Based on the criminal prosecution I currently face in the matter of State of Rhode Island v. Daniel Biechele, Docket No. KI 2003-653, I have no choice but to invoke my privilege against self-incrimination pursuant to the Fifth Amendments to the United States and Rhode Island Constitutions as well as Article I, Section 13 of the Rhode Island State Constitution. Based on these privileges, I respectfully decline to answer the allegations contained in Paragraph 34 of Plaintiffs' Complaint at this time.

35. Based on the criminal prosecution I currently face in the matter of State of Rhode Island v. Daniel Biechele, Docket No. KI 2003-653, I have no choice but to invoke my privilege against self-incrimination pursuant to the Fifth Amendments to the United States and Rhode Island Constitutions as well as Article I, Section 13 of the Rhode Island State Constitution. Based on these privileges, I respectfully decline to answer the allegations contained in Paragraph 35 of Plaintiffs' Complaint at this time.

36. Based on the criminal prosecution I currently face in the matter of State of Rhode Island v. Daniel Biechele, Docket No. KI 2003-653, I have no choice but to invoke my privilege against self-incrimination pursuant to the Fifth Amendments to the United States and Rhode Island Constitutions as well as Article I, Section 13 of the Rhode Island State Constitution. Based on these privileges, I respectfully decline to answer the allegations contained in Paragraph 36 of Plaintiffs' Complaint at this time.

37. Based on the criminal prosecution I currently face in the matter of State of Rhode Island v. Daniel Biechele, Docket No. KI 2003-653, I have no choice but to invoke my privilege against self-incrimination pursuant to the Fifth Amendments to the United States and

Rhode Island Constitutions as well as Article I, Section 13 of the Rhode Island State Constitution. Based on these privileges, I respectfully decline to answer the allegations contained in Paragraph 37 of Plaintiffs' Complaint at this time.

38. Based on the criminal prosecution I currently face in the matter of State of Rhode Island v. Daniel Biechele, Docket No. KI 2003-653, I have no choice but to invoke my privilege against self-incrimination pursuant to the Fifth Amendments to the United States and Rhode Island Constitutions as well as Article I, Section 13 of the Rhode Island State Constitution. Based on these privileges, I respectfully decline to answer the allegations contained in Paragraph 38 of Plaintiffs' Complaint at this time.

39. Based on the criminal prosecution I currently face in the matter of State of Rhode Island v. Daniel Biechele, Docket No. KI 2003-653, I have no choice but to invoke my privilege against self-incrimination pursuant to the Fifth Amendments to the United States and Rhode Island Constitutions as well as Article I, Section 13 of the Rhode Island State Constitution. Based on these privileges, I respectfully decline to answer the allegations contained in Paragraph 39 of Plaintiffs' Complaint at this time.

40. Based on the criminal prosecution I currently face in the matter of State of Rhode Island v. Daniel Biechele, Docket No. KI 2003-653, I have no choice but to invoke my privilege against self-incrimination pursuant to the Fifth Amendments to the United States and Rhode Island Constitutions as well as Article I, Section 13 of the Rhode Island State Constitution. Based on these privileges, I respectfully decline to answer the allegations contained in Paragraph 40 of Plaintiffs' Complaint at this time.

41. Based on the criminal prosecution I currently face in the matter of State of Rhode Island v. Daniel Biechele, Docket No. KI 2003-653, I have no choice but to invoke my privilege against self-incrimination pursuant to the Fifth Amendments to the United States and

Rhode Island Constitutions as well as Article I, Section 13 of the Rhode Island State Constitution. Based on these privileges, I respectfully decline to answer the allegations contained in Paragraph 41 of Plaintiffs' Complaint at this time.

42. Based on the criminal prosecution I currently face in the matter of State of Rhode Island v. Daniel Biechele, Docket No. KI 2003-653, I have no choice but to invoke my privilege against self-incrimination pursuant to the Fifth Amendments to the United States and Rhode Island Constitutions as well as Article I, Section 13 of the Rhode Island State Constitution. Based on these privileges, I respectfully decline to answer the allegations contained in Paragraph 42 of Plaintiffs' Complaint at this time.

43. Defendant Daniel Biechele is without knowledge or information of the truth or falsity of the allegations set forth in Paragraph 43 of Plaintiffs' Complaint and leaves Plaintiffs to their proof thereof.

44. Defendant Daniel Biechele is without knowledge or information of the truth or falsity of the allegations set forth in Paragraph 44 of Plaintiffs' Complaint and leaves Plaintiffs to their proof thereof.

**COUNT ONE**
**Jeffrey Derderian**

45. Defendant Daniel Biechele incorporates by reference his answers to Paragraphs 1 through 44 of Plaintiffs' Complaint as if more fully set forth herein.

46. Based on the criminal prosecution I currently face in the matter of State of Rhode Island v. Daniel Biechele, Docket No. KI 2003-653, I have no choice but to invoke my privilege against self-incrimination pursuant to the Fifth Amendments to the United States and Rhode Island Constitutions as well as Article I, Section 13 of the Rhode Island State Constitution. Based on these privileges, I respectfully decline to answer the allegations

contained in Paragraph 46 of Count 1 of Plaintiffs' Complaint at this time.

47. Based on the criminal prosecution I currently face in the matter of State of Rhode Island v. Daniel Biechele, Docket No. KI 2003-653, I have no choice but to invoke my privilege against self-incrimination pursuant to the Fifth Amendments to the United States and Rhode Island Constitutions as well as Article I, Section 13 of the Rhode Island State Constitution. Based on these privileges, I respectfully decline to answer the allegations contained in Paragraph 47 of Count 1 of Plaintiffs' Complaint at this time.

**COUNT TWO**
**Michael Derderian**

48. Defendant Daniel Biechele incorporates by reference his answers to Paragraphs 1 through 47 of Plaintiffs' Complaint as if more fully set forth herein.

49. Based on the criminal prosecution I currently face in the matter of State of Rhode Island v. Daniel Biechele, Docket No. KI 2003-653, I have no choice but to invoke my privilege against self-incrimination pursuant to the Fifth Amendments to the United States and Rhode Island Constitutions as well as Article I, Section 13 of the Rhode Island State Constitution. Based on these privileges, I respectfully decline to answer the allegations contained in Paragraph 49 of Count 2 of Plaintiffs' Complaint at this time.

50. Based on the criminal prosecution I currently face in the matter of State of Rhode Island v. Daniel Biechele, Docket No. KI 2003-653, I have no choice but to invoke my privilege against self-incrimination pursuant to the Fifth Amendments to the United States and Rhode Island Constitutions as well as Article I, Section 13 of the Rhode Island State Constitution. Based on these privileges, I respectfully decline to answer the allegations contained in Paragraph 50 of Count 2 of Plaintiffs' Complaint at this time.

**COUNT THREE**
**DERCO**

51. Defendant Daniel Biechele incorporates by reference his answers to Paragraphs 1 through 50 of Plaintiffs' Complaint as if more fully set forth herein.

52. Based on the criminal prosecution I currently face in the matter of State of Rhode Island v. Daniel Biechele, Docket No. KI 2003-653, I have no choice but to invoke my privilege against self-incrimination pursuant to the Fifth Amendments to the United States and Rhode Island Constitutions as well as Article I, Section 13 of the Rhode Island State Constitution. Based on these privileges, I respectfully decline to answer the allegations contained in Paragraph 52 of Count 3 of Plaintiffs' Complaint at this time.

53. Based on the criminal prosecution I currently face in the matter of State of Rhode Island v. Daniel Biechele, Docket No. KI 2003-653, I have no choice but to invoke my privilege against self-incrimination pursuant to the Fifth Amendments to the United States and Rhode Island Constitutions as well as Article I, Section 13 of the Rhode Island State Constitution. Based on these privileges, I respectfully decline to answer the allegations contained in Paragraph 53 of Count 3 of Plaintiffs' Complaint at this time.

**COUNT FOUR**
**Manic Music Management**

54. Defendant Daniel Biechele incorporates by reference his answers to Paragraphs 1 through 53 of Plaintiffs' Complaint as if more fully set forth herein.

55. Based on the criminal prosecution I currently face in the matter of State of Rhode Island v. Daniel Biechele, Docket No. KI 2003-653, I have no choice but to invoke my privilege against self-incrimination pursuant to the Fifth Amendments to the United States and Rhode Island Constitutions as well as Article I, Section 13 of the Rhode Island State Constitution. Based on these privileges, I respectfully decline to answer the allegations contained in Paragraph 55 of Count 4 of Plaintiffs' Complaint at this time.

56. Based on the criminal prosecution I currently face in the matter of State of Rhode Island v. Daniel Biechele, Docket No. KI 2003-653, I have no choice but to invoke my privilege against self-incrimination pursuant to the Fifth Amendments to the United States and Rhode Island Constitutions as well as Article I, Section 13 of the Rhode Island State Constitution. Based on these privileges, I respectfully decline to answer the allegations contained in Paragraph 56 of Count 4 of Plaintiffs' Complaint at this time.

**COUNT FIVE**
**Jack Russell, Mark Kendall, David Filice, Eric Powers**
**(collectively as the band known as Great White)**

57. Defendant Daniel Biechele incorporates by reference his answers to Paragraphs 1 through 56 of Plaintiffs' Complaint as if more fully set forth herein.

58. Based on the criminal prosecution I currently face in the matter of State of Rhode Island v. Daniel Biechele, Docket No. KI 2003-653, I have no choice but to invoke my privilege against self-incrimination pursuant to the Fifth Amendments to the United States and Rhode Island Constitutions as well as Article I, Section 13 of the Rhode Island State Constitution. Based on these privileges, I respectfully decline to answer the allegations contained in Paragraph 58 of Count 5 of Plaintiffs' Complaint at this time.

59. Based on the criminal prosecution I currently face in the matter of State of Rhode Island v. Daniel Biechele, Docket No. KI 2003-653, I have no choice but to invoke my privilege against self-incrimination pursuant to the Fifth Amendments to the United States and Rhode Island Constitutions as well as Article I, Section 13 of the Rhode Island State Constitution. Based on these privileges, I respectfully decline to answer the allegations contained in Paragraph 58 of Count 5 of Plaintiffs' Complaint at this time.

**COUNT SIX**
**Daniel Biechele**

60. Defendant Daniel Biechele incorporates by reference his answers to Paragraphs 1 through 59 of Plaintiffs' Complaint as if more fully set forth herein.

61. Based on the criminal prosecution I currently face in the matter of State of Rhode Island v. Daniel Biechele, Docket No. KI 2003-653, I have no choice but to invoke my privilege against self-incrimination pursuant to the Fifth Amendments to the United States and Rhode Island Constitutions as well as Article I, Section 13 of the Rhode Island State Constitution. Based on these privileges, I respectfully decline to answer the allegations contained in Paragraph 61 of Count 6 of Plaintiffs' Complaint at this time.

62. Based on the criminal prosecution I currently face in the matter of State of Rhode Island v. Daniel Biechele, Docket No. KI 2003-653, I have no choice but to invoke my privilege against self-incrimination pursuant to the Fifth Amendments to the United States and Rhode Island Constitutions as well as Article I, Section 13 of the Rhode Island State Constitution. Based on these privileges, I respectfully decline to answer the allegations contained in Paragraph 62 of Count 6 of Plaintiffs' Complaint at this time.

## COUNT SEVEN
## Paul Woolnough

63. Defendant Daniel Biechele incorporates by reference his answers to Paragraphs 1 through 62 of Plaintiffs' Complaint as if more fully set forth herein.

64. Based on the criminal prosecution I currently face in the matter of State of Rhode Island v. Daniel Biechele, Docket No. KI 2003-653, I have no choice but to invoke my privilege against self-incrimination pursuant to the Fifth Amendments to the United States and Rhode Island Constitutions as well as Article I, Section 13 of the Rhode Island State Constitution. Based on these privileges, I respectfully decline to answer the allegations contained in Paragraph 64 of Count 7 of Plaintiffs' Complaint at this time.

65. Based on the criminal prosecution I currently face in the matter of State of Rhode Island v. Daniel Biechele, Docket No. KI 2003-653, I have no choice but to invoke my privilege against self-incrimination pursuant to the Fifth Amendments to the United States and Rhode Island Constitutions as well as Article I, Section 13 of the Rhode Island State Constitution. Based on these privileges, I respectfully decline to answer the allegations contained in Paragraph 65 of Count 7 of Plaintiffs' Complaint at this time.

**COUNT EIGHT**
**Knight Records, Inc.**

66. Defendant Daniel Biechele incorporates by reference his answers to Paragraphs 1 through 65 of Plaintiffs' Complaint as if more fully set forth herein.

67. Based on the criminal prosecution I currently face in the matter of State of Rhode Island v. Daniel Biechele, Docket No. KI 2003-653, I have no choice but to invoke my privilege against self-incrimination pursuant to the Fifth Amendments to the United States and Rhode Island Constitutions as well as Article I, Section 13 of the Rhode Island State Constitution. Based on these privileges, I respectfully decline to answer the allegations contained in Paragraph 67 of Count 8 of Plaintiffs' Complaint at this time.

68. Based on the criminal prosecution I currently face in the matter of State of Rhode Island v. Daniel Biechele, Docket No. KI 2003-653, I have no choice but to invoke my privilege against self-incrimination pursuant to the Fifth Amendments to the United States and Rhode Island Constitutions as well as Article I, Section 13 of the Rhode Island State Constitution. Based on these privileges, I respectfully decline to answer the allegations contained in Paragraph 68 of Count 8 of Plaintiffs' Complaint at this time.

**COUNT NINE**
**Anheuser-Busch, Inc.**

69. Defendant Daniel Biechele incorporates by reference his answers to Paragraphs 1

through 68 of Plaintiffs' Complaint as if more fully set forth herein.

70. Based on the criminal prosecution I currently face in the matter of State of Rhode Island v. Daniel Biechele, Docket No. KI 2003-653, I have no choice but to invoke my privilege against self-incrimination pursuant to the Fifth Amendments to the United States and Rhode Island Constitutions as well as Article I, Section 13 of the Rhode Island State Constitution. Based on these privileges, I respectfully decline to answer the allegations contained in Paragraph 70 of Count 9 of Plaintiffs' Complaint at this time.

**COUNT TEN**
**McLaughlin & Moran, Inc.**

71. Defendant Daniel Biechele incorporates by reference his answers to Paragraphs 1 through 70 of Plaintiffs' Complaint as if more fully set forth herein.

72. Based on the criminal prosecution I currently face in the matter of State of Rhode Island v. Daniel Biechele, Docket No. KI 2003-653, I have no choice but to invoke my privilege against self-incrimination pursuant to the Fifth Amendments to the United States and Rhode Island Constitutions as well as Article I, Section 13 of the Rhode Island State Constitution. Based on these privileges, I respectfully decline to answer the allegations contained in Paragraph 72 of Count 10 of Plaintiffs' Complaint at this time.

**COUNT ELEVEN**
**Luna Tech, Inc. and Luna Tech Pyrotechnik, GmbH**

73. Defendant Daniel Biechele incorporates by reference his answers to Paragraphs 1 through 72 of Plaintiffs' Complaint as if more fully set forth herein.

74. Based on the criminal prosecution I currently face in the matter of State of Rhode Island v. Daniel Biechele, Docket No. KI 2003-653, I have no choice but to invoke my privilege against self-incrimination pursuant to the Fifth Amendments to the United States and Rhode Island Constitutions as well as Article I, Section 13 of the Rhode Island State

Constitution. Based on these privileges, I respectfully decline to answer the allegations contained in Paragraph 74 of Count 11 of Plaintiffs' Complaint at this time.

75. Based on the criminal prosecution I currently face in the matter of State of Rhode Island v. Daniel Biechele, Docket No. KI 2003-653, I have no choice but to invoke my privilege against self-incrimination pursuant to the Fifth Amendments to the United States and Rhode Island Constitutions as well as Article I, Section 13 of the Rhode Island State Constitution. Based on these privileges, I respectfully decline to answer the allegations contained in Paragraph 75 of Count 11 of Plaintiffs' Complaint at this time.

76. Based on the criminal prosecution I currently face in the matter of State of Rhode Island v. Daniel Biechele, Docket No. KI 2003-653, I have no choice but to invoke my privilege against self-incrimination pursuant to the Fifth Amendments to the United States and Rhode Island Constitutions as well as Article I, Section 13 of the Rhode Island State Constitution. Based on these privileges, I respectfully decline to answer the allegations contained in Paragraph 76 of Count 11 of Plaintiffs' Complaint at this time.

**COUNT TWELVE**
**American Foam Corporation**

77. Defendant Daniel Biechele incorporates by reference his answers to Paragraphs 1 through 76 of Plaintiffs' Complaint as if more fully set forth herein.

78. Based on the criminal prosecution I currently face in the matter of State of Rhode Island v. Daniel Biechele, Docket No. KI 2003-653, I have no choice but to invoke my privilege against self-incrimination pursuant to the Fifth Amendments to the United States and Rhode Island Constitutions as well as Article I, Section 13 of the Rhode Island State Constitution. Based on these privileges, I respectfully decline to answer the allegations contained in Paragraph 78 of Count 12 of Plaintiffs' Complaint at this time.

79. Based on the criminal prosecution I currently face in the matter of State of Rhode Island v. Daniel Biechele, Docket No. KI 2003-653, I have no choice but to invoke my privilege against self-incrimination pursuant to the Fifth Amendments to the United States and Rhode Island Constitutions as well as Article I, Section 13 of the Rhode Island State Constitution. Based on these privileges, I respectfully decline to answer the allegations contained in Paragraph 79 of Count 12 of Plaintiffs' Complaint at this time.

**COUNT THIRTEEN**
**WHJY-FM and Clear Channel Communications, Inc.**

80. Defendant Daniel Biechele incorporates by reference his answers to Paragraphs 1 through 79 of Plaintiffs' Complaint as if more fully set forth herein.

81. Based on the criminal prosecution I currently face in the matter of State of Rhode Island v. Daniel Biechele, Docket No. KI 2003-653, I have no choice but to invoke my privilege against self-incrimination pursuant to the Fifth Amendments to the United States and Rhode Island Constitutions as well as Article I, Section 13 of the Rhode Island State Constitution. Based on these privileges, I respectfully decline to answer the allegations contained in Paragraph 81 of Count 13 of Plaintiffs' Complaint at this time.

WHEREFORE, Defendant Daniel Biechele demands entry of Judgment in his behalf as to Plaintiffs' Complaint.

***AFFIRMATIVE DEFENSES***

1. Lack of service of process.
2. Insufficiency of service of process.
3. Lack of personal jurisdiction.

James H. Reilly - #0658
KELLY, KELLEHER, REILLY & SIMPSON
Attorneys for Defendant Daniel Biechele
146 Westminster Street, Suite 500
Providence, RI 02903
(401) 272-1312
(401) 331-9397—FAX

Donald J. Maroney - #3737
KELLY, KELLEHER, REILLY & SIMPSON
Attorneys for Defendant Daniel Biechele
146 Westminster Street, Suite 500
Providence, RI 02903
(401) 272-1312
(401) 331-9397—FAX

***CERTIFICATION***

Thomas C. Angelone, Esq.
Hodosh, Spinella & Angelone, P.C.
One Turks Head Place, Suite 1050
Providence, RI 02903

Joseph V. Cavanagh, Jr., Esq.
Kristin E. Rodgers, Esq.
Blish & Cavanagh, LLP
30 Exchange Terrace
Providence, RI 02903

Marc DeSisto, Esq.
DeSisto Law Offices
PO Box 2563
Providence, RI 02906

Curtis R. Diedrich, Esq.
Edward T. Hinchey, Esq.
Sloane and Walsh LLP
127 Dorrance Street
Providence, RI 02903

Stefanie DiMaio-Larivee, Esq.
215 Broadway
Providence, RI 02903

James R. Lee, Esq., Chief, Civil Division
State of Rhode Island
Department of Attorney General
150 South Main Street
Providence, RI 02903

W. Thomas McGough, Jr., Esq.
James J. Restivo, Jr., Esq.
Reed Smith LLP
435 Sixth Avenue
Pittsburgh, PA 15219

Edwin F. McPherson, Esq.
McPherson & Kalmansohn, LLP
101 Century Park East, 24th Floor
Los Angeles, CA 90067

Howard A. Merten, Esq.
Eric M. Sommers, Esq.
Vetter & White
20 Washington Place
Providence, RI 02903

James T. Murphy, Esq.
Thomas R. Bender, Esq.
Kelly N. Michels, Esq.
Hanson Curran LLP
146 Westminster Street
Providence, RI 02903

Ronald J. Resmini, Esq.
Ronald J. Creamer, Esq.
Ronald J. Resmini, Ltd.
155 South Main Street, Suite 400
Providence, RI 02903

Mark T. Reynolds, Esq.
Anthony F. DeMarco, Esq.
Reynolds, DeMarco & Boland, Ltd.
170 Westminster Street, Suite 200
Providence, RI 02903

Randall L. Souza, Esq.
Fred A. Kelly, Jr., Esq.
Nixon Peabody, LLP
One Citizens Plaza, Suite 700
Providence, RI 02903

I hereby certify that I placed with a delivery service to be hand delivered a true copy of the within to the above local counsel of record and instructed to send by certified mail, return receipt to out of state counsel of record on the 27 day of August, 2004.

Donald J. Maroney