**DISTRICT COURT OF THE UNITED STATES**
**FOR THE DISTRICT OF RHODE ISLAND**

**Tammy Passa, et al.**

**v.** **CA03-148L**

Jeffrey Derderian, Michael Derderian, Derco d/b/a The Station, American Foam, Jack Russell, Anheuser, Busch, Anheuser-Busch Cos., McLaughlin & Moran, WHJY-FM, Clear-Channel, Tow of West Warwick, Dennis Larocque, Irving Owens, State of RI, Triton Realty, Triton Partners, Shell Oil, Motiva Enterprises, Manic Music Management, General Foam, Foamex Int'l Inc., Mark Kendall, David Filice, Eric Powers, Daniel Bichelle, Knight Records, Inc., Paul Woolnough, Luna Tech Pyrotechnik GMBH

**Ronald Kingsley, et al.**

v. **CA03-208L**

Anheuser-Busch, McLaughlin & Moran, Jeffrey Derderian, Michael Derderian, Derco d/b/a The Station, American Foam, Jack Russell, Mark Kendall, David Filice, Eric Powers, Daniel Bichelle, Knight Records, Inc., Paul Woolnough, Luna Tech, Inc., Luna Tech Pyrotechnik GMBH, Manic Music Management, Inc.

**George Guindon, Barbara Guindon, et al.**

**v.** **CA03-335L**

Jeffrey Derderian, Michael Derderian, American Foam Corp., Foamex Int'l, Barry H. Warner, Triton Realty Limited Partnership, Derco, LLC, Manic Music Management, Inc., Jack Russell, Mark Kendall, David Filice, Eric Powers, Daniel Bichelle, Paul Woolnough Knight Records, Inc., Anheuser-Busch, Inc., McLaughlin & Moran, Inc., Luna Tech, Inc., Luna Tech Pyrotechnic GMBH, Clear Channel Comm. Inc. d/b/a WHJY-FM,



65

Motiva Enterprises, LLC, Shell Oil Co., Town of West Warwick, Dennis Larocque, State of Rhode Island, and Irving J. Owens

**Estate of Jude B. Henault, et al.**

v. **CA03-483L**

Jeffrey Derderian, Michael Derderian, American Foam Corp., Foamex Int'l, Barry H. Warner, Triton Realty Limited Partnership, Derco, LLC, Manic Music Management, Inc., Jack Russell, Mark Kendall, David Filice, Eric Powers, Daniel Bichelle, Paul Woolnough, Knight Records, Inc., Anheuser-Busch, Inc., McLaughlin & Moran, Inc., Luna Tech, Inc., Luna Tech Pyrotechnic GMBH, Clear Channel Comm. Inc. d/b/a WHJY-FM, Motiva Enterprises, LLC, Shell Oil Co., Town of West Warwick, Dennis Larocque, State of Rhode Island, and Irving J. Owens

**Linda Roderiques, et al.**

**v.** **CA04-26L**

Jeffrey Derderian, Michael Derderian, Derco d/b/a The Station, American Foam, Jack Russell, Anheuser Busch, Anheuser-Busch Cos., McLaughlin & Moran, WHJY-FM, Clear-Channel, Tow of West Warwick, Dennis Larocque, Irving Owens, State of RI, Triton Realty, Triton Partners, Shell Oil, Motiva Enterprises, Manic Music Management, General Foam, Foamex Int'l Inc., Mark Kendall, David Filice, Eric Powers, Daniel Bichelle, Knight Records, Inc., Paul Woolnough, Luna Tech Pyrotechnik GMBH

**Charles and Carol Sweet, et al.**

v. **CA04-56L**

Jeffrey Derderian, Michael Derderian, Derco d/b/a The Station, American Foam, Jack Russell, Anheuser Busch, Anheuser-Busch Cos., McLaughlin & Moran, WHJY-FM,Clear-Channel, Town of West Warwick, Dennis Larocque,

Irving Owens, State of RI, Triton Realty,
Triton Partners, Shell Oil, Motiva Enterprises,
Manic Music Management, General Foam, Foamex Int'l Inc.,
Mark Kendall, David Filice, Eric Powers, Daniel Bichelle,
Knight Records, Inc., Paul Woolnough, Luna Tech Pyrotechnik GMBH

**Albert L. Gray, et al.**

v. **CA04-312L**

Jeffrey Derderian, Michael Derderian,
American Foam Corp., Foamex Int'l, Barry H. Warner,
Triton Realty Limited Partnership, Derco, LLC,
Manic Music Management, Inc., Jack Russell, Mark Kendall,
David Filice, Eric Powers, Daniel Bichelle, Paul Woolnough,
Knight Records, Inc., Anheuser-Busch, Inc.,
McLaughlin & Moran, Inc., Luna Tech, Inc., Luna Tech Pyrotechnic GMBH, Clear Channel Comm. Inc. d/b/a WHJY-FM,
Motiva Enterprises, LLC, Shell Oil Co., Town of West Warwick,
Dennis Larocque, State of Rhode Island, and
Irving J. Owens

**ORDER**

In the above referenced cases, the provisions of Amended General Order #2002-01 governing the "Number and Filing of Copies" of memoranda of law and "Appendices and/or Exhibits" are suspended and replaced by the following:

Number and Filing of Copies

1. The only memoranda that may be filed are a memorandum in support of the motion or other matter to which it relates, a memorandum in opposition, and a reply memorandum. No other memoranda may be filed without prior leave of the Court.

2. Unless permitted by the Court, for good cause shown, memoranda in support and memoranda in opposition shall not exceed 15 pages; or, in the case of motions to dismiss and motions for summary judgment, 35 pages. Reply memoranda shall not exceed 10 pages. Any request to exceed these page limits shall be in the form of a motion, but the proposed memorandum shall not be filed unless and until the request is granted.

3. All memoranda shall be filed in triplicate. The original shall be retained in the Court file, along with the motion or other document to which it relates. The two copies of the memorandum shall be transmitted by the clerk directly to the chambers of the judge to whom the

case has been assigned along with a copy of the motion or other document to which it relates.

Appendices and/or Exhibits

Unless requested by the Court, appendices and/or exhibits attached to or filed in connection with a motion for summary judgment shall not exceed a total of 75 pages in addition to the statement of undisputed facts required by the Local Rules. The statement of undisputed facts shall not exceed 15 pages. With respect to all other motions, appendices and/or exhibits shall not exceed a total of 10 pages in the aggregate.

BY ORDER:
**Barbara J. Gilfillan**
Deputy Clerk

**ENTER:**

Senior U.S. District Judge
Ronald R. Lagueux
DATED: 9/9/04