UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| RONALD KINGSLEY, ET AL. | ) | NO.: 03-208-L |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| JEFFREY DERDERIAN, ET AL. | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

**NOTICE OF VOLUNTARY WAIVER OF AFFIRMATIVE DEFENSES FOUR AND FIVE**

The defendant, Luna Tech, Inc., hereby voluntarily waives Affirmative Defenses Four and Five that have been asserted in its Answer to Plaintiffs' Amended Complaint.

Respectfully submitted,
LUNA TECH, INC.

Curtis R. Diedrich

Curtis R. Diedrich (#4171)
Edward T. Hinchey (Admitted Pro Hac Vice)
SLOANE AND WALSH, LLP
127 Dorrance Street
Providence, RI 02903-2828
(401) 454-7700

Dated: 9/16/04

67

**CERTIFICATE OF SERVICE**

I hereby certify that the foregoing was mailed on 9/14/04, postage prepaid, to the following attorneys of record as of said date:

Thomas C. Angelone, Esquire
HODOSH SPINELLA & ANGELONE, PC
One Turks Head Place, Suite 1050
PO Box 1516
Providence, RI 02901-1516

Brian R. Cunha, Esquire
LAW OFFICES OF BRIAN CUNHA & ASSOCIATES
904 Broadway
East Providence, RI 02914

Stephen E. Breggia, Esquire
BREGGIA BOWEN & GRANDE
395 Smith Street
Providence, RI 02908

Mark B. Decof, Esquire
DECOF & DECOF, P.C.
One Smith Hill
Providence, RI 02903

Anthony F. DeMarco, Esquire
REYNOLDS, DEMARCO & BOLAND, LTD.
170 Westminster Street, Suite 200
Providence, RI 02903

Marc DeSisto, Esquire
DESISTO LAW
211 Angel Street
P.O. Box 2563
Providence, RI 02906-2563

Christopher C. Fallon, Jr., Esquire
REYNOLDS, DEMARCO & BOLAND, LTD.
170 Westminster Street, Suite 200
Providence, RI 02903

Joyce A. Faraone, Esquire
400 Reservoir Avenue
Suite 3G
Providence, RI 02907

William A. Filippo, Esquire
373 Elmwood Avenue
Providence, RI 02907

James Howe, Esquire
215 Broadway
Providence, RI 02903

Scott Hubbell, Esquire
SUMMERS LAW OFFICE
P.O. Box 306
Franklin, MA 02038-0306

Patrick T. Jones, Esquire
COOLEY MANION JONES, LLP
21 Custom House Street
Boston, MA 02110

Stefanie Larivee-DiMaio, Esquire
215 Broadway
Providence, RI 02903

Daniel P. McKiernan, Esquire
146 Westminster Street
Providence, RI 02903

Mark S. Mandell, Esquire
Yvette M. Boisclair, Esquire
MANDELL, SCWARTZ & BOISCLAIR, LTD.
One Park Row
Providence, RI 02903

Patrick C. Lynch, Attorney General
DEPARTMENT OF ATTORNEY GENERAL
150 South Main Street
Providence, RI 02903

Donald A. Migliori, Esquire
NESS MOTLEY LOADHOLT RICHARDSON & POOLE
321 South Main Street, Suite 402
Providence, RI 02903

Ralph J. Monaco, Esquire
CONWAY & LONDREGAN
38 Huntington Street
P.O. Box 1351
New London, CT 06320

Oleg Nikolyszyn, Esquire
155 South Main Street, Suite 303
Providence, RI 02903

Steven A. Minicucci, Esquire
373 Elmwood Avenue
Providence, RI 02907

Mark T. Nugent, Esquire
Paul Sullivan, Esquire
MORRISON, MAHONEY & MILLER, LLP
One Providence Washington Plaza
Providence, RI 02903

James A. Ruggieri, Esquire
HIGGINS, CAVANAGH & COONEY
The Hay Building
123 Dyer Street
Providence, RI 02903-3987

Charles N. Redihan, Jr., Esquire
KIERNAN, PLUNKETT & REDIHAN
91 Friendship Street
Providence, RI 02903

J. Renn Olenn, Esquire
OLENN & PENZA, LLP
530 Greenwich Avenue
Warwick, WI 02886

Christopher L. Russo, Esquire
888 Reservoir Avenue
Cranston, RI 02910

Michael A. St. Pierre, Esquire
REVENS REVENS & ST. PIERRE, P.C.
946 Centerville Road
Warwick, RI 02886

Ann Scheeley, Esquire
LAW OFFICE OF DONALD E. GREEN
2235 Washington Street
Roxbury, MA 02119

Randall L. Souza, Esquire
NIXON PEABODY, LLP
One Citizens Plaza
Providence, RI 02903

Mark D. Tourgee, Esquire
INMAN & TOURGEE
1193 Tiogue Avenue
Coventry, RI 02816

Timothy A. Williamson, Esquire
INMAN & TOURGEE
1193 Tiogue Avenue
Coventry, RI 02816

Max Wistow, Esquire
WISTOW & BARYLICK
61 Weybosset Street
Providence, RI 02903

Joseph B. Burns, Esquire
Rome, McGuigan, and Sabanosh, P.C.
One State Street
Hartford, CT 06103

David E. Russell, Esquire
Rusitzy and Russell
324 Union Street
New Bedford, MA 02740

Russell N. McCarthy, Esquire
150 North Main Street
Fall River, MA 02720

Edward M. Crane, Esquire
Skadden, Arps, Slate, Meagher & Flom
333 West Wacker Drive, Suite 2100
Chicago, IL 60606

Joseph V. Cavanagh, Jr., Esquir
Blish & Cavanagh, LLP
30 Exchange Terrace
Providence, RI 02903

James H. Reilly, Esquire
Kelly, Kelleher, Reilly & Simpson
146 Westminster Street, Suite 500
Providence, RI 02903

Matthew F. Medeiros, Esquire
Little, Medeiros, Kinder, Bulman & Whitney, P.C.
72 Pine Street, 5th Floor
Providence, RI 02903

W. Thomas McGough, Jr., Esquire
Reed Smith LLP
345 Sixth Avenue
Pittsburgh, PA 15219

Andrew J. Trevelise, Esquire
Reed Smith LLP
2500 One Liberty Place
Philadelphia, PA 19103

Michael Bradley, Esquire
39 Grove Avenue
Westerly, RI 02891

John S. Coughlin, Esquire
Ciccone, Coughlin & Waldman
One Davol Squire, Suite 100
Providence, RI 02903

David P. Valletta, Esquire
378 Broadway
Providence, RI 02909

Dianne L. Izzo, Esquire
Gorham & Gorham
25 Danielson Pike
P.O. Box 46
North Scituate, RI 02857

Carl A. Henlein, Esquire
Frost Brown Todd, LLC
400 W Market Street, 32nd Fl.
Louisville, KY 40202

Daniel K. Flaherty, Esquire
College Park, Suite 20D
33 College Hill Road
Warwick, RI 02886

Edwin F. McPherson, Esquire
McPherson & Kalmansohn, LLP
1801 Century Park E-24th Floor
Los Angeles, CA 90067

Carla Ottaviano, Esquire
Law Offices of DuBorg & Farrell
200 Glastonbury Blvd, Suite 301
Glastonbury, CT 06033

Howard A. Merten, Esquire
Vetter & White
20 Washington Place
Providence, RI 02903

George L. Santopietro, Esquire
Coia & Lepore, Ltd.
226 South Main Street
Providence, RI 02903

Brian R. Cunha, Esquire
Law Offices of Brian Cunha
311 Pine Street
Fall River, MA 02720

Benjamin V. White, Esquire
Vetter & White
20 Washington Place
Providence, RI 02903

Neil Sugarman, Esquire
Sugarman & Sugarman, P.C.
One Bean Street
Boston, MA 02108

Mark K. Ostrowski, Esquire
Shipman & Goodwin, LLP
One Constitution Plaza
Hartford, CT 06103

Daniel T. Carrillo, Esquire
51 Jeffreson Blvd
Warwick, RI 02888

Stacie B. Collier, Esquire
Nixon Peabody LLP
City Place
185 Asylum Street
Hartford, CT 06103

Donna M. Lamontagne, Esquire
Zizik, Powers, O'Connell, Sapulding & Lamontagne, PC
40 Westminster Street
Suite 201
Providence, RI 02903

Eva M. Mancuso, Esquire
Hamel, Waxler, Allen & Collins
387 Atwells Avenue
Providence, RI 02909

James T. Murphy, Esquire
Hanson Curran, LLP
146 Westminster Street
Providence, RI 02903

Deborah S. Russo, Esquire
Day, Berry & Howard, LLP
City Place I
Hartford, CT 06103

Ronald Langlois, Esquire
Smith & Brink, PC
1 State Street
Suite 400
Providence, RI 02908

Grant H. Miller, Jr., Esquire
Law Offices of Grant H. Miller, Jr.
55 Capital Blvd
Suite 210
Rocky Hill, CT 06067

CURTIS R. DIEDRICH