UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

RONALD KINGSLEY, et al :
:
v. : C.A. NO: 03-208 L
:
JEFFREY DERDERIAN, et al :

RECEIVED
SEP 23 2004
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

***STIPULATION EXTENDING TIME TO RESPOND TO COMPLAINT***

The parties hereby stipulate that Defendant, ***American Foam Corporation***, may have to and including thirty (30) days after Plaintiffs file their amended complaint within which to answer or otherwise plead to Plaintiffs' amended complaint.

Thomas C. Angelone, Esq./#1373
*Attorney for Defendant, American Foam*
**HODOSH, SPINELLA & ANGELONE PC**
One Turks Head Place, Suite 1050
Providence, Rhode Island 02903
(401) 274-0200
*Fax* (401) 274-7538

Ronald J. Resmini, Esq./#0484
*Attorney for Plaintiffs*
**LAW OFFICES OF RONALD J. RESMINI, LTD.**
155 South Main Street
Providence, Rhode Island 02903
(401) 751-8855

Dated: September 23, 2004

Enter! Ronald R. Lagueux
Sr. USDJ 9/24/04

(70)