RECEIVED
SEP 28 2004
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

RONALD KINGSLEY, ET AL. :
Plaintiff :
:
vs. : C.A. No. 03-208
:
JEFFREY DERDERIAN, ET AL. :
Defendants :

**STIPULATION**

The parties, by and through their counsel, hereby agree that defendant Anheuser-Busch, Inc. shall have up to and including 30 days from the date that plaintiffs file an Amended Complaint (which Amended Complaint plaintiffs intend to move to file shortly) to answer or otherwise respond.

RONALD J. KINGSLEY, ET AL.

By their Attorneys,

Ronald J. Resmini, Esq.
Ronald J. Resmini Ltd.
Packet Building
155 South Main Street, Suite 400
Providence, RI 02903
Telephone: (401) 751-8855

ANHEUSER-BUSCH, INC.

By their Attorneys,

Joseph V. Cavanagh, Jr. #1139
Kristin E. Rodgers #4842
BLISH & CAVANAGH, LLP
30 Exchange Terrace
Providence, RI 02903
Telephone: (401) 831-8900

Dated: Sept. 27, '04

Enter: Ronald R. Lagueux
Sr. USDJ 9/28/04

75