**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

ESTATE OF JUDE HENAULT, et al
*Plaintiffs*

vs.

JEFFREY DERDERIAN, et al
*Defendants*

C.A. No.: 03-208L

RECEIVED
SEP 30 2004
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

**STIPULATION**

The parties, by and through their counsel, hereby agree that defendants, Shell Oil Company and Motiva Enterprises, LLC shall have up to and including 30 days from the date that the plaintiffs file an Amended Complaint (which Amended Complaint plaintiffs intend to move to file shortly) to answer or otherwise respond.

ESTATE OF
JUDE HENAULT et. al.
By their Attorneys,

Ronald J. Resmini (#0484)
Ronald J. Creamer (#3891)
155 South Main Street
Providence, RI 02903
Telephone: (401) 751-8855
Facsimile: (401) 737-6464

SHELL OIL COMPANY and
MOTIVA ENTERPRISES LLC
By their Attorneys,

Faith A. LaSalle (#2212)
One Turks Head Place
76 Westminster Street
Suite 1010
Providence, RI 02903
Telephone: (401) 421-8080
Facsimile (401) 421-06777

Date: 9/29/04

79