UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| RONALD KINGSLEY, ET AL | : |
| -VS- | :C.A.NO.03-208L |
| JEFFREY DERDERIAN, ET AL | : |

<u>PLAINTIFFS' MOTION FOR EXTENSION OF TIME</u>
**TO OBJECT TO THE CLEAR CHANNEL**
<u>DEFENDANTS' MOTION TO DISMISS OR, IN THE</u>
<u>ALTERNATIVE, FOR SUMMARY JUDGMENT</u>

Now come the Plaintiffs in the above entitled cause and herein respectfully move this Honorable Court for an extension of time of thirty (30) days from the date hereof to file their Objection to the Motion to Dismiss, or in the alternative, for Summary Judgment, filed by Clear Channel Broadcasting, Inc. and Capstar Radio Operating Company (as successor in interest to WHJY, Inc., formerly a Rhode Island corporation that operated WHJY-FM). In support of this Motion, the Plaintiffs represent that these wrongful death lawsuits involve complex facts and complicated legal issues which will require substantial research so that the Plaintiffs can properly prepare their response.

80

WHEREFORE, the Plaintiffs respectfully request an extension of time of thirty (30) days until and including November 8, 2004 to file their Objection to the aforesaid Defendants' motions.

By their Attorneys,
RESMINI LAW OFFICES, LTD.
BY:

RONALD J. RESMINI, ESQ.#0484
155 South Main St.
Suite 400
Providence, RI 02903
DATED: October 8, 2004
(401)751-8855

CERTIFICATION

I hereby certify that on this 8th day of October, 2004 I mailed a copy of the within Motion by regular mail, postage prepaid to the following:

Stephen M. Prignano, Esq.
Stephen J. MacGillivray, Esq.
EDWARDS & ANGELL, LLP
2800 Financial Plaza
Prov., RI 02903

Gerald C. DeMaria, Esq.
James A. Ruggieri, Esq.
Higgins, Cavanagh & Cooney
123 Dyer St.
Prov., RI 02903

Anthony F. DeMarco, Esq.
170 Westminster St.
Prov., RI 02903

Thomas C. Angelone, Esq.
One Turks Head Place
Prov., RI 02903

Marc DeSisto, Esq.
211 Angell St.
Prov., RI

Joseph V. Cavanagh, Jr., Esq.
30 Exchange Terrace
Providence, RI 02903

James R. Lee, Esq.
150 South Main St.
Prov., RI 02903

Robert Reardon, Esq.
160 Hemstead St.
New London, CT 06320

William Robinson, Esq.
Edwards & Angell
2800 Financial Plaza

Prov., RI 02903

Kathleen M. Hagerty, Esq.
70 Jefferson Blvd.
Warwick, RI

Howard A. Merten, Esq.
Eric M. Sommers, Esq.
VETTER & WHITE
20 Washington Place
Prov., RI 02903

Fred A. Kelly, Jr., Esq.
NIXON PEABODY LLP
One Citizens Plaza - Suite 700
Prov., RI 02903

Faith LaSalle, Esq.
Law Ofrfices of Faith A. LaSalle
One Turks Head Place
76 Westminster St.
Suite 1010
Prov., RI 02903

Stefanie DiMaio Larivee, Esq.
215 Broadway
Prov., RI

James Murphy, Esq.
HANSON CURRAN LLP
146 Westminster St.
Prov., RI 02903

James J. Restivo, Jr., Esq.
Reed Smith LLP
435 Sixth Ave,
Pittsburgh, PA 15219

Andrew J. Trevelise, Esq.
Reed Smith LLP
2500 One Liberty Place
1650 Market St.
Philadelphia, PA 19103

Carl A. Henlein, Esq.
John R. Crockett, III, Esq.
Susan S. Wettle, Esq.
FROST BROWN TODD
400 West Market St., 32nd Fl.
Louisville, KY 40202-3363

[signature]