UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

RONALD KINGSLEY, ET AL., :
Plaintiffs, :
v. : C.A. No. 03-208L
JEFFREY DERDERIAN, ET AL., :
Defendants. :

RECEIVED
OCT 07 2004
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

**STIPULATION**

The parties, by and through their counsel, hereby agree that with respect to the above-captioned matter Clear Channel Broadcasting, Inc. shall be substituted as a party defendant in place of Clear Channel Communications, Inc. The parties further agree that Clear Channel Communications, Inc. shall be dismissed from the above-captioned action without prejudice, no costs to any party.

RONALD KINGSLEY, ET AL.,

By their Attorneys,

Ronald J. Resmini (#0484)
Ronald J. Creamer (#3891)
RONALD J. RESIMINI LAW OFFICES, LTD.
155 South Main Street, Suite 400
Providence, RI 02903
(401) 751-8855
(401) 737-6464 (fax)

CLEAR CHANNEL BROADCASTING, INC., ET AL.

By their Attorneys,

Stephen M. Prignano (#3649)
Stephen J. MacGillivray (#5416)
EDWARDS & ANGELL, LLP
2800 Financial Plaza
Providence, RI 02903
(401) 274-9200
(401) 276-6611 (fax)

Enter: Ronald R. Lagueux
Sr. USDJ 10/12/04

81