No objection having been timely filed pursuant to the Local Rules for the District of Rhode Island, the within motion is hereby granted.

Deputy Clerk

Date: 10/29/04

FILED OCT 12 2004 U.S. DISTRICT COURT DISTRICT OF RHODE ISLAND

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

RONALD KINGSLEY, ET AL :

-VS- :C.A.NO.03-208L

JEFFREY DERDERIAN, ET AL :

**PLAINTIFFS' MOTION FOR EXTENSION OF TIME TO OBJECT TO THE CLEAR CHANNEL DEFENDANTS' MOTION TO DISMISS OR, IN THE ALTERNATIVE, FOR SUMMARY JUDGMENT**

Now come the Plaintiffs in the above entitled cause and herein respectfully move this Honorable Court for an extension of time of thirty (30) days from the date hereof to file their Objection to the Motion to Dismiss, or in the alternative, for Summary Judgment, filed by Clear Channel Broadcasting, Inc. and Capstar Radio Operating Company (as successor in interest to WHJY, Inc., formerly a Rhode Island corporation that operated WHJY-FM). In support of this Motion, the Plaintiffs represent that these wrongful death lawsuits involve complex facts and complicated legal issues which will require substantial research so that the Plaintiffs can properly prepare their response.

85