UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

CA 03-148L TAMMY PASSA, et al. v. JEFFREY DERDERIAN, et al.

CA 03-208L RONALD KINGSLEY, et al. v. JEFFREY DERDERIAN, et al.

CA 03-335L BARBARA GUINDON, et al. v. AMERICAN FOAM CORP., et al.

CA 03-483L CHAD M. HENAULT, et al. v. AMERICAN FOAM CORP., et al.

CA 04-26L LINDA RODERIQUES, et al. v. AMERICAN FOAM CORP., et al.

CA 04-56L CHARLES SWEET, et al. v. AMERICAN FOAM CORP., et al.

CA 04-312L ALBERT L. GRAY, et al. v. JEFFREY DERDERIAN., et al.

**NOTICE OF FURTHER STATUS CONFERENCE**

On October 26, 2004, the court conducted a status conference in the above matters. Counsel who were interested in serving on a Plaintiffs' Discovery Committee or a Defendants' Discovery Committee were invited to submit letters within seven days to Magistrate Judge David L. Martin so stating. The court has received communications indicating that the following attorneys are willing to serve on the Plaintiffs' Discovery Committee: Brian R. Cunha, Stephen E. Breggia, Patrick T. Jones, Eva-Marie Mancuso, Mark S. Mandell, Steven A. Minicucci, Michael A. St. Pierre, Robert Reardon, Charles N. Redihan, Jr., Ronald J. Resmini, and Max Wistow.

The court has received a letter sent on behalf of nine defense attorneys, Thomas Angelone, Joseph V. Cavanaugh, Jr., Marc DeSisto, James Lee, Howard Merten, James T. Murphy, James Reilly, James Ruggieri, and Randall Souza. The letter states in pertinent part:

> The defendants as a collective group have some basic concerns about the proposed discovery model. Because these concerns overlap with the filing of dispositive motions and scheduling, we'd like to meet with [Judge Lagueux and Magistrate Judge Martin] to discuss our objectives and concerns before

86

> we submit a unified Memorandum and/or individual Memoranda. We have agreed that the following individuals will serve on an initial, Interim Committee to meet and discuss our concerns and objectives.

Letter to Lagueux, S.J., and Martin, M.J., from DeSisto of 11/2/04.

Accordingly, before the court selects a Plaintiffs' Discovery Committee and a Defendants' Discovery Committee (and conducts a hearing regarding the composition of each committee), the court will conduct another status conference on Monday, November 15, 2004, at 2:00 p.m. in the jury assembly room. All counsel are invited to attend. The purpose of the hearing is to listen to the concerns of the "Interim Committee" of defense counsel.

Additionally, the court is considering requiring that all discovery documents be filed in electronic format (i.e. portable document format (PDF)) as well as in its original form. This would enable all discovery documents to be placed on the court web site and accessed electronically. The court will hear comment regarding such a requirement at this status conference

Deputy Clerk

Nov. 3, 2004