UNITED STATES OF DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

RONALD KINGSLEY, ET ALS :

-VS- :C.A.NO. 03-208-L

JEFFREY DERDERIAN, ET ALS :

NOTICE OF ADOPTION OF
FIRST AMENDED MASTER COMPLAINT
(STATION NIGHTCLUB FIRE LITIGATION )

This acceptance form relates to:

The Plaintiffs in the civil action captioned above Ronald Kingsley, et als v. Jeffrey Derderian, et als, C.A. No. 03-208-L hereby respectfully notify the Court and the parties that they hereby adopt the First Amended Master Complaint in Albert L. Gray, Administrator, et al. (Plaintiffs) v. Jeffrey Derderian, et al (Defendants), C.A. No. 04-312L in its entirety.

91

PARTIES

PLAINTIFFS

1. (258) The Plaintiff, Ronald Kingsley, is a resident of Tiverton, Rhode Island and the appointed Administrator of the Estate of Lisa Kelly and individually and in his capacity as Parent and Next-of-Kin of Zoe Jean Kingsley, A Minor and on behalf of all beneficiaries of Lisa Kelly, decedent. Lisa Kelly was lawfully on the premses of The Station night-club on Cowesett Ave. in West Warwick, RI on February 20, 2003 and died of injuries sustained in the fire.

**PRAYERS FOR RELIEF**
**SUBMITTED ON BEHALF OF THE PLAINTIFFS**
**IN RONALD KINGSLEY, ET ALS v. JEFFREY DERDERIAN, ET**
**C.A. NO. 03-208-L**

**WHEREFORE,** the Plaintiffs respectfully pray for:

1. Compensatory damages;
2. Punitive damages including attorneys' fees;
3. Costs; and
4. Such other relief as this Court deems just and equitable.

JURY DEMAND

The Plaintiffs demand a jury trial on all issues triable at law.

Respectfully submitted,
THE PLAINTIFFS

BY: ______________________
RONALD J. RESMINI, ESQ.
Federal Bar No. 0484
Ronald J. Resmini, Ltd.
155 South Main St., Suite 400
Providence, RI 02903
(401)751-8855
DATED: December 22, 2004