UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

RONALD KINGSLEY, as parent and next friend of ZOE JEAN KINGSLEY, a minor, and on behalf of all beneficiaries of LISA KELLY, decedent,
Plaintiff

v.

JEFFREY DERDERIAN, ET AL.,
Defendants

C.A. No. 03-208/L

## ANSWER OF DEFENDANT MCLAUGHLIN & MORAN

The defendant McLaughlin & Moran, Inc. ("McLaughlin & Moran") responds to the allegations of plaintiffs' complaint as follows:

1. Plaintiffs have adopted the First Amended Master Complaint in Albert Gray, Administrator, et al v. Jeffrey Derderian, et al, C.A. No. 04-312-L. Pursuant to this Court's December 16, 2004 Order allowing the adoption of a Master Complaint, defendant McLaughlin & Moran hereby adopts and incorporates the answer, including all affirmative defenses, it filed to the First Amended Master Complaint in Gray as its answer herein.

2. Defendant McLaughlin & Moran lacks sufficient knowledge or information to form a belief as to the truth of additional paragraph 1 (258).

WHEREFORE, the defendant McLaughlin & Moran, Inc. respectfully requests that:

A. the Plaintiffs' Complaint be dismissed with prejudice as to it;

B. Plaintiffs' demands for relief against it be denied in every respect; and

100

W. Thomas McGough, Jr., Esq.
James J. Restivo, Esq.
REED SMITH LLP
435 Sixth Avenue
Pittsburgh, PA 15219
tmcgough@ReedSmith.com

Stephen M. Prignano, Esq.
Stephen J. MacGillivray, Esq.
EDWARDS & ANGELL
2800 Financial Plaza
Providence, RI 02903
sprignano@edwardsangell.com

Marc DeSisto, Esq.
DESISTO LAW
211 Angell Street, P.O. Box 2563
Providence, RI 02906-2563
Marc@desistolaw.com

Andrew J. Trevelise, Esq.
REED SMITH LLP
2500 One Liberty Place
Philadelphia, PA 19103-7301
atrevelise@reedsmith.com

Scott J. Tucker, Esq.
Tucker Heifetz & Saltzman, LLP
Three School Street
Boston, MA 02108
stucker@ths-law.com

James T. Murphy, Esq.
Kelly N. Michels, Esq.
HANSON CURRAN LLP
146 Westminster Street
Providence, RI 02903-2218
Jm@hansoncurran.com

Patrick T. Jones, Esq.
Cooley Manion Jones LLP
21 Custom House Street
Boston, MA 02110
pjones@cmj-law.com

Jessica Margolis, Esq.
Debevoise & Plimpton
919 Third Avenue
New York, NY 10022
jmargolis@debevoise.com

Joseph V. Cavanagh, Jr., Esq.
Kristin E. Rodgers, Esq.
Blish & Cavanagh, LLP
30 Exchange Terrace
Providence, RI 02903
jvc@blishcavlaw.com

Carl A. Henlein, Esq.
John R. Crocket, III, Esq.
Susan S. Wettle, Esq.
FROST BROWN TODD
400 West Market Street, 32d Floor
Louisville, KY 40202-3363
chenlein@fbtlaw.com
jcrockett@fbtlaw.com
swettle@fbtlaw.com

Faith LaSalle, Esq.
Law Offices of Faith LaSalle
One Turks Head Place
76 Westminster Street, Suite 1010
Providence, RI 02903
flasalle@lasallelaw.com

Deborah G. Solmor, Esq.
Edward M. Crane, Esq.
Skadden, Arps, Slate, Meagher & Flom
333 West Wacker Drive, Suite 2
Chicago, IL 60606
DSOLMOR@skadden.com
ecrane@skadden.com

Randall Souza, Esq.
Fred Kelly, Jr., Esq.
Ian C. Ridlon, Esq.
NIXON PEABODY LLP
One Citizens Plaza, Suite 700
Providence, RI 02903
RSouza@nixonpeabody.com
fkelly@nixonpeabody.com

James Lee, Esq.
Chief, Civil Division
Department of Attorney General
150 South Main Street
Providence, RI 02903
jlee@riag.state.ri.us

Brian R. Cunha, Esq.
Brian Cunha, & Associates
904 Broadway
East Providence, RI 02914
brian@briancunha.com

Edwin F. McPherson, Esq.
McPherson & Kalmansohn
1801 Century Park East, 24th Floor
Los Angeles, CA 90067
eMCPHERSON@M-KLAW.COM

Howard J. Julian, Pro Se
570 Shermantown Road
North Kingstown, RI 02874
sohohomes@yahoo.com

Earl H. Walker, Esq.
Charles L. Babcock, Esq.
Nancy W. Hamilton, Esq.
Jackson Walker L.L. P.
1401 McKinney Street, Ste. 1900
Houston, TX 77010
cbabcock@jw.com

Eric Bradford Hermanson, Esq.
Mark D. Cahill, Esq.
Choate, Hall & Stewart
Exchange Place, 53 State Street
Boston, MA 02109
mcahill@choate.com

Ann M. Songer, Esq.
Shook, Hardy & Bacon, LLP
One Kansas City Place
1200 Main Street
Kansas City, MO 64105-2118
asonger@shb.com

Mark S. Mandell, Esq.
Mandell, Schwartz & Boisclair
One Park Row
Providence, RI 02903
msmandell@msb.com

Max Wistow, Esq.
Wistow & Barylick Incorporated
61 Weybosset Street
Providence, RI 02903
mw@wistbar.com

Stephen E. Breggia, Esq.
Law Offices of Stephen Edward Breggia
395 Smith Street
Providence, RI 02908
sbreggia@bbglaw.us

Eva Marie Mancuso
Hamel, Waxler, Allen & Collins
387 Atwells Avenue
Providence, RI 02909
emancuso@hwac.com

Mark T. Nugent, Esq.
Paul V. Sullivan, Esq.
Morrison, Mahoney & Miller
One Providence Washington Plaza
Providence, RI 02903
mnugent@morrisonmahoney.com
pvsullivan@morrisonmahoney.com

Michael A. St. Pierre, Esq.
Revens, Revens & St. Pierre, P.C.
946 Centerville Road
Warwick, RI 02886
mikesp@rrsplaw.com

Gregory L. Boyer, Esq.
Boyer, Reynolds & DeMarco, LTD
170 Westminster Street, Suite 200
Providence, RI 02903
boyerlaw1@aol.com

Stephen Born, Esq.
Law Offices of Donald E. Green, P.C.
2235 Washington Street
Roxbury, MA 02119

Ronald Langlois, Esq.
Lauren Wilkins, Esq.
Smith & Brink, P.C.
One State Street
Providence, RI 02908
Rlanglois@smithbrink.com

Joseph F. Krowski, Esq.
Law Offices of Joseph F. Krowski
30 Cottage Street
Brockton, MA 02301

Donna M. Lamontagne, Esq.
Zizik, Powers, O'Connell, Spaulding
& Lamontagne, P.C.
40 Westminster Street
Providence, RI 02903
Dlamontagne@zizikpowers.com

Bruce P. Keller, Esq.
Debevoise & Plimpton
919 Third Avenue
New York, NY 10022
bpkeller@debevoise.com

Charles N. Redihan, Jr., Esq.
91 Friendship Street
Providence, RI 02903
credihan@kprlaw.com

Thomas W. Lyons, Esq.
Strauss, Factor & Lopes
222 Richmond Street, Suite 208
Providence, RI 02903-2914
tlyons@straussfactor.com

Richard. W. MacAdams, Esq.
MacAdams & Wieck Incorporated
101 Dyer Street, Suite 400
Providence, RI 02903
rmacadams@mandwlaw.com

Stephen B. Lang, Esq.
Higgins, Cavanagh & Cooney
123 Dyer Street
Providence, RI 02903
slang@hcc-law.com

George E. Wolf III, Esq.
Shook, Hardy & Bacon, LLP
One Kansas City Place
1200 Main Street
Kansas City, MO 64105-2118
gwolf@shb.com

I hereby certify that I served on the above-named counsel of record a copy of the within Answer of Defendant McLaughlin & Moran, Inc. by electronic mail and on Stephen Born, Esq. and Joseph F. Krowski, Esq. by first-class mail postage prepaid on the 4th day of February, 2005.