UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

RECEIVED
FEB 28 2005
US DISTRICT COURT
DISTRICT OF RHODE ISLAND

RONALD KINGSLEY, et al.,
Plaintiffs

v.

JEFFREY DERDERIAN, et al.,
Defendants

C.A. No. 03-208L

**STIPULATION OF DISMISSAL (AS TO DEFENDANTS ERIC POWERS, MARK KENDALL AND DAVID FILICE ONLY)**

The Plaintiffs and the undersigned Defendants, pursuant to Fed. R. Civ. P. 41(a), hereby stipulate and agree that Defendants Mark Kendall, Eric Powers and David Filice are dismissed from the above-captioned action.

AGREED TO:

RONALD KINGSLEY; et al.,

By Their Attorneys,

Ronald J. Resmini (#0484)
Ronald J. Creamer (#3891)
RESMINI LAW OFFICES, LTD.
155 South Main Street, Suite 400
Providence, RI 02903
(401) 737-6464

Dated: February 22, 2005

AGREED TO:

MARK KENDALL; ERIC POWERS; and DAVID FILICE,

By Their Attorneys,

Randall L. Souza (#4082)
Fred A. Kelly, Jr. (#4553)
NIXON PEABODY LLP
One Citizens Plaza
Providence, RI 02903
(401) 454-1000
(401) 454-1030 (Fax)
Dated: February 24, 2005

Enter: Ronald R. Lagueux
Sr. USDJ 3/2/05

105

P121135.1