# UNITED STATES DISTRICT COURT

FOR THE District of RHODE ISLAND

RONALD KINGSLEY

V.

JEFFREY DERDERIAN, ET AL

## SUMMONS IN A CIVIL CASE

CASE NUMBER: 03-208L

TO: (Name and address of Defendant) ANHEUSER-BUSCH, INCORPORATED

SERVE: JOSEPH V. CAVANAGH, JR., ESQ.: ATTORNEY FOR ANHEUSER-BUSCH, INCORPORATE
Blish & Cavanagh, LLP
Commerce Center
300 Exchange Terrace
Prov., RI 02903

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

RONALD J. RESMINI, ESQ. #0484
RONALD J. RESMINI, LTD., Law Offices
155 South Main Street, Suite 400
Providence, Rhode Island 02903

an answer to the complaint which is served on you with this summons, within 20 days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

Paulette J Duke
CLERK Clerk

2/13/05
DATE

(By) DEPUTY CLERK

108

## RETURN OF SERVICE

| | |
|---|---|
| ice of the Summons and complaint was made by me[(1)] | DATE 4/15/05 |
| OF SERVER *(PRINT)* KENNETH KNORIDIAN | TITLE FEDERAL COURT PROCESS SERVER |

*eck one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify): LAW OFFICE BLISH + CAVANAGH ACCEPTED FOR ANHEUSER BUSH INC

### STATEMENT OF SERVICE FEES

| EL | SERVICES 40 | TOTAL 40 |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 4/15/05
Date

*Signature of Server*

1845 ATWOOD AVE
*Address of Server*
JOHNSTON RI 02919

U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND
2005 APR 20 A 10: 14
FILED

to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

# UNITED STATES DISTRICT COURT

FOR THE District of RHODE ISLAND

RONALD KINGSLEY

V.

JEFFREY DERDERIAN, ET AL

## SUMMONS IN A CIVIL CASE

CASE NUMBER: 03-208L

TO: (Name and address of Defendant) GRESHAM & ASSOCIATES OF RHODE ISLAND, INC.
SERVE: RESIDENT AGENT FOR SERVICE OF PROCESS:
C T Corporation System
10 Weybosset St.
Prov., RI 02903

YOU ARE HEREBY SUMMONED and required to serve on PLAINTIFF'S ATTORNEY (name and address)

RONALD J. RESMINI, ESQ. #0484
RONALD J. RESMINI, LTD., Law Offices
155 South Main Street, Suite 400
Providence, Rhode Island 02903

n answer to the complaint which is served on you with this summons, within 20 days after service f this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you or the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the lerk of this Court within a reasonable period of time after service.

LERK Paulette J. Duke
Chief Deputy Clerk

DATE 2/13/05

y) DEPUTY CLERK

## RETURN OF SERVICE

| | |
|---|---|
| ce of the Summons and complaint was made by me[1] | DATE 4/14/05 |
| OF SERVER (PRINT) Kenneth K Norisian | TITLE Federal Court Process Server |

*eck one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: ______

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: ______

☐ Returned unexecuted: ______

☐ Other (specify): Linda Pearson CT Corporation accepted for Gresham & Associates of RI Inc

### STATEMENT OF SERVICE FEES

| 'EL | SERVICES | TOTAL |
|---|---|---|
| | 40 | 40 |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 4/14/05 ______ (Date) ______ *Signature of Server*

1845 Atwood Ave
*Address of Server*
Johnston RI 02919

2005 APR 20 A 10: 14
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND
FILED

[1] to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

# UNITED STATES DISTRICT COURT

FOR THE District of RHODE ISLAND

RONALD KINGSLEY

V.

JEFFREY DERDERIAN, ET AL

## SUMMONS IN A CIVIL CASE

CASE NUMBER: 03-208L

TO: (Name and address of Defendant) JBL, INCORPORATED f/k/a JAMES B. LANSING SOUND, INCORPORATED d/b/a JBL PROFESSIONAL

SERVE:
C. RUSSELL BENGTSON, ESQ.
One Turks Head Place
Suite 400
Prov., RI 02903

ATTORNEY FOR JBL, INCORPORATED f/k/a JAMES B. LANSING SOUND, INCORPORATED d/b/a JBL, PROFESSIONAL

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

RONALD J. RESMINI, ESQ. #0484
RONALD J. RESMINI, LTD., Law Offices
155 South Main Street, Suite 400
Providence, Rhode Island 02903

an answer to the complaint which is served on you with this summons, within 20 days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

Paulette J. Duke, Clerk

CLERK

2/13/05

DATE

(By) DEPUTY CLERK

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE 4/14/05 |
| NAME OF SERVER *(PRINT)* KENNETH K NORIGIAN | TITLE FEDERAL COURT PROCESS SERVER |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: __________

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: __________

☐ Returned unexecuted: __________

☐ Other (specify): LAW OFFICE OF CRUSSELL BENGTSON ACCEPTED FOR TBL INCORPORATED

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 4/14/05
Date

[signature]
*Signature of Server*

1845 ATWOOD AVE
*Address of Server*
JOHNSTON RI 02919

US DISTRICT COURT
DISTRICT OF RHODE ISLAND

2005 APR 20 A 10:14

FILED

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

# UNITED STATES DISTRICT COURT

FOR THE District of RHODE ISLAND

RONALD KINGSLEY

V.

JEFFREY DERDERIAN, ET AL

## SUMMONS IN A CIVIL CASE

CASE NUMBER: 03-208L

TO: (Name and address of Defendant) BARRY WARNER, ALIAS

SERVE: RONALD LANGLOIS, ESQ. ATTORNEY FOR BARRY WARNER
Smith & Brink, P.C.
One State Street
Suite 400
Prov., RI 02908

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

RONALD J. RESMINI, ESQ. #0484
RONALD J. RESMINI, LTD., Law Offices
155 South Main Street, Suite 400
Providence, Rhode Island 02903

ı answer to the complaint which is served on you with this summons, within 20 days after service f this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you ır the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the 'lerk of this Court within a reasonable period of time after service.

LERK [signature] Chief Deputy Clerk

DATE 2/13/05

y) DEPUTY CLERK

## RETURN OF SERVICE

| | |
|---|---|
| ice of the Summons and complaint was made by me[1] | DATE 4/15/05 |
| OF SERVER (PRINT) KENNETH K NORIGIAN | TITLE FEDERAL COURT PROCESS SERVER |

*eck one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: ______________________

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: ______________________

☐ Returned unexecuted: ______________________

☐ Other (specify): [signature] LAW OFFICE SMITH + BRINK ACCEPTED FOR BARRY WARNER

## STATEMENT OF SERVICE FEES

| EL | SERVICES 40 | TOTAL 40 |
|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 4/15/05
Date

[signature]
*Signature of Server*

1848 ATWOOD AVE
*Address of Server*
JOHNSTON RI 02919

FILED
2005 APR 20 A 10:14
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

# UNITED STATES DISTRICT COURT

FOR THE District of RHODE ISLAND

RONALD KINGSLEY

V.

JEFFREY DERDERIAN, ET AL

## SUMMONS IN A CIVIL CASE

CASE NUMBER: 03-208L

TO: (Name and address of Defendant) ESSEX INSURANCE COMPANY

SERVE: MARK C. HADDEN, ESQ. ATTORNEY FOR ESSEX INSURANCE COMPANY
68 Kennedy Plaza - Suite 3
Prov., RI 02903

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

RONALD J. RESMINI, ESQ. #0484
RONALD J. RESMINI, LTD., Law Offices
155 South Main Street, Suite 400
Providence, Rhode Island 02903

an answer to the complaint which is served on you with this summons, within 20 days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

CLERK Paulette J. Burke
Chief Deputy Clerk
(By) DEPUTY CLERK

DATE 2/13/05

## RETURN OF SERVICE

| | |
|---|---|
| ice of the Summons and complaint was made by me[(1)] | DATE 4/15/04 |
| OF SERVER *(PRINT)* KENNETH K NORIGIAN | TITLE FEDERAL COURT PROCESS SERVER |

*heck one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: ____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: ____

☐ Returned unexecuted: ____

☑ Other (specify): MARK S HADDEN ESQ ACCEPTED FOR ESSEX INSURANCE CO

### STATEMENT OF SERVICE FEES

| EL | SERVICES 40 | TOTAL — |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 4/15/04
Date

[signature]
*Signature of Server*

1845 ATWOOD AVE
*Address of Server*
JOHNSTON RI 02919

2005 APR 20 A 10:14
DISTRICT COURT
OF RHODE ISLAND
FILED

(1) to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

# UNITED STATES DISTRICT COURT

FOR THE District of RHODE ISLAND

RONALD KINGSLEY

V.

JEFFREY DERDERIAN, ET AL

## SUMMONS IN A CIVIL CASE

CASE NUMBER: 03-208L

TO: (Name and address of Defendant) ANHEUSER-BUSCH COMPANIES, INCORPORATED

SERVE: JOSEPH V. CAVANAGH, JR. ATTORNEY FOR ANHEUSER-BUSCH COMPANIES, INCORPORATED
Blish & Cavanagh, LLP
Commerce Center
30 Exchange Terrace
Prov., RI 02903

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

RONALD J. RESMINI, ESQ. #0484
RONALD J. RESMINI, LTD., Law Offices
155 South Main Street, Suite 400
Providence, Rhode Island 02903

an answer to the complaint which is served on you with this summons, within 20 days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

Paulette J Dube

CLERK

2/13/05

DATE

(By) DEPUTY CLERK

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE 4/15/05 |
| NAME OF SERVER (PRINT) KENNETH K NURIGIAN | TITLE FEDERAL COURT PROCESS SERVER |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: ______

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: ______

☐ Returned unexecuted: ______

☐ Other (specify): [signature] LAW OFFICE BLISH + CAVANAGH ACCEPTED ANHEUSER BUSH CO INC

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | 40 | 40 — |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 4/15/05
Date

[signature]
*Signature of Server*

1845 ATWOOD AVE
*Address of Server*
JOHNSTON RI 02919

2005 APR 20 A 10:14

U.S. DISTRICT COURT OF RHODE ISLAND

FILED

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.