UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

RONALD KINGSLEY :

-VS- : C.A.NO. 03-208L

JEFFREY DERDERIAN, ET ALS :

**ACKNOWLEDGMENT**

1. I, JOHN W. MAHONEY, am authorized to accept service of process on behalf of High Caliber Inspections, Inc. and Multi-State Inspections, Inc. and to accept service of process in lieu of these Defendants being served directly by counsel for Plaintiffs in the matter of Tammy Passa, et als v. Jeffrey Derderian, et als, C.A. No. 03-148L, and for the Plaintiffs in the matter of Ronald Kingsley et al v. Jeffrey Derderian, et al, C.A. No. 03-208L and for the Plaintiffs in the matter of Andrew Paskowski, et al v. Jeffrey Derderian, et al, C.A. No. 05-002L pursuant to Federal Rule 4;
2. By accepting the Summons and First Amended Master Complaint from the Passa Plaintiffs, the Kingsley Plaintiffs and the Paskowski Plaintiffs; High Caliber Inspections, Inc. and Multi-State Inspections, Inc. acknowledge that full and complete service of process has been made in

110

satisfaction of and compliance with Federal Rule 4.

JOHN W. MAHONEY, ESQUIRE

DATED: 4/20/05

# UNITED STATES DISTRICT COURT

FOR THE District of RHODE ISLAND

RONALD KINGSLEY

V.

JEFFREY DERDERIAN, ET AL

## SUMMONS IN A CIVIL CASE

CASE NUMBER: 03-208L

TO: (Name and address of Defendant) HIGH CALIBER INSPECTIONS, INC.

SERVE: JOHN W. MAHONEY, ESQ., ATTORNEY FOR HIGH CALIBER INSPECTIONS, INC.
Asquith &Mahoney, LLP
155 South Main St.
Prov., RI 02903

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

RONALD J. RESMINI, ESQ. #0484
RONALD J. RESMINI, LTD., Law Offices
155 South Main Street, Suite 400
Providence, Rhode Island 02903

an answer to the complaint which is served on you with this summons, within 20 days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

Paulette J. Duke
Chief Deputy Clerk

CLERK

DATE 4/6/05

(By) DEPUTY CLERK

# UNITED STATES DISTRICT COURT

FOR THE District of RHODE ISLAND

RONALD KINGSLEY

V.

JEFFREY DERDERIAN, ET AL

## SUMMONS IN A CIVIL CASE

CASE NUMBER: 03-208L

TO: (Name and address of Defendant) MULTI-STATE INSPECTIONS, INC.

SERVE: JOHN W. MAHONEY, ESQ., ATTORNEY FOR MULTI-STATE INSPECTIONS, INC.
Asquith &Mahoney, LLP
155 South Main St.
Prov., RI 02903

**YOU ARE HEREBY SUMMONED** and required to serve on **PLAINTIFF'S ATTORNEY** (name and address)

RONALD J. RESMINI, ESQ. #0484
RONALD J. RESMINI, LTD., Law Offices
155 South Main Street, Suite 400
Providence, Rhode Island 02903

an answer to the complaint which is served on you with this summons, within 20 days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

Paulette J Dube
Chief Deputy Clerk

CLERK

4/6/05

DATE

(By) DEPUTY CLERK