UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE

RONAL KINGSLEY :

-VS- :C.A.NO. 03-208L

JEFFREY DERDERIAN, ET ALS :

STIPULATION

I, RONALD J. RESMINI, ESQ., Attorney for the Plaintiffs in the above-entitled cause hereby agree that the Answers previously filed on February 4, 2005 on behalf of the Defendants, Jack Russell, Jack Russell Touring, Inc., Paul Woolnough, Manic Music Management, Inc. and Knight Records, Inc., to the First Amended Master Complaint in Gray , et al v. Jeffrey Derderian, et al, C. A. No. 04-312L, stand and that no additional responsive pleadings are required.

It is further agreed that all Motions to Dismiss previously filed remain in full force and effect without the necessity of refiling.

Plaintiffs,
By their Attorney,

Enter;
Ronald R. Lagueux
Sr. USDJ 5/5/05

BY: [signature]
RONALD J. RESMINI, ESQ.#0484
155 South Main St., Suite 400
Prov., RI 02903
DATED: April 19, 2005
(401)751-8855

117