UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF RHODE ISLAND

RONALD KINGSLEY, et al.
Plaintiffs

Vs.

JEFFREY DERDERIAN, et al.
Defendants

CIVIL ACTION
No. 03-208-L

**ANSWER OF ABC BUS, INC. d/b/a ABC BUS LEASING, INC. TO RONALD KINGSLEY'S ADOPTION OF THE FIRST AMENDED MASTER COMPLAINT**

1. The Plaintiff, Ronald Kingsley, has adopted the First Amended Master Complaint in *Albert L. Gray, Administrator, et al., Plaintiffs vs. Jeffrey Derderian, et al., Defendants,* C.A. No.: 04-312-L in its entirety.

2. The copy of the First Amended Master Complaint served upon Defendant, ABC Bus, Inc., d/b/a ABC Bus Leasing, Inc., in the instant action did not contain each and every allegation that was alleged in the copy of the First Amended Master Complaint that was originally served upon ABC Bus, Inc., d/b/a ABC Bus Leasing, Inc. in January 2005 and, as such, the paragraph numbers of the First Amended Master Complaint in this action do not correspond with the paragraph numbers in the First Amended Master Complaint served upon Defendant, ABC Bus, Inc., d/b/a ABC Bus Leasing, Inc. in January 2005.

3. As a result, Defendant, ABC Bus, Inc., d/b/a ABC Bus Leasing, Inc., responds to Ronald Kingsley's adoption of the First Amended Master Complaint as follows:

**FIRST DEFENSE**

PARTIES

Plaintiffs

1-240. The defendant is presently without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraphs 1 through 240 and calls upon the plaintiffs to prove the same.

PETRARCA AND
McGAIR, INC.
*Attorneys at Law*
797 Bald Hill Road
Warwick, RI 02886



118

241-270. No responses are required to paragraphs 241 through 270.

**GENERAL ALLEGATIONS AS TO ALL DEFENDANTS**

271. The Defendant denies the allegations contained in paragraph 271.

**ALLEGATIONS AGAINST OTHER NAMED DEFENDANTS AND COUNT I THROUGH COUNT LXXV**

272-650. Paragraphs 272 through 650 are not directed to this defendant and therefore do not require a response; however, in the event that these paragraphs are read to be applicable to this defendant, the defendant denies the allegations contained therein.

**ABC BUS, INC. d/b/a ABC BUS LEASING, INC.**

651. The defendant denies the allegations contained in paragraph 651.

652. The defendant denies the allegations contained in paragraph 652.

653. The defendant denies the allegations contained in paragraph 653.

654. The defendant denies the allegations contained in paragraph 654.

WHEREFORE, the defendant demands that the plaintiffs' complaint against it be dismissed and that judgment enter for the defendant, together with its costs.

**COUNT LXXVI**

655. The defendant incorporates herein by reference its answers to paragraphs 1 through 271 and 651 through 654 and makes them its answer to paragraph 655 of Count LXXVI.

656. The defendant denies the allegations contained in paragraph 656 of Count LXXVI.

WHEREFORE, the defendant demands that the plaintiffs' complaint against it be dismissed and that judgment enter for the defendant, together with its costs.

**COUNT LXXVII**

657. The defendant incorporates herein by reference its answers to paragraphs 1 through 271 and 651 through 654 and makes them its answer to paragraph 657 of Count LXXVII.

PETRARCA AND
McGAIR, INC.
*Attorneys at Law*
797 Bald Hill Road
Warwick, RI 02886

658. The defendant denies the allegations contained in paragraph 658 of Count LXXVII.

WHEREFORE, the defendant demands that the plaintiffs' complaint against it be dismissed and that judgment enter for the defendant, together with its costs.

**ALLEGATIONS AGAINST OTHER NAMED DEFENDANTS AND COUNTS LXXVIII THROUGH COUNT LXXXI**

Paragraphs 659 through 677 of Counts LXXVII through LXXXI are not directed to this defendant and therefore do not require a response; however, in the event that these paragraphs are read to be applicable to this defendant, the defendant denies the allegations contained therein.

Defendant, ABC Bus, Inc., d/b/a ABC Bus Leasing, Inc., hereby incorporates by reference the Second Defense through the Twenty-Second Defense in its answer filed to the First Amended Master Complaint in *Albert L. Gray, Administrator, et al., Plaintiffs vs. Jeffrey Derderian, et al., Defendants* as if fully set forth herein with the exception of the Sixth Defense, which was withdrawn by Defendant, ABC Bus, Inc., d/b/a ABC Bus Leasing, Inc., on April 22, 2005.

ABC BUS, INC.
d/b/a ABC BUS LEASING, INC.
By its Attorneys,

Joseph V. McGair, Esq. #0304
PETRARCA AND McGAIR, INC.
797 Bald Hill Road
Warwick, RI 02886
(401) 821-1330
jjm@petrarcamcgair.com

**CERTIFICATION**

I hereby certify that on the 6th day of May, 2005, a true copy of the within was electronically mailed to:

| | |
|---|---|
| Andrew Trevelise, Esq. | atrevelise@reedsmith.com |
| Anthony DeMarco, Esq. | tdemarco@conversent.net |
| Anthony Leone, Esq. | ricedolan@ricedolankershaw.com |

PETRARCA AND McGAIR, INC.
*Attorneys at Law*
797 Bald Hill Road
Warwick, RI 02886

| | |
|---|---|
| Brian Cunha, Esq. | brian@briancunha.com |
| Bruce Keller, Esq. | Bkeller@debevoise.com |
| C. Russell Bengtson, Esq. | rbengtson@ckmlaw.com |
| Charles Babcock, Esq. | cbabcock@jw.com |
| Charles Redihan, Esq. | credihan@KPRlaw.com |
| Christopher Fallon, Esq. | cfallon@cozen.com |
| Curtis Diedrich, Esq. | cdiedrich@sloanewalsh.com |
| Daniel Horgan, Esq. | horganlaw@snet.com |
| Donald Maroney, Esq. | dmaroney@kkrs.com |
| Edward Crane, Esq. | ecrane@skadden.com |
| Edward Hinchey, Esq. | ehinchey@sloanewalsh.com |
| Edwin McPherson, Esq. | emcpherson@m-klaw.com |
| Eric Sommers, Esq. | esommers@vetterandwhite.com |
| Eva Mancuso, Esq. | emancuso@hwac.com |
| Fred Kelly, Jr., Esq. | stationfirelitigation@nixonpeabody.com |
| George Wolf, Esq. | gwolf@shb.com |
| Georgia Sullivan, Esq. | Georgia.Sullivan@thehartford.com |
| Gerald DeMaria, Esq. | gdemaria@hcc-law.com |
| Greg Boyer, Esq. | boyerlaw1@aol.com |
| Howard Julian, Esq. | sohohomes@yahoo.com |
| Howard Merten, Esq. | hmerten.station.@vetterandwhite.com |
| James Reilly, Esq. | jreilly@kkrs.com |
| James Lee, Esq. | jlee@riag.ri.gov |
| James Murphy, Esq. | jtm@hansoncurran.com |

PETRARCA AND
McGAIR, INC.
*Attorneys at Law*
797 Bald Hill Road
Warwick, RI 02886

| | |
|---|---|
| James Restivo, Esq. | jrestivo@reedsmith.com |
| James Ruggieri, Esq. | jruggieri@hcc-law.com |
| Jessica Margolis, Esq. | mpotenza@debevoise.com |
| John Crockett, III, Esq. | jcrockett@fbtlaw.com |
| John Barylick, Esq. | mail@wistbar.com |
| John Mahoney, Esq. | johnmahoney@amlawllp.com |
| John Nazzaro, Esq. | attynazzaro@aol.com |
| Joseph McGair, Esq. | jjm@petrarcamcGair.com |
| Joseph Cavanagh, Esq. | stationfire@blishcavlaw.com |
| Joseph Burns, Esq. | jburns@rms-law.com |
| J.Renn Olenn, Esq. | jro@olenn-penza.com |
| Kathleen Daniels, Esq. | kathleen@desistolaw.com |
| Kelly Michaels, Esq. | knm@hansoncurran.com |
| Kristin Rodgers, Esq. | ker@blishcavlaw.com |
| Lauren Wilkins, Esq. | lwilkins@smithbrink.com |
| Mark Cahill, Esq. | mcahill@choate.com |
| Mark DeSisto, Esq. | marc@Desistolaw.com |
| Mark Dolan, Esq. | ricedolank@aol.com |
| Mark Hadden, Esq. | mhadden@mhaddenlaw.com |
| Mark Mandell, Esq. | msmandell@msn.com |
| Mark Nugent, Esq. | mnugent@morrisonmahoney.com |
| Matthew Medeiros, Esq. | mfm@lmkbw.com |
| Max Wistow, Esq. | wvenditti@wistbar.com |
| Michael DeLuca, Esq. | MRD@gsm-law.com |
| Michael St. Pierre, Esq. | mikesp@rrsplaw.com |

PETRARCA AND
McGAIR, INC.
*Attorneys at Law*
797 Bald Hill Road
Warwick, RI 02886

| | |
|---|---|
| Patrick Jones, Esq. | pjones@cmj-law.com |
| Paul Sullivan, Esq. | pvsullivan@morrisonmahoney.com |
| Ralph J. Monaco, Esq. | rmonaco.c-l@snet.net |
| Richard MacAdams, Esq. | rmacadams@mandwlaw.com |
| Robert Reardon, Esq. and Robert Rimmer, Esq. | reardonlaw@aol.com |
| Ronald Langlois, Esq. | rlanglois@smithbrink.com |
| Ronald Resmini, Esq. | resminilaw@yahoo.com |
| Scott J. Tucker, Esq. | stucker@ths-law.com |
| Stephanie DiMaio Larivee, Esq. | singinglawyer@msn.com |
| Stephen Breggia, Esq. | sbreggia@bbglaw.us |
| Stephen Fogarty, Esq. | fogarty@halloran-sage.com |
| Stephen MacGillivray, Esq. | smacgillivray@edwardsangell.com |
| Stephen Prignano, Esq. | sprignano@edwardsangell.com |
| Steven Minicucci, Esq. | sminicucci@calvinolaw.com |
| Susan Wettle, Esq. | swettle@fbtlaw.com |
| Dos Urbanski, Esq. | durbanski@melicklaw.com |
| Thomas Angelone, Esq. | angelonelaw@aol.com |
| Thomas Bender, Esq. | trb@hansoncurran.com |
| Thomas Lyons, Esq. | tlyons@straussfactor.com |
| Timothy Williamson, Esq. And Mark D. Tourgee, Esq. | inmantourgeelaw@aol.com |
| W. Thomas McGough, Esq. | tmcgough@reedsmith.com |

PETRARCA AND
McGAIR, INC.
*Attorneys at Law*
797 Bald Hill Road
Warwick, RI 02886

Joseph F. Krowski, Esq.
Law Offices of Joseph F. Krowski, Esq
30 Cottage Street
Brockton, MA 02301

VIA REGULAR MAIL

Catherine Sadowski

PETRARCA AND
McGAIR, INC.
*Attorneys at Law*
797 Bald Hill Road
Warwick, RI 02886