IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| RONALD KINGSLEY, et al.,<br><br>Plaintiffs,<br><br>vs.<br><br>JEFFREY DERDERIAN, et al.,<br><br>Defendants. | C.A. No. 03-208L |

**LEGGETT & PLATT, INCORPORATED AND L&P FINANCIAL SERVICES COMPANY'S ANSWER TO PLAINTIFF KINGSLEY'S NOTICE OF ADOPTION OF FIRST AMENDED MASTER COMPLAINT (STATION NIGHTCLUB FIRE LITIGATION)**

Leggett & Platt, Incorporated and L&P Financial Services Company (collectively "L&P" for purposes of this answer), for their answer to Plaintiff Kingsley's Notice of Adoption of First Amended Master Complaint (Station Nightclub Fire Litigation), hereinafter "Notice of Adoption," state:

In answering Plaintiff Kingsley's adoption of the First Amended Master Complaint in Albert L. Gray, Administrator, et al. (Plaintiffs) v. Jeffery Derderian, et al., (Defendants), C.A. No. 04-312L in its entirety, L&P hereby adopts and incorporates by reference, as if fully set forth herein, its Answer and Affirmative and Other Defenses to Plaintiffs' First Amended Master Complaint in Gray, in its entirety. L&P further answers Plaintiff Kingsley's Notice of Adoption as follows.

## PARTIES

### PLAINTIFFS

1 (258).[1] L&P is without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 1 (258) of Plaintiffs' Notice of Adoption and therefore denies the same.

Further answering, L&P denies Plaintiff Kingsley is entitled to the relief requested in the "Prayers for Relief" portion of Plaintiff Kingsley's Notice of Adoption from L&P.

## GENERAL DENIAL

L&P denies each and every allegation and legal conclusion set forth in Plaintiff Kingsley's Notice of Adoption not specifically admitted herein.

WHEREFORE, defendants L&P, having fully answered Plaintiff Kingsley's Notice of Adoption, respectfully prays that Plaintiff Kingsley's Notice of Adoption be dismissed with prejudice against L&P, for its costs incurred herein, and for such other relief as this Court deems just and proper.

---

[1] Paragraph 1 of Plaintiffs' Notice of Adoption is alternatively numbered 258 which appears to correspond to a reserved paragraph of the First Amended Master Complaint in Gray v. Derderian, C.A. No. 04-312L.

DEFENDANTS
LEGGETT & PLATT INCORPORATED and
L&P FINANCIAL SERVICES CO.
By their attorneys,

Thomas W. Lyons, Esquire #2946
STRAUSS, FACTOR, LAING & LYONS
222 Richmond Street, Suite 208
Providence, RI 02903-2914
401-456-0700
tlyons@straussfactor.com

George E. Wolf, III, Esq.
Shook, Hardy & Bacon, LLP
One Kansas City Place
1200 Main Street
Kansas City, MO 64105-2118
Tel.: 816-474-6550
Fax: 816-421-5774

**CERITIFICATION**

I hereby certify that on this 16th day of May, 2005, a copy of the within was sent to all counsel of record by email.