UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

RONALD KINGSLEY, ET ALS :

-VS- :C.A.NO.03-208-L

JEFFREY DERDERIAN, ET ALS :

NOTICE OF ADOPTION OF
SECOND AMENDED MASTER COMPLAINT
(STATION NIGHTCLUB FIRE LITIGATION)

This acceptance form relates to:

The Plaintiffs in the civil action captioned above Ronald Kingsley, et als v. Jeffrey Derderian, et als, C.A. No. 03-208-L hereby respectfully notify the Court and the parties that they hereby adopt the Second Amended Complaint in Albert L. Gray, Administrator, et al. (Plaintiffs) v. Jeffrey Derderian, et al (Defendants), C.A. No. 04-312-L in its entirety.

## PARTIES

PLAINTIFFS

1. (258) The Plaintiff, Ronald Kingsley, is a resident of Tiverton, Rhode Island and the appointed Administrator of the Estate of Lisa Kelly individually and in his capacity as Parent and Next-of-Kin of Zoe Jean Kingsley, A Minor and on behalf of all beneficiaries of Lisa Kelly, decedent. Lisa Kelly was lawfully on the premises of The Station night-club on Cowesett Ave. in West Warwick, RI on February 20, 2003 and died of injuries sustained in the fire.

PRAYERS FOR RELIEF
SUBMITTED ON BEHALF OF THE PLAINTIFFS
IN RONALD KINGSLEY, ET ALS v. JEFFREY DERDERIAN, ET AL
C.A.NO. 03-208L

WHEREFORE, the Plaintiffs respectfully pray

for:

1. Compensatory damages;
2. Punitive damages including attorneys' fees;
3. Costs; and
4. Such other relief as this Court deems just and equitable.

JURY DEMAND

The Plaintiffs demand a jury trial on all issues triable at law.

Respectfully submitted,
THE PLAINTIFFS

BY: ______________________
RONALD J. RESMINI, ESQ.
Federal Bar No. 0484
155 South Main St., Suite 400
Providence, Rhode Island 02903
DATED: February 3, 2005
(401)751-8855

## CERTIFICATION

I hereby certify that an exact copy of the within document was electronically mailed to the following individuals on this 3rd day of February, 2006:

| | |
|---|---|
| James R. Lee, Esq. | Email:jlee@riag.state.ri.us |
| Marc DeSisto, Esq. | Email:stationfire@desistolaw.com |
| Curtis R. Diedrich,Esq. | Email:cdiedrich@sloanewalsh.com |
| Edward T. Hinchey, Esq. | Email:ehinchey@sloanewalsh.com |
| Robert T. Norton | Email:rnorton@sloanewalsh.com |
| Ronald Langlois,Esq. | Email:stationfire@smithbrink.com |
| Lauren Wilkins,Esq. | Email:rwilkins@smithbrink.com |
| Howard A. Merten,Esq. | Email:hmerten.station@psh.com |
| James T. Murphy, Esq. | Email:stationfire@hansoncurran.com |
| Kelly N. Michels, Esq. | |
| Christopher C. Fallon, Jr., Esq. | Email:cfallon@cozen.com |
| Anthony F. DeMarco,Esq. | Email:tdemarco@conversent.net |
| Thomas C. Angelone, Esq. | Email:angelonelaw@aol.com |
| Joseph V. Cavanagh,Esq. | Email:stationfire@blishcavlaw.com |
| Kristin E. Rodgers, Esq. | |
| Bruce Keller, Esq. | Email:bpkeller@debevoise.com |
| Michael Potenza, Esq. | Email:mpotenza@devoise.com |
| Matthew F. Medeiros,Esq. | Email:mfm@lmkbw.com |
| Stephen M. Prignano, Esq. | Email:sprignano@eapdlaw.com |
| Stephen J. MacGillivray,Esq. | Email:smacgillivray@eapdlaw.com |
| Donald J. Maroney,Esq. | Email:dmaroney@kkrs.com |
| James H. Reilly, Esq. | Email:jreilly@kkrs.com |
| Edwin F. McPherson,Esq. | Email:emcpherson@m-klaw.com |
| Steven M. Richard, Esq. | StationFireLitigatin@nixonpeabody.com |
| Fred Kelly, Jr., Esq. | |
| James A. Ruggieri, Esq. | Email:jruggieri@hcc-law.com |
| Suzanne O'Donoghue | Email:sodonogue@hcc-law.com |
| Carl A. Henlein, Esq. | Email:chenlein@fbtlaw.com |
| Susan S. Wettle, Esq. | Email:swettle@fbtlaw.com |
| Daniel J. Horgan, Esq. | Email:horganlaw@snet.net |
| John J. Nazzaro,Esq. | Email:attynazzaro@aol.com |
| Ralph J. Monaco,Esq. | Email:rmonaco.c-l@snet.net |
| Mark S. Mandell, Esq. | Email:msmandell@msn.com |

| | |
|---|---|
| Max Wistow,Esq. | Email:jdean@wistbar.com |
| Patrick t. Jones, Esq. | Email:pjones@cmj-law.com |
| Michael S. St.Pierre, Esq. | Email:mikesp@rrsplaw.com |
| Stephen E. Breggia, Esq. | Email:sbreggia@BBGlaw.US |
| Steven A. Minicucci, Esq. | Email:sminicucci@calvinolaw.com |
| Eva Marie Mancuso,Esq. | Email:Emancuso@hwac.com |
| Charles N. Redihan, Esq. | Email:credihan@KPRlaw.com |
| C. Russell Bengtson,Esq. | Email:rbengtson@ckmlaw.com |
| Brian Cunha, Esq. | Email:brian@briancunha.com |
| Stefanie DiMaio-Larivee,Esq. | Email:fonia@msn.com |
| Scott J. Tucker, Esq. | Email:stucker@ths-law.com |
| Jospeh B. Burns, Esq. | Email:jburns@rms-law.com |
| Mark Hadden, Esq. | Email:mhadden@mhaddenlaw.com |
| W. Thomas McGough,Jr.,Esq. | Email:jrestivo@reesmith.com |
| James J.Restivo, Jr., Esq. | Email:tmcgough@reedsmith.com |
| Thomas W. Lyons, Esq. | Email:tylons@straussfactor.com |
| Andrew J.Trevelise, Esq. | Email:atrevelise@reedsmith.com |
| Mark T. Nugent, Esq. | Email:mnugent@morrisonmahoney<br>.com |
| Deborah G. Solmor, Esq. | Email:ecrane@skadden.com |
| Edward M. Crane, Esq. | Email:dsolmor@skadden.com |
| Mark D. Cahill, Esq. | Email:mcahill@choate.com |
| J. Renn Olenn,Esq. | Email:jro@olenn-penza.com |
| Mark D. tourgee, Esq. | Email:aminchillo@itwlaw.com |
| Richard W. MacAdams,Esq. | Email:macadams@mandwlaw.com |
| Gregory E. Boyer, Esq. | Email:boyerlaw1@aol.com |
| Georgia A.Sulllivan, Esq. | Email:Georgia.sullivan@thehartford<br>.com |
| Mark P. Dolan, Esq. | Email:ricedonlank@aol.com |
| Stephen P. Fogerty, Esq. | Email:fogerty@holloran-sage.com |
| Howard Julian | Email:sohohomes@yahoo.com |
| George E. Wolf, III,Esq. | Email:gwolf@shb.com |
| Ann Songer, Esq. | Email:asonger@shb.com |
| John R. Mahoney, Esq. | Email:johnmahoney@amlawllp<br>.com |
| Charles Babcock,Esq. | Email:Cbabcock@jw.com |
| T.Dos Urbanski,Esq. | Email:stationlitigation@melicklaw |

.com

| | |
|---|---|
| Joseph Krowski, Esq. | Email:josephkrowski.law@erizon.net |
| Lawrence J. Cappuccio, Esq. | Email:I.cappuccio@worldnet.att.net |
| Eric Bradford Hermanson, Esq. | Email:ehermanson@m-klaw.com |
| Peter Schneider, Esq. | Email:pschneider@cmj-law.com |
| Donna M. Lamontagne, Esq. | Email:dlamontagne@zizikpowers .com |
| Faith LaSalle, Esq. | Email:flasalle@lasallelaw.com |
| Joseph J. McGair, Esq. | Email:jjm@petrarcamcgair.com |
| Mark K. Ostrowski, Esq. | Email:mostrowski@goodwin.com |
| Robert I. Reardon, Esq. | Email:reardonlaw@aol.com |
| Esquire | Email:stationfire@esquirecom.com |

Ronald J. Resmini, Esq.