UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

RONALD KINGSLEY, ET ALS :

-VS- :C.A.NO.03-208L

JEFFREY DERDERIAN, ET ALS :

NOTICE OF ADOPTION OF
THIRD AMENDED MASTER COMPLAINT
(STATION NIGHTCLUB FIRE LITIGATION)

The Plaintiffs hereby respectfully notify the Court and the parties they hereby adopt the Third Amended Master Complaint in Albert L. Gray, Administrator, et al. (Plaintiffs) v. Jeffrey Derderian, et al (Defendants), C.A. No. 04-312L in its entirety and adopt all allegations against the Defendants identified as Defendants 1 through 97 and as against any additional Defendants or John Doe's not yet identified or Defendants not named in the Master Complaint but filed independently by separate actions.

PARTIES

PLAINTIFFS

1. (258) The Plaintiff, Ronald Kingsley, is a resident of Tiverton, Rhode Island and the appointed Administrator of the Estate of Lisa Kelly individually and in his capacity as Parent and Next-of-Kin of Zoe Jean Kingsley, A Minor and on behalf of all beneficiaries of Lisa Kelly, decedent. Lisa Kelly was lawfully on the premises of The Station night-club on Cowesett Ave. in West Warwick, RI on February 20, 2003 and died of injuries sustained in the fire.

PRAYERS FOR RELIEF
SUBMITTED ON BEHALF OF THE PLAINTIFFS
IN RONALD KINGSLEY, ET ALS v. JEFFREY DERDERIAN, ET AL
C.A.NO. 03-208L

WHEREFORE, the Plaintiffs respectfully pray

for:

1. Compensatory damages;

2. Punitive damages including attorneys' fees;

3. Costs; and

4. Such other relief as this Court deems just and equitable.

JURY DEMAND

The Plaintiffs demand a jury trial on all issues triable at law.

Respectfully submitted,
THE PLAINTIFFS

BY: ____________________

RONALD J. RESMINI, ESQ.
Federal Bar No. 0484
155 South Main St., Suite 400
Providence, Rhode Island 02903
DATED: February 16, 2005
(401)751-8855

# TABLE OF CONTENTS

PAGE

Introduction ........ 18

Plaintiffs ........ 18-73

D1. Jeffrey Derderian ........ 74-76
D2. Michael Derderian ........ 76-77
D3. DERCO, LLC ........ 77-78
D4 Howard Julian ........ 79-80
D5. Triton Realty Limited Partnership ........ 80-81
D6. Triton Realty, Inc. ........ 81-83
D7. Raymond J. Villanova ........ 83-84
D8. Jack Russell ........ 85-86
D9. Jack Russell Touring, Inc. ........ 86-87
D10. Paul Woolnough ........ 88-89
D11. Manic Music Management, Inc. ........ 89-90
D12. Knight Records, Inc. ........ 90-91
D13. Daniel Biechele ........ 92-93
D14. Anheuser-Busch, Incorporated ........ 93-96
D15. Anheuser-Busch Companies, Incorporated ........ 93-96
D16. McLaughlin & Moran ........ 96-98
D17. WHJY, Inc. and Capstar Radio Operating Company ........ 98-100
D18. Clear Channel Broadcasting, Inc. ........ 100-101
D19. Denis P. Larocque ........ 101-104
D20. Anthony Bettencourt ........ 101-104
D21. Malcolm Moore, in his Capacity as Finance Director of the Town of West Warwick ........ 101-104
D22. State of Rhode Island ........ 105, 150-151
D23. Irving J. Owens, Fire Marshal ........ 105-106
D24. Brian Butler ........ 106-107
D25. TVL Broadcasting, Inc. ........ 107
D26. STC Broadcasting, Inc. ........ 108
D27. Barry H. Warner ........ 108-109
D28. Luna Tech, Inc. ........ 110-111
D29. High Tech Special Effects, Inc. ........ 111-113
D30. American Foam Corporation ........ 113-115
D31. Leggett & Platt Incorporated ........ 115-121
D32. L&P Financial Services Co. ........ 121-126
D33. General Foam Corporation ........ 127-132
D34. GFC Foam, LLC ........ 132-138
D35. Foamex LP ........ 138
D36. Foamex International Inc. ........ 138
D37. FMXI, Inc. ........ 138
D38. PMC, Inc. ........ 139
D39. PMC Global, Inc. ........ 139
D40. JBL Incorporated f/k/a James B. Lansing Sound, Incorporated d/b/a JBL Professional ........ 139-142
D41. Essex Insurance Company ........ 142-144
D42. Multi-State Inspections, Inc ........ 142-144

D43. High Caliber Inspections, Inc. .......... 142-144
D44. Underwriters at Lloyd's, London .......... 144-146
D45. Gresham & Associates of RI., Inc. .......... 144-146
D46. ABC Bus, Inc. d/b/a ABC Bus Leasing, Inc. .......... 146-148
D47. Superstar Services LLC .......... 148-149
D48. through D58. "John Doe" defendants (being unknown defendants who manufactured, distributed, sold or installed non-flame-retardant foam or other defective products in use at The Station nightclub on February 20, 2003, who inspected the premises after installation of the foam but prior to February 20, 2003, who promoted, managed and produced the appearance of Great White at The Station nightclub on February 20, 2003, or who received property from Triton Realty-related persons or entitles with intent to hinder, delay or default Plaintiffs) .......... 149-150
D59. Surplex Underwriters Inc. .......... 152-153
D60. V.B. Gifford & Company, Inc. .......... 153-154
D61. Anchor Solutions Company, Inc. .......... 154-155
D62. Stephen D. Murray .......... 155-156
D63. Joseph Lafontaine d/b/a New England Custom Alarms .......... 156
D64. Polar Industries, Inc. .......... 157-158
D65. Home Depot U.S.A., Inc. .......... 158-160
D66. Celotex Corp. .......... 161-163
D67. Knight-Celotex Lisbon Falls LLC .......... 161-163
D68. Knight-Celotex LLC .......... 161-163
D69. Knight Industries, Inc. .......... 161-163
D70. Knight Industries, LLC .......... 161-163
D71. Knight Industries I, LLC .......... 161-163
D72. FFNC, Inc. .......... 163-169
D73. Aram Dermanouelian .......... 169-170
D74. Framingham-150 FR Realty Limited Partnership by Framingham-150 FR Realty, Inc., its general partner .......... 170-171
D75. Seekonk-226 Limited Partnership by Seekonk-226, Inc., its general partner .......... 171
D76. Frances A. Villanova .......... 172
D77. Busch Entertainment Corporation .......... 172-173
D78. Busch Media Group, Inc. .......... 173-174
D79. TVL Broadcasting of Rhode Island, LLC .......... 174-175
D80. LIN Television Corporation .......... 175
D81. LIN T.V. Corp. .......... 176
D82. Mark Kendall .......... 176-177
D83. David Felice .......... 177-178
D84. Eric Powers .......... 178-179
D85. Wm. T. Burnett & Co., Incorporated .......... 179-184
D86. Wm. T. Burnett Operating LLLP, by its general partner, Wm. T. Burnett Management, Inc. .......... 185-190
D87. Wm. T. Burnett Management, Inc. .......... 185-190
D88. Wm. T. Burnett & Co. .......... 185-190
D89. Sealed Air Corp. .......... 191-196
D90. Sealed Air Corp., U.S. .......... 191-196
D91. Sentinel Products Corp. .......... 196-201
D92. Pactiv Corporation .......... 202-208
D93. Pregis Corporation .......... 202-208
D94. Pregis Innovative Packaging, Inc. .......... 202-208
D95. Luna Tech Pyrotechnik GmbH .......... 208-210
D96. Luna Tech Euro GmbH .......... 208-210
D97. Gresham & Associates of Rhode Island, Inc. .......... 210-211

# CERTIFICATION

I hereby certify that an exact copy of the within document was electronically mailed to the following individuals on this 16TH day of February, 2006:

| | |
|---|---|
| James R. Lee, Esq. | Email:jlee@riag.state.ri.us |
| Marc DeSisto, Esq. | Email:stationfire@desistolaw.com |
| Curtis R. Diedrich,Esq. | Email:cdiedrich@sloanewalsh.com |
| Edward T. Hinchey, Esq. | Email:ehinchey@sloanewalsh.com |
| Robert T. Norton | Email:rnorton@sloanewalsh.com |
| Ronald Langlois,Esq. | Email:stationfire@smithbrink.com |
| Lauren Wilkins,Esq. | Email:rwilkins@smithbrink.com |
| Howard A. Merten,Esq. | Email:hmerten.station@psh.com |
| James T. Murphy, Esq. | Email:stationfire@hansoncurran.com |
| Kelly N. Michels, Esq. | |
| Christopher C. Fallon, Jr., Esq. | Email:cfallon@cozen.com |
| Anthony F. DeMarco,Esq. | Email:tdemarco@conversent.net |
| Thomas C. Angelone, Esq. | Email:angelonelaw@aol.com |
| Joseph V. Cavanagh,Esq. | Email:stationfire@blishcavlaw.com |
| Kristin E. Rodgers, Esq. | |
| Bruce Keller, Esq. | Email:bpkeller@debevoise.com |
| Michael Potenza, Esq. | Email:mpotenza@devoise.com |
| Matthew F. Medeiros,Esq. | Email:mfm@lmkbw.com |
| Stephen M. Prignano, Esq. | Email:sprignano@eapdlaw.com |
| Stephen J. MacGillivray,Esq. | Email:smacgillivray@eapdlaw.com |
| Donald J. Maroney,Esq. | Email:dmaroney@kkrs.com |
| James H. Reilly, Esq. | Email:jreilly@kkrs.com |
| Edwin F. McPherson,Esq. | Email:emcpherson@m-klaw.com |
| Steven M. Richard, Esq. | StationFireLitigatin@nixonpeabody.com |
| Fred Kelly, Jr., Esq. | |
| James A. Ruggieri, Esq. | Email:jruggieri@hcc-law.com |
| Suzanne O'Donoghue | Email:sodonogue@hcc-law.com |
| Carl A. Henlein, Esq. | Email:chenlein@fbtlaw.com |
| Susan S. Wettle, Esq. | Email:swettle@fbtlaw.com |
| Daniel J. Horgan, Esq. | Email:horganlaw@snet.net |
| John J. Nazzaro,Esq. | Email:attynazzaro@aol.com |

| | |
|---|---|
| Ralph J. Monaco,Esq. | Email:rmonaco.c-l@snet.net |
| Mark S. Mandell, Esq. | Email:msmandell@msn.com |
| Max Wistow,Esq. | Email:jdean@wistbar.com |
| Patrick t. Jones, Esq. | Email:pjones@cmj-law.com |
| Michael S. St.Pierre, Esq. | Email:mikesp@rrsplaw.com |
| Stephen E. Breggia, Esq. | Email:sbreggia@BBGlaw.US |
| Steven A. Minicucci, Esq. | Email:sminicucci@calvinolaw.com |
| Eva Marie Mancuso,Esq. | Email:Emancuso@hwac.com |
| Charles N. Redihan, Esq. | Email:credihan@KPRlaw.com |
| C. Russell Bengtson,Esq. | Email:rbengtson@ckmlaw.com |
| Brian Cunha, Esq. | Email:brian@briancunha.com |
| Stefanie DiMaio-Larivee,Esq. | Email:fonia@msn.com |
| Scott J. Tucker, Esq. | Email:stucker@ths-law.com |
| Jospeh B. Burns, Esq. | Email:jburns@rms-law.com |
| Mark Hadden, Esq. | Email:mhadden@mhaddenlaw.com |
| W. Thomas McGough,Jr.,Esq. | Email:jrestivo@reesmith.com |
| James J.Restivo, Jr., Esq. | Email:tmcgough@reedsmith.com |
| Thomas W. Lyons, Esq. | Email:tylons@straussfactor.com |
| Andrew J.Trevelise, Esq. | Email:atrevelise@reedsmith.com |
| Mark T. Nugent, Esq. | Email:mnugent@morrisonmahoney .com |
| Deborah G. Solmor, Esq. | Email:ecrane@skadden.com |
| Edward M. Crane, Esq. | Email:dsolmor@skadden.com |
| Mark D. Cahill, Esq. | Email:mcahill@choate.com |
| J. Renn Olenn,Esq. | Email:jro@olenn-penza.com |
| Mark D. tourgee, Esq. | Email:aminchillo@itwlaw.com |
| Richard W. MacAdams,Esq. | Email:macadams@mandwlaw.com |
| Gregory E. Boyer, Esq. | Email:boyerlaw1@aol.com |
| Georgia A.Sulllivan, Esq. | Email:Georgia.sullivan@thehartford .com |
| Mark P. Dolan, Esq. | Email:ricedonlank@aol.com |
| Stephen P. Fogerty, Esq. | Email:fogerty@holloran-sage.com |
| Howard Julian | Email:sohohomes@yahoo.com |
| George E. Wolf, III,Esq. | Email:gwolf@shb.com |
| Ann Songer, Esq. | Email:asonger@shb.com |
| John R. Mahoney, Esq. | Email:johnmahoney@amlawllp .com |
| Charles Babcock,Esq. | Email:Cbabcock@jw.com |

| | |
|---|---|
| T.Dos Urbanski,Esq. | Email:stationlitigation@melicklaw.com |
| Joseph Krowski, Esq. | Email:josephkrowski.law@erizon.net |
| Lawrence J. Cappuccio, Esq. | Email:I.cappuccio@worldnet.att.net |
| Eric Bradford Hermanson, Esq. | Email:ehermanson@m-klaw.com |
| Peter Schneider, Esq. | Email:pschneider@cmj-law.com |
| Donna M. Lamontagne, Esq. | Email:dlamontagne@zizikpowers.com |
| Faith LaSalle, Esq. | Email:flasalle@lasallelaw.com |
| Joseph J. McGair, Esq. | Email:jjm@petrarcamcgair.com |
| Mark K. Ostrowski, Esq. | Email:mostrowski@goodwin.com |
| Robert I. Reardon, Esq. | Email:reardonlaw@aol.com |
| Esquire | Email:stationfire@esquirecom.com |

Ronald J. Resmini, Esq.