MPD:fm 04-309

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

RONALD KINGSLEY, ET AL

VS C.A. NO. 03-208L

JEFFREY DEDERIAN, ET AL

**NOTICE OF ELECTION AS TO MOTION TO DISMISS**

Defendant Certain Underwriters At Lloyd's London hereby gives notice pursuant to Paragraph 5 of the Consent Order entered on February 6, 2006, that it elects to invoke the application of the Court's previous ruling on its Motion to Dismiss as to all claims by all plaintiffs named in the Third Amended Complaint and all adoptions thereof.

CERTAIN UNDERWRITERS AT LLOYD'S LONDON
BY ITS ATTORNEYS,

Mark P. Dolan, Esq. #3280
Rice Dolan & Kershaw
170 Westminster Street, Suite 900
Providence, RI 02903
(401) 272-8800

CERTIFICATION

I hereby certify that an exact copy of the within document was electronically mailed to the following individuals on this 2nd day of March, 2006:

| | |
|---|---|
| Thomas C. Angelone, Esq. | angelonelaw@aol.com |
| C. Russell Bengtson, Esq. | rbengtson@ckmlaw.com |
| Gregory L. Boyer, Esq. | boyerlaw1@aol.com |
| Stephen E. Breggia, Esq. | sbreggia@bbglaw.com |
| Kevin F. Bowen, Esq. | kbowen@bbglaw.us |
| Joseph B. Burns, Esq. | jburns@rms-law.com |
| Mark D. Cahill, Esq. | mcahill@choate.com |
| Eric Bradford Hermanson, Esq. | stationfire@blishcavlaw.com |
| Joseph V. Cavanagh, Jr., Esq. | stationfire@blishcavlaw.com |
| Kristin E. Rodgers, Esq. | stationfire@blishcavlaw.com |
| Edward M. Crane, Esq. | ecrane@skadden.com |

Deborah Solmor, Esq
Brian Cunha, Esq.
Karen A. Alegria, Esq.
Anthony F. DeMarco, Esq.
Mark T. Reynolds, Esq
Marc DeSisto, Esq.
Robert Norton

Stefanie DiMaio-Larivee, Esq.
T. Dos Urbanski, Esq.
Allen J. McCarthy, Esq.
Michael J. Mazurczak, Esq.
Christopher C. Fallon, Jr., Esq.
Stephen P. Fogerty, Esq.
Mark Hadden, Esq.
Carl A. Henlein, Esq.
John R. Crockett, III, Esq.
Susan S. Wettle, Esq.
Edward T. Hinchey, Esq.
Daniel Horgan, Esq.
Patrick T. Jones, Esq.
Peter Schneider, Esq.
Howard Julian
Bruce P. Keller, Esq.
Fred A. Kelly, Jr., Esq.
Ian Ridlon, Esq.
Joseph Krowski, Esq.
Donna M. Lamontagne, Esq.
Ronald Langlois, Esq.
Lauren D. Wilkins, Esq.
Faith LaSalle, Esq.
James R. Lee, Esq.
Thomas W. Lyons, Esq.
Richard W. MacAdams, Esq.
John R. Mahoney, Esq.
Eva Marie Mancuso, Esq.
Mark S. Mandell, Esq.
W. Thomas McGough, Jr., Esq.
James J. Restivo, Jr., Esq.
Joseph J. McGair, Esq.
Edwin F. McPherson, Esq.
Matthew F. Medeiros, Esq.
Howard A. Merten, Esq.
Benjamin V. White III, Esq.
Eric M. Sommers, Esq.
Steven A. Minicucci, Esq.
William A. Filippo, Esq.
Ralph J. Monaco, Esq.

dsolmor@skadden.com
Brian@Briancunha.com
Karen@Briancunha.com
tdemarco@conversent.net
mtreynolds@conversent.net
stationfire@desistolaw.com
rnorton@sloanewalsh.com
ehinchey@sloanewalsh.com.
fonia@msn.com
StationLitigation@melicklaw.com
StationLitigation@melicklaw.com
StationLitigation@melicklaw.com
cfallon@cozen.com
fogerty@halloran-sage.com
mhadden@mhaddenlaw.com
chenlein@fbtlaw.com
jcrockett@fbtlaw.com
swettle@fbtlaw.com
EHinchey@sloanewalsh.com
Horganlaw@snet.net
pjones@cmj-law.com
pschneider@cmj-law.com
sohohomes@yahoo.com
bkeller@debevoise.com
StationFireLitigation@nixonpeabody.com
StationFireLitigation@nixonpeabody.com
josephkrowski.law@verizon.net
Dlamontagne@zizikpowers.com
rlanglois@smithbrink.com
lwilkins@smithbrink.com
flasalle@lasallelaw.com
jlee@riag.ri.gov
tlyons@straussfactor.com
rmacadams@mandwlaw.com
johnmahoney@amlawllp.com
emancuso@hwac.com
msmandell@msn.com
tmcgough@reedsmith.com
jrestivo@reedsmith.com
jjm@petrarcamcgair.com
emcpherson@m-klaw.com
mfm@lmkbw.com
Hmerten.station@psh.com
bwhite@vetterandwhite.com
esommers@vetterandwhite.com
sminicucci@calvinolaw.com
wfilippo@calvinolaw.com
rmonaco.c-l@snet.net

| | |
|---|---|
| James T. Murphy, Esq. | jtm@hansoncurran.com |
| Kelly N. Michels, Esq. | knm@hansoncurran.com |
| John J. Nazzaro, Esq. | nazzjn@aol.com |
| Mark T. Nugent, Esq. | mnugent@morrisonmahoney.com |
| Paul Sullivan, Esq. | pvsullivan@morrisonmahoney.com |
| J. Renn Olenn, Esq. | KBH@olenn-penza.com |
| Mark K. Ostrowski, Esq. | mostrowski@goodwin.com |
| Michael Potenza, Esq. | mpotenza@debevoise.com |
| Stephen M. Prignano, Esq. | sprignano@edwardsangell.com |
| Stephen J. MacGillivray, Esq. | smacgillivray@edwardsangell.com |
| Robert I. Reardon, Esq. | reardonlaw@aol.com |
| Robert I. Rimmer, Esq. | reardonlaw@aol.com |
| Charles N. Redihan, Jr., Esq. | credihan@kprlaw.com |
| James H. Reilly, III, Esq. | jreilly@kkrs.com |
| Donald J. Maroney, Esq. | dmaroney@kkrs.com |
| Ronald J. Resmini, Esq. | resminilaw@yahoo.com |
| Ronald J. Creamer, Esq. | resminilaw@yahoo.com |
| James A. Ruggieri, Esq. | jruggieri@hcc-law.com |
| Michael A. St. Pierre, Esq. | mikesp@rrsplaw.com |
| Georgia Sullivan | georgia.sullivan@thehartford.com |
| Mark D. Tourgee, Esq. | inmantourgeelaw@aol.com |
| Timothy A. Williamson, Esq. | inmantourgeelaw@aol.com |
| Andrew J. Trevelise, Esq. | atrevelise@reedsmith.com |
| Scott J. Tucker, Esq. | stucker@ths-law.com |
| Earl H. Walker, Esq. | ewalker@jw.com |
| Charles Babcock, Esq. | cbabcock@jw.com |
| Nancy W. Hamilton, Esq. | nhamilton@jw.com |
| George E. Wolf, III, Esq. | gwolf@shb.com |
| Ann Songer, Esq. | asonger@shb.com |
| Barbara Gilfillan | barbara_gilfillan@rid.uscourts.gov |