UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

RONALD KINGSLEY, et al

v. C.A.No : 03-208-L

JEFFREY DERDERIAN, et al

**ANSWER AND JURY CLAIM OF DEFENDANT, BARRY WARNER**

The Plaintiffs have adopted the Third Amended Master Complaint in Albert L. Gray, Administrator, et al v. Jeffrey Derderian, et al, C.A.No: 04-312L, in its entirety. This Defendant hereby incorporates the answer filed on its behalf in Albert L. Gray, Administrator, et al v. Jeffrey Derderian, et al, C.A.No: 04-312L as its answer herein.

**BARRY WARNER**
By his Attorneys,

Ronald Langlois, Esq. #2891
**Smith & Brink, P.C.**
One State Street, Suite 400
Providence, Rhode Island 02908
(401) 351-9970
*Fax* (401) 274-6218

Dated: March 17, 2006

Defendant, ***Barry Warner***, hereby claims a trial by jury.

Ronald Langlois, Esq.

## CERTIFICATION

I hereby certify that I mailed a true copy of the within to the attorney(s) listed below on the 17 day of March, 2006.

________________________

| | |
|---|---|
| Barbara_Gilfillan@RID.USCOURTS.gov; | Barbara Gilfillan |
| angelonelaw@aol.com; | Thomas C Angelone, Esq |
| atrevelise@reedsmith.com; | Andrew J. Trevelise, Esq |
| attynazzaro@aol.com; | John J. Nazzaro, Esq |
| Bkeller@debevoise.com; | Bruce P. Keller, Esq |
| Boyerlaw1@aol.com; | Gregory L. Boyer, Esq |
| Brian@briancunha.com; | Brian R. Cunha, Esq |
| CBabcock@jw.com; | Charles Babcock, Esq |
| cdiedrich@sloanewalsh.com; | Curtis R. Diedrich, Esq |
| cfallon@cozen.com; | Christopher C. Fallon, Jr, Esq |
| credihan@KPRLaw.com; | Charles n. Redihan, Jr, Esq |
| dmaroney@kkrs.com; | Donald J. Maroney, Esq |
| ecrane@skadden.com; | Edward M. Crane, Esq |
| ehincheny@sloanewalsh.com; | Edward T. Hinchey, Esq |
| emancuso@hwac.com; | Eva Marie Mancuso, Esq |
| emcpherson@m-klaw.com; | Edwin F. McPherson, Esq |
| fogerty@holloran-sage.com; | Stephen P. Fogerty, Esq |
| fonia@msn.com; | James Howe, Esq |
| Georgia.Sullivan@thehartford.com; | Georgia Sullivan, Esq |
| Gwolf@shb.com; | George E. Wolf, Esq |
| Hmerten.station@psh.com; | Howard A. Merten, Esq |
| horganlaw@snet.com; | Daniel J. Horgan, Esq |
| inmantourgeelaw@aol.com; | Mark D. Tourgee, Esq |
| jburns@rms-law.com; | Joseph B. Burns, Esq |
| jdean@wistbar.com | John P. Barylick, Esq |
| jjm@petrarcamcgair.com; | Joseph J. McGair, Esq |
| jlee@riag.state.ri.us; | James R. Lee, Esq |
| johnmahoney@amlawllp.com; | John R. Mahoney, Esq |
| josephkrowski.law@verizon.net; | Joseph Krowski, Esq |
| lmagro@hcc-law.com; | Linda Magro, Esq |
| jreilly@kkrs.com; | James H. Reilly III, Esq |
| jrestivo@reedsmith.com; | James Restivo, Esq |
| jro@olenn-penza.com; | J. Renn Olenn, Esq |
| jruggieri@hcc-law.com | James A. Ruggieri, Esq |
| jtm@hansoncurran.com; | James T. Murphy, Esq |
| knm@hansoncurran.com; | Kelly N. Michels, Esq |
| stationfire@desistolaw.com | Marc DiSisto, Esq |
| mcahill@choate.com; | Mark D. Cahill, Esq |

| | |
|---|---|
| mfm@lmkbw.com; | Matthew f. Medeiros, Esq |
| mhadden@mhaddenlaw.com; | Mark Hadden, Esq |
| mikesp@rrsplaw.com; | Michael A. St. Pierre, Esq |
| mnugent@morrisonmahoney.com; | Mark T. Nugent, Esq |
| mpotenza@debevoise.com; | Michael Potenza, Esq |
| MRD@gsm-law.com; | Michael R. DeLuca, Esq |
| msmandell@msn.com; | Mark S. Mandell, Esq |
| pjones@cmi-law.com; | Patrick T. Jones, Esq |
| pvsullivan@morrisonmahoney.com; | Mark C. Hadden, Esq |
| rbengtson@ckmlaw.com; | C. Russell Bengtson, Esq |
| Reardonlaw@aol.com; | Robert I. Reardon, Jr, Esq |
| Resminilaw@yahoo.com; | Ronald J. Resmini, Esq |
| ricedolank@aol.com; | Mark P. Dolan, Esq |
| rmacadams@mandwlaw.com; | Richard W. MacAdams, Esq |
| rmonaco.c-l@snet.net; | Ralph J. Monaco, Esq |
| sbreggia@bbglaw.us; | Stephen E. Breggia, Esq |
| singinglawyer@msn.com; | Stephanie DiMaio Larivee, Esq |
| smacgillivray@edwardsangell.com; | Stephen J. MacGillivray, Esq |
| SMinicucci@calvinolaw.com; | Steven A. Minicucci, Esq |
| sohohomes@yahoo.com; | Howard J. Julian, Esq |
| sprignano@edwardsangell.com; | Stephen M. Prignano, Esq |
| Stephen.izzi@hklaw.com; | Stephen A Izzi, Esq |
| stucker@ths-law.com | Scott J. Tucker, Esq |
| stationfire@blishcavlaw.com; | Kristin E. Rodgers, Esq |
| StationFireLitigation@nixonpeabody.com | Fred A. Kelly, Jr, Esq |
| StationLitigation@melicklaw.com; | T. Dos Urbanski, Esq |
| swettle@fbtlaw.com; | Susan S. Wettle, Esq |
| tdemarco@conversent.net; | Anthony F. DeMarco, Esq |
| tlyons@straussfactor.com; | Thomas W. Lyons, Esq |
| tmcgough@reedsmith.com; | W. Thomas McGough Jr, Esq |