UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| ANDREW PASKOWSKI, ET AL.<br><br>Plaintiffs,<br><br>v.<br><br>JEFFREY DERDERIAN, ET AL.<br><br>Defendants. | NO.: 05-002-L |

**DEFENDANT'S, LUNA TECH, INC., ANSWER TO ADOPTION OF THIRD AMENDED MASTER COMPLAINT**

The plaintiffs have adopted the Third Amended Master Complaint in *Albert L. Gray, Administrator et al., v. Jeffrey Derderian, et al., CA 04-312L*, and this defendant hereby incorporates the answer filed on its behalf in *Gray* as its answer here.

Respectfully submitted,
LUNA TECH, INC.

Robert T. Norton (Bar #5492)
Edward T. Hinchey (Admitted Pro Hac Vice)
SLOANE AND WALSH, LLP
127 Dorrance Street
Providence, RI 02903-2828
(401) 454-7700

Dated: March 16, 2006

of record in all of the Station Fire cases on this 16 day of March 2006.

Dated: March 16, 2006

Robert T. Norton