**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

RONALD KINGSLEY, ET AL :
:
VS. : C.A. NO. 2003-208 L
:
JEFFREY DERDERIAN, ET AL :

***ANSWER OF DEFENDANT DANIEL BIECHELE TO PLAINTIFFS' THIRD AMENDED MASTER COMPLAINT***

**Preliminary Statement**

Defendant Daniel Biechele was charged with a 200-count indictment in the case of State of Rhode Island v. Daniel Biechele, Docket No. KI 2003-653 involving The Station Nightclub Fire. Mr. Biechele is still subject to other criminal charges some of which are included within the scope of the allegations of Plaintiffs' Third Amended Master Complaint. Accordingly, based upon the potential for further prosecution, Mr. Biechele has no alternative but to invoke his privilege against self-incrimination pursuant to the Fifth Amendments to the United States Constitution as well as Article I, Section 13 of the Rhode Island State Constitution. Mr. Biechele does not intend to waive his Fifth Amendment privilege and respectfully requests in the case of any doubt or ambiguity, his response be construed as an assertion of the privilege rather than a waiver of the privilege. Mr. Biechele reserves his right to amend his Answer when he may do so without compromising his Fifth Amendment.

***ANSWER***

The Plaintiffs have adopted the Third Amended Master Complaint in Albert L. Gray, Administrator, Et Al vs. Jeffrey Derderian, Et Al, C. A. No. 04-312 L in its entirety by Notice of Adoption of Third Amended Master Complaint dated February 17, 2006. This Defendant hereby incorporates his Answer to the Gray Plaintiffs' Third Amended Master Complaint in its entirety as

his Answer hereto including the invocation of his Fifth Amendment privilege.

The Plaintiffs have also included additional allegations as identified in Paragraph 258 which is answered as follows:

258. Defendant Daniel Biechele is without knowledge or information of the truth or falsity of the allegations set forth in Paragraph 249 of Plaintiffs' Third Amended Master Complaint and leaves Plaintiffs to their proof thereof.

WHEREFORE, Defendant Daniel Biechele demands entry of Judgment in his behalf as to Plaintiffs' Third Amended Master Complaint and Pro Forma Complaint.

James H. Reilly - #0658
KELLY, KELLEHER, REILLY & SIMPSON
Attorneys for Defendant Daniel Biechele
146 Westminster Street, Suite 500
Providence, RI 02903
(401) 272-1312
(401) 331-9397—FAX

Donald J. Maroney - #3737
KELLY, KELLEHER, REILLY & SIMPSON
Attorneys for Defendant Daniel Biechele
146 Westminster Street, Suite 500
Providence, RI 02903
(401) 272-1312
(401) 331-9397—FAX

***CERTIFICATION***

I hereby certify that a true copy of the within was sent by electronic mail to all counsel of record on the 17th day of March, 2006.

_______________________

***CERTIFICATION***

Thomas C. Angelone, Esq.
angelonelaw@aol.com

C. Russell Bengtson, Esq.
rbengtson@cmklaw.com

Gregory L. Boyer, Esq.
Bboyerlaw1@aol.com

Stephen E. Breggia, Esq.
Kevin F. Bowen, Esq.
sbreggia@bbglaw.us

Joseph B. Burns, Esq.
jburns@rms-law.com

Mark D. Cahill, Esq.
Eric Bradford Hermanson, Esq.
Kathleen C. Henry
mcahill@choate.com

Joseph V. Cavanagh, Jr., Esq.
Kristin E. Rodgers, Esq.
stationfire@blishcavlaw.com

Edward M. Crane, Esq.
Deborah G. Solmor, Esq.
ecrane@skadden.com

Brian R. Cunha, Esq.
Karen A. Alegria, Esq.
brian@briancunha.com

Michael R. De Luca, Esq.
mrd@gsm-law.com

Marc DeSisto, Esq.
Michael A. DeSisto, Esq.
Kathleen M. Daniels, Esq.
stationfire@desistolaw.com

Curtis R. Diedrich, Esq.
Edward T. Hinchey, Esq.
Robert T. Norton, Esq.
cdiedrich@sloanewalsh.com

Stefanie DiMaio-Larivee, Esq.
fonia@msn.com

Mark P. Dolan, Esq.
Anthony R. Leone, Esq.
ricedolank@aol.com

Christopher C. Fallon, Jr., Esq.
cfallon@cozen.com

Stephen P. Fogerty, Esq.
fogerty@halloran-sage.com

Mark C. Hadden, Esq.
mhadden@mhaddenlaw.com

Carl A. Henlein, Esq.
John R. Crocket III, Esq.
Susan A. Wettle, Esq.
chenlein@fbtlaw.com

Daniel J. Horgan, Esq.
horganlaw@snet.net

Stephen A. Izzi, Esq.
stephen.izzi@hklaw.com

Patrick T. Jones, Esq.
Peter Schneider, Esq.
pjones@cmj-law.com

Howard J. Julian
sohohomes@yahoo.com

Bruce P. Keller, Esq.
Jessica L. Margolis, Esq.
Michael R. Potenza, Esq.
bpkeller@debevoise.com

Fred A. Kelly, Jr., Esq.
Steven M. Richard, Esq.
Ian C. Ridlon, Esq.
stationfirelitigation@nixonpeabody.com

Joseph Krowski, Esq.
josephkrowski.law@verizon.net

Ronald P. Langlois, Esq.
Lauren D. Wilkins, Esq.
stationfire@smithbrink.com

James R. Lee, Esq.
jlee@riag.ri.gov

Thomas W. Lyons, Esq.
tlyons@straussfactor.com

Richard W. MacAdams, Esq.
Denean M. Russo, Esq.
rmacadams@mandwlaw.com

John W. Mahoney, Esq.
johnmahoney@amlawllp.com

Eva Marie Mancuso, Esq.
emancuso@hwac.com

Mark S. Mandell, Esq.
Yvette M. Boisclair, Esq.
msmandell@msn.com

W. Thomas McGough, Jr., Esq.
James J. Restivo, Jr., Esq.
tmcgough@reedsmith.com

Edwin F. McPherson, Esq.
emcpherson@m-klaw.com

Matthew F. Medeiros, Esq.
mfm@lmkbw.com

Howard A. Merten, Esq.
Benjamin V. White III, Esq.
hmerten.station@psh.com

Steven A. Minicucci, Esq.
William A. Filippo, Esq.
sminicucci@calvinolaw.com

Ralph J. Monaco, Esq.
Patrick J. Day, Esq.
rmonaco.c-l@snet.net

James T. Murphy, Esq.
Thomas R. Bender, Esq.
Kelly N. Michels, Esq.
stationfire@hansoncurran.com

John J. Nazzaro, Esq.
attynazzaro@aol.com

Suzanne O'Donoghue, Esq.
sodonoghue@hcc-law.com

Mark T. Nugent, Esq.
Paul V. Sullivan, Esq.
mnugent@morrisonmahoney.com

J. Renn Olenn, Esq.
kbh@olenn-penza.com

Mark K. Ostrowski, Esq.
mostrowski@goodwin.com

Stephen M. Prignano, Esq.
Stephen J. MacGillivray, Esq.
sprignano@edwardsangell.com

Robert I. Reardon, Jr., Esq.
Tracy L. Poppe, Esq.
reardonlaw@aol.com

Charles N. Redihan, Jr., Esq.
credihan@kprlaw.com

Ronald J. Resmini, Esq.
Ronald J. Creamer, Esq.
resminilaw@yahoo.com

Esquire Litigation Solutions LLC
stationfire@esquirecom.com

Mark T. Reynolds, Esq.
Anthony F. DeMarco, Esq.
tdemarco@conversent.net

James A. Ruggieri, Esq.
Gerald C. DeMaria, Esq.
jruggieri@hcc-law.com

Michael A. St. Pierre, Esq.
mikesp@rrplaw.com

Georgia A. Sullivan, Esq.
georgia.sullivan@thehartford.com

Mark D. Tourgee, Esq.
Timothy A. Williamson, Esq.
aminchillo@itwlaw.com

Andrew J. Trevelise, Esq.
atrevelise@reedsmith.com

Scott J. Tucker, Esq.
stucker@ths-law.com

T. Dos Urbanski, Esq.
Allen J. McCarthy, Esq.
Michael J. Mazurczak, Esq.
stationlitigation@melicklaw.com

Earl H. Walker, Esq.
Nancy W. Hamilton, Esq.
Charles L. Babcock, Esq.
ewalker@jw.com

Max H. Wistow, Esq.
mail@wistbar.com

George E. Wolf, III, Esq.
Ann M. Songer, Esq.
gwolf@shb.com

Lawrence J. Cappuccio, Esq.
l.cappuccio@worldnet.att.net