UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

RONALD KINGSLEY, ET ALS :
Plaintiffs

-VS- :C.A.NO. 03-208L

JEFFREY DERDERIAN, ET ALS :
Defendants

PLAINTIFFS' MOTION TO EXTEND TIME TO MAKE SERVICE

Now come the Plaintiffs in the above entitled cause and herein make Motion to Extend Time to Make Service upon the Defendants in the above-entitled cause an additional 120 days up to and including September 8, 2006.

By their Attorney,

BY: ______________________
RONALD J. RESMINI, ESQ.#0484
155 South Main St., Suite 400
Prov., RI 02903
DATED: May 8, 2006

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

RONALD KINGSLEY, ET ALS :
Plaintiffs

-VS- :C.A.NO.03-208L

JEFFREY DERDERIAN, ET ALS :
Defendants

PLAINTIFFS' MEMORANDUM OF LAW IN SUPPORT OF MOTION TO EXTEND TIME TO MAKE SERVICE

Now come the Plaintiffs in the above entitled cause and in support of Plaintiffs' Motion to Extend Time to Make Service states that Plaintiffs have been in the process of attempting to serve the Defendants since the filing of the Third Amended Complaint. An appropriate Stipulation has been filed by the representatives of Defendants 1 through 47.

Defendants 48 through 97 are in the process of being served and additional time is needed in order to complete the required service.

WHEREFORE, Plaintiffs hereby request this Honorable Court to provide an extension of time to serve Defendants 48 through 97 up to and including

September 8, 2006.

By their Attorney,

BY:______________________________

RONALD J. RESMINI, ESQ.#0484
155 South Main St., Suite 400
Providence, RI 02903
DATED: May 8, 2006
(401)751-8855

| | |
|---|---|
| Patrick t. Jones, Esq. | Email:pjones@cmj-law.com |
| Michael S. St.Pierre, Esq. | Email:mikesp@rrsplaw.com |
| Stephen E. Breggia, Esq. | Email:sbreggia@BBGlaw.US |
| Steven A. Minicucci, Esq. | Email:sminicucci@calvinolaw.com |
| Eva Marie Mancuso,Esq. | Email:Emancuso@hwac.com |
| Charles N. Redihan, Esq. | Email:credihan@KPRlaw.com |
| C. Russell Bengtson,Esq. | Email:rbengtson@ckmlaw.com |
| Brian Cunha, Esq. | Email:brian@briancunha.com |
| Stefanie DiMaio-Larivee,Esq. | Email:fonia@msn.com |
| Scott J. Tucker, Esq. | Email:stucker@ths-law.com |
| Jospeh B. Burns, Esq. | Email:jburns@rms-law.com |
| Mark Hadden, Esq. | Email:mhadden@mhaddenlaw.com |
| W. Thomas McGough,Jr.,Esq. | Email:jrestivo@reesmith.com |
| James J.Restivo, Jr., Esq. | Email:tmcgough@reedsmith.com |
| Thomas W. Lyons, Esq. | Email:tylons@straussfactor.com |
| Andrew J.Trevelise, Esq. | Email:atrevelise@reedsmith.com |
| Mark T. Nugent, Esq. | Email:mnugent@morrisonmahoney .com |
| Deborah G. Solmor, Esq. | Email:ecrane@skadden.com |
| Edward M. Crane, Esq. | Email:dsolmor@skadden.com |
| Mark D. Cahill, Esq. | Email:mcahill@choate.com |
| J. Renn Olenn,Esq. | Email:jro@olenn-penza.com |
| Mark D. Tourgee, Esq. | Email:aminchillo@itwlaw.com |
| Richard W. MacAdams,Esq. | Email:macadams@mandwlaw.com |
| Gregory E. Boyer, Esq. | Email:boyerlaw1@aol.com |
| Georgia A.Sulllivan, Esq. | Email:Georgia.sullivan@thehartford .com |
| Mark P. Dolan, Esq. | Email:ricedonlank@aol.com |
| Stephen P. Fogerty, Esq. | Email:fogerty@holloran-sage.com |
| Howard Julian | Email:sohohomes@yahoo.com |
| George E. Wolf, III,Esq. | Email:gwolf@shb.com |
| Ann Songer, Esq. | Email:asonger@shb.com |
| John R. Mahoney, Esq. | Email:johnmahoney@amlawllp .com |
| Charles Babcock,Esq. | Email:Cbabcock@jw.com |
| T.Dos Urbanski,Esq. | Email:stationlitigation@melicklaw .com |

| | |
|---|---|
| Joseph Krowski, Esq. | Email:josephkrowski.law@erizon.net |
| Lawrence J. Cappuccio, Esq. | Email:I.cappuccio@worldnet.att.net |
| Eric Bradford Hermanson, Esq. | Email:ehermanson@m-klaw.com |
| Peter Schneider, Esq. | Email:pschneider@cmj-law.com |
| Donna M. Lamontagne, Esq. | Email:dlamontagne@zizikpowers .com |
| Faith LaSalle, Esq. | Email:flasalle@lasallelaw.com |
| Joseph J. McGair, Esq. | Email:jjm@petrarcamcgair.com |
| Mark K. Ostrowski, Esq. | Email:mostrowski@goodwin.com |
| Robert I. Reardon, Esq. | Email:reardonlaw@aol.com |
| Esquire | Email:stationfire@esquirecom.com |

S/S Ronald J. Resmini, Esq.

Ronald J. Resmini, Esq.