UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

RECEIVED
JUN 05 2006
Property of U.S. District Court
District of Rhode Island

RONALD KINGSLEY, ET ALS :

-VS- :C.A.NO.03-208L

JEFFREY DERDERIAN, ET ALS :

ORDER

This matter came on for hearing on June 1, 2006 on Plaintiffs' Motion to Extend Time to Make Service, the Honorable Senior Justice Ronald R. Lagueux presiding, and after hearing thereon and in consideration thereof, it is hereby

ORDERED, ADJUDGED and DECREED:

That the Plaintiffs' Motion to Extend Time to Make Service is hereby granted. Plaintiffs have up to and including August 18, 2006 to make service upon the Defendants in the above entitled cause.

Entered as an Order of this Honorable Court on this day of June, 2006.

ENTER: BY ORDER:

[redacted]E Sr. USDJ
6/7/06

CLERK

PRESENTED BY:

RONALD J. RESMINI, ESQ. #0484
155 South Main St. - Suite 400
Prov., RI 02903
DATED: June 2, 2006
(401)751-8855