**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | |
|---|---|
| RONALD KINGSLEY, et al.<br><br>Plaintiffs,<br><br>v.<br><br>JEFFREY DERDERIAN, et al.,<br><br>Defendants, | C.A. No. 03-208L |

**PREGIS INNOVATIVE PACKAGING INC.'S ANSWER AND AFFIRMATIVE DEFENSES TO NOTICE OF ADOPTION OF THIRD AMENDED MASTER COMPLAINT**

Pregis Innovative Packaging Inc. ("Pregis Innovative") hereby adopts and incorporates by reference in its entirety its Answer and Affirmative Defenses to the Third Amended Master Complaint in *Albert L. Gray, Administrator, et al. v. Jeffrey Derderian, et al.*, C.A. No. 04-312L. Pregis Innovative further answers the additional allegations set forth in Plaintiffs' Notice of Adoption of Third Amended Master Complaint as follows:

## PARTIES

**Plaintiff**

1. Pregis Innovative is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 1.

## AFFIRMATIVE DEFENSES

As its affirmative defenses to all causes of action purportedly brought against it in the Complaint, Pregis Innovative adopts and incorporates by reference the Affirmative Defenses

alleged in its Answer and Affirmative Defenses to the Third Amended Master Complaint in *Albert L. Gray, Administrator, et al. v. Jeffrey Derderian, et al.*, C.A. No. 04-312L.

Respectfully Submitted,

PREGIS INNOVATIVE PACKAGING INC.

By its Attorneys,

S. Michael Levin (#3796)
WINOGRAD, SHINE & ZACKS, P.C.
123 Dyer Street
Providence, Rhode Island 02903-3980
Tel: (401) 273-8300
Fax: (401) 272-5728 (fax)
mlevin@wszlaw.com

Peter L. Resnik (Pro hac vice)
Steven W. Kasten (Pro hac vice)
MCDERMOTT WILL & EMERY LLP
28 State Street
Boston, Massachusetts 02109-1775
Tel: (617) 535-4000
Fax: (617) 535-3800
presnik@mwe.com
skasten@mwe.com

Dated: June 12, 2006

**CERTIFICATION**

I hereby certify that on the 12th day of June, 2006, I caused to be served a copy of the attached pleading via electronic mail, unless otherwise indicated, to the list of counsel of record attached hereto.

John Flanagan, Esq.
Airport Professional Park
2348 Post Road
Warwick, RI 02886

Joseph F. Krowski, Esq.
Law Offices of Joseph F. Krowski
30 Cottage Street
Brockton, MA 02301

| | |
|---|---|
| 1. Allen J. McCarthy, Esq. | stationlitigation@melicklaw.com |
| 2. Amy Minchillo, Esq. | aminchillo@itwlaw.com |
| 3. Andrew J. Trevelise, Esq. | atrevelise@reedsmith.com |
| 4. Ann Songer, Esq. and | stationfire@shb.com |
| 5. Anthony F. DeMarco, Esq. | tdemarco@conversent.net |
| 6. Anthony R. Leone, Esq. | leonelaw@cox.net |
| 7. B. Jon Enciso | jenciso@legalmgt.com |
| 8. Bennett R. Gallo, Esq. | brg@ndgrb.com |
| 9. Benjamin V. White III, Esq. | bwhite@vetterandwhite.com |
| 10. Brian Cunha, Esq. | brian@Briancunha.com |
| 11. Bruce P. Keller, Esq. | bkeller@debevoise.com |
| 12. Bruce G. Tucker, Esq. | btucker@legalmgt.com |
| 13. C. Russell Bengtson, Esq. | rbengtson@ckmlaw.com |
| 14. Carl A. Henlein, Esq. | chenlein@fbtlaw.com |
| 15. Charles Babcock, Esq. | cbabcock@jw.com |
| 16. Charles N. Redihan, Jr., Esq. | credihan@kprlaw.com |
| 17. Christopher C. Fallon, Jr., Esq. | cfallon@cozen.com |
| 18. Christopher A.D. Hunt, Esq. | chunt@cetcap.com |
| 19. Craig A. Johns, Esq. | johnsc@nationwide.com |
| 20. Curtis R. Diedrich, Esq. | cdiedrich@sloanewalsh.com |
| 21. Daniel Horgan, Esq. | horganlaw@snet.net |
| 22. Daniel P. McKiernan, Esq. | danielpmckiernan@yahoo.com |
| 23. David E. Maglio, Esq. | dmaglio@magliolaw.com |
| 24. David T. Mitrou, Esq. | dmitrou@mccormackfirm.com |
| 25. David A. Wollin, Esq. | dwollin@apslaw.com |
| 26. Deborah Solmor, Esq. | dsolmor@skadden.com |
| 27. Dennis J. Roberts, II, Esq. | droberts@djrlaw.com |
| 28. Donald J. Maroney, Esq. | dmaroney@kkrs.com |
| 29. Earl H. Walker, Esq. | ewalker@jw.com |
| 30. Edward M. Crane, Esq. | ecrane@skadden.com |
| 31. Edward T. Hinchey, Esq. | ehinchey@sloanewalsh.com |
| 32. Edwin F. McPherson, Esq. | emcpherson@m-klaw.com |

| | |
|---|---|
| 33. Eric Bradford Hermanson, Esq. | ehermanson@choate.com |
| 34. Esquire Deposition Solutions | stationfire@esquirecom.com |
| 35. Esquire Litigation Solutions LLC | stationfire@esquirecom.com |
| 36. Eva Marie Mancuso, Esq. | emancuso@hwac.com |
| 37. Fred A. Kelly, Jr., Esq. | stationfirelitigation@nixonpeabody.com |
| 38. George Sullivan | georgia.sullivan@thehartford.com |
| 39. Henry M. Swan, Esq. | hms@dksblaw.com |
| 40. Howard A. Merten, Esq. | hmerten.station@psh.com |
| 41. Howard Julian | sohohomes@yahoo.com |
| 42. Ian Ridlon, Esq. | Stationfire;litigation@nixonpeabody.com |
| 43. J. Renn Olenn, Esq. (Kate Harden) | kbh@olenn-penza.com |
| 44. James A. Bigos, Esq. | jim@b-plaw.com |
| 45. James A. Ruggieri, Esq. | jruggieri@hcc-law.com |
| 46. James H. Reilly, III, Esq. | jreilly@kkrs.com |
| 47. James J. Restivo, Jr., Esq. | jrestivo@reedsmith.com |
| 48. James R. Lee, Esq. | jlee@riag.ri.gov |
| 49. James T. Murphy, Esq. | stationfire@hansoncurran.com |
| 50. Jessica Deanseris, Esq. | jad@wistbar.com |
| 51. Jessica Deanseris, Esq. | Jdean@wistbar.com |
| 52.John H. Brooke, Esq. | jbrooke@brookemawhorr.com |
| 53. John J. Cloherty III, Esq. | jcloherty@piercedavis.com |
| 54. John J. Flanagan, Esq. | jflanagan@torti.com |
| 55. John J. Nazzaro, Esq. | attynazzaro@aol.com |
| 56. John P. Barylick, Esq. | jpb@wistbar.com |
| 57. John R. Crockett, III, Esq. | jcrockett@fbtlaw.com |
| 58. John R. Mahoney, Esq. | johnmahoney@amlawllp.com |
| 59. Joseph B. Burns, Esq. | jburns@rms-law.com |
| 60. Joseph H. Aronson, Esq. | jaronson@mccormackfirm.com |
| 63. Joseph J. Bellew, Esq. | jbellew@cozen.com |
| 64. Joseph Krowski, Esq. | josephkrowski.law@verizon.net |
| 65. Joseph V. Cavanagh, Jr., Esq. | stationfire@blishcavlaw.com |
| 66. Karen A. Alegria, Esq. | Karen@Briancunha.com |
| 67. Kate Harden, Esq. For J. Renn Olenn | kbh@olenn-penza.com |
| 68. Kathleen C. Henry, Esq. | khenry@choate.com |
| 69. Kelly N. Michels, Esq. | stationfire@hansoncurran.com |
| 70. Kevin F. Bowen, Esq. | kbowen@bbglaw.us |
| 71. Kim M. Clarke, Esq. | kclarke@nixonpeabody.com |
| 72. Kristin E. Rodgers, Esq. | stationfire@blishcavlaw.com |
| 73. Lauren D. Wilkins, Esq. | lwilkins@smithbrink.com |
| 74. Lawrence J. Cappuccio, Esq. | l.cappuccio@worldnet.att.net |
| 75. Lawrence G. Cetrulo, Esq. | lcetrulo@cetcap.com |
| 76. Linda Magro, Esq. | jruggieri@hcc-law.com |
| 77. Marc DeSisto, Esq. | stationfire@desistolaw.com |
| 78. Mark D. Cahill, Esq. | mcahill@choate.com |
| 79. Mark D. Tourgee, Esq. | aminchillo@itwlaw.com |
| 80. Mark Hadden, Esq. | mhadden@mhaddenlaw.com |

| | |
|---|---|
| 81. Mark P. Dolan, Esq. | ricedolank@aol.com |
| 82. Mark S. Mandell, Esq. | msb@msb-atty.com |
| 83. Mark Parsky, Esq. | mep@mcveyparsky-law.com |
| 84. Mark T. Nugent, Esq. | mnugent@morrisonmahoney.com |
| 85. Mark T. Reynolds, Esq. | mtreynolds@conversent.net |
| 86. Mark Ter Molen, Esq. | khenry@choate.com |
| 87. Matthew F. Medeiros, Esq. | mfm@lmkbw.com |
| 88. Meghan Sullivan, Esq. | meghan.sullivan@lw.com |
| 89. Max Wistow, Esq. | mw@wistbar.com |
| 90. Michael A. St. Pierre, Esq. | mikesp@rrsplaw.com |
| 91. Michael G. Sarli, Esq. | mgs@gsm-law.com |
| 92. Michael J. Mazurczak, Esq. | stationlitigation@melicklaw.com |
| 93. Michael J. McCormack, Esq.. | mmccormack@mccormackfirm.com |
| 94. Michael Potenza, Esq. | mpotenza@debevoise.com |
| 95. Michael R. DeLuca, Esq. | mrd@gsm-law.com |
| 96. Nancy W. Hamilton, Esq. | nhamilton@jw.com |
| 97. Patrick T. Jones, Esq. | pjones@cmjlaw.com |
| 98. Peter L. Resnick, Esq. | presnick@mwe.com |
| 99. Paul Sullivan, Esq. | pvsullivan@morrisonmahoney.com |
| 100. Peter Schneider, Esq. | pschneider@cmjlaw.com |
| 101. Ralph J. Monaco, Esq. | rmonaco.c-l@snet.net |
| 102. Randall L. Souza, Esq. | rsouza@shslawfirm.com |
| 103. Richard W. MacAdams, Esq. | rmacadams@mandwlaw.com |
| 104. Robert I. Reardon, Esq. | reardonlaw@aol.com |
| 105. Robert T. Norton, Esq. | rnorton@sloanewalsh.com |
| 106. Ronald J. Creamer, Esq. | resminilaw@yahoo.com |
| 107. Ronald J. Resmini, Esq. | resminilaw@yahoo.com |
| 108. Ronald Langlois, Esq. | rlanglois@smithbrink.com |
| 109. Russell Bramley, Esq. | bramley@hbhlaw.net |
| 110. Scott J. Tucker, Esq. | stucker@ths-law.com |
| 111. Stefanie DiMaio-Larivee, Esq. | fonia@msn.com |
| 112. Stephanie E. Breggia, Esq. | sbreggia@bbglaw.us |
| 113. Stephen Izzi, Esq. | Stephen.izzi@hklaw.com |
| 114. Stephen J. MacGillivray, Esq. | smacgillivray@edwardsangell.com |
| 115. Stephen M. Prignano, Esq. | sprignano@edwardsangell.com |
| 116. Stephen P. Fogerty, Esq. | fogerty@halloran-sage.com |
| 117. Stephen T. Armato, Esq. | sarmato@cetcap.com |
| 118. Steven A. Minicucci, Esq. | sminicucci@calvinolaw.com |
| 119. Steven M. Richard, Esq. | stationfirelitigation@nixonpeabody.com |
| 120. Steven W. Kasten, Esq. | skasten@mwe.com |
| 121. Stewart F. Grossman, Esq. | sgrossman@lgllp.com |
| 122. Susan S. Wettle, Esq. | swettle@fbtlaw.com |
| 123. Suzanne O'Donoghue, Esq. | sodonoghue@hcc-law.com |
| 124. T. Dos Urbanski, Esq. | stationlitigation@melicklaw.com |
| 125. Thomas C. Angelone, Esq. | angelonelaw@aol.com |
| 126. Thomas R. Bender, Esq. | stationfire@hansoncurran.com |

| | |
|---|---|
| 127. Thomas W. Lyons, Esq. | tlyons@straussfactor.com |
| 128. Timothy A. Williamson, Esq. | aminchillo@itwlaw.com |
| 129. Timothy Hardwicke | Timothy.Hardwicke@lw.com |
| 130. Tracy L. Poppe, Esq. | reardonlaw@aol.com |
| 131. W. Thomas McGough, Jr., Esq. | tmcgough@reedsmith.com |
| 132. William A. Filippo, Esq. | wfilippo@calvinolaw.com |
| 133. William E. O'Gara, Esq. | wogara@pld-law.com |
| 134. William F. Burke, Esq. | wburke@apslaw.com |