# UNITED STATES DISTRICT COURT FOR THE DISTRICT OF RHODE ISLAND

ALBERT L. GRAY, ADMINISTRATOR, *et al.*,

Plaintiff,

v.

JEFFREY DERDERIAN, *et al.*,

Defendants.

**CIVIL ACTION NO.** 04-312-L

TAMMY PASSA, ET AL,

Plaintiffs,

v.

JEFFREY DERDERIAN, ET AL,

Defendants.

**CIVIL ACTION NO.** 03-148L
(Adopting Third Amended Master Complaint in C.A. No. 04-312L)

RONALD KINGSLEY, ET AL,

Plaintiffs,

v.

JEFFREY DERDERIAN, ET AL,

Defendants.

**CIVIL ACTION NO.** 03-208L
(Adopting Third Amended Master Complaint in C.A. No. 04-312L)

| | |
|---|---|
| ANDREW PASKOWSKI, ET AL,<br><br>Plaintiffs,<br><br>v.<br><br>JEFFREY DERDERIAN, ET AL,<br><br>Defendants. | **CIVIL ACTION NO.** 05-002L<br>(Adopting Third Amended Master Complaint in C.A. No. 04-312L) |

**POLAR INDUSTRIES INC.'S OPPOSITION TO PASSA, KINGSLEY, AND PASKOWSKI PLAINTIFFS' MOTION FOR EXTENSION OF TIME TO RESPOND TO MOTION TO DISMISS**

Defendant Polar Industries Inc. respectfully opposes the Passa, Kingsley, and Paskowski plaintiffs' Motion for an Extension of Time to Oppose Polar Industries, Inc.'s Motion to Dismiss. The plaintiff's Motion for Extension was filed as docket entry # 910 on the Gray docket. As grounds for its Opposition to these plaintiffs' Motion for Extension of Time, Polar Industries Inc. states that these plaintiffs have already filed an Opposition to Polar Industries, Inc.'s Motion to Dismiss. The Passa, Kingsley, and Paskowski plaintiffs' Opposition is recorded as docket entry # 879, adopting the Objection and Memorandum in Opposition already filed by the Gray plaintiffs. The Passa, Kingsley, and Paskowski plaintiffs, having already filed an Opposition by incorporation and reference, are not now entitled to file a new and separate Opposition. If there were different or additional arguments these plaintiffs wished to make, such arguments should have been made at the time they filed docket entry #879.

As the Passa, Kingsley, and Paskowski plaintiffs have already filed an Opposition to Polar's Motion to Dismiss, their instant Motion for Extension of Time to File an Opposition is moot and inappropriate and should be denied.

RESPECTFULLY SUBMITTED:

Defendant, Polar Industries, Inc.
By its attorney,

John J. Flanagan, Esq. #3099
Airport Professional Park
2348 Post Road,
Warwick RI 02886
(401) 732-4480
(508) 541-6050 (fax)
jflanagan@torti.com

Defendant, Polar Industries, Inc.
By its attorneys, - PRO HAC VICE

~~Michael J.~~ McCormack, MA BBO# 329680
David T. Mitrou, MA BBO #645775
The McCormack Firm, LLC
One International Place
Boston, MA 02110
(617) 951-2929
(617) 951-2672 (fax)
dmitrou@mccormackfirm.com

Dated: 6/19/06

**CERTIFICATE OF SERVICE**

I hereby certify that on the 19th day of June, 2006, I caused to be served a copy of the attached pleading via electronic mail, unless otherwise indicated, to the list of counsel of record appended hereto.

Joseph F. Krowski, Esq.
Law Offices of Joseph F. Krowski
30 Cottage Street
Brockton, MA 02301
*(via regular mail)*

Station Fire - Service List

Members:

| | | |
|---|---|---|
| 1. | Andrew Trevelise | atrevelise@reedsmith.com |
| 2. | Anthony F. DeMarco, Esq. | tdemarco@conversent.net |
| 3. | Benjamin V. White, III, Esq. | bwhite@vetterandwhite.com |
| 4. | Bennett R. Gallo, Esq. | brg@ndgrb.com |
| 5. | Brian Cunha, Esq and others | brian@briancunha.com |
| 6. | Bruce G. Tucker, Esq. | btucker@legalmgt.com |
| 7. | Bruce P. Keller, Esq. | bkeller@debevoise.com |
| 8. | C. Russell Bengtson, Esq. | rbengtson@ckmlaw.com |
| 9. | Carl A. Henlein, Esq. | chenlein@fbtlaw.com |
| 10. | Charles Babcock, Esq. | cbabcock@jw.com |
| 11. | Charles N. Redihan, Jr., Esq. | credihan@kprlaw.com |
| 12. | Christopher C. Fallon, Esq. | cfallon@cozen.com |
| 13. | Christopher Hunt, Esq. | chunt@cetcap.com |
| 14. | Curtis R. Diedrich, Esq. | cdiedrich@sloanewalsh.com |
| 15. | Daniel Horgan, Esq. | Horganlaw@snet.net |
| 16. | David T. Mitrou, Esq. | dmitrou@mccormackfirm.com |
| 17. | David A. Wollin, Esq. | dwollin@apslaw.com |
| 18. | David E. Magli, Esq. | dmaglio@magliolaw.com |
| 19. | Deborah Solmor, Esq. | dsolmor@skadden.com |
| 20. | Donald J. Maroney, Esq. | dmaroney@kkrs.com |
| 21. | Earl H. Walker, Esq. | ewalker@jw.com |
| 22. | Edward M. Crane, Esq. | ecrane@skadden.com |
| 23. | Edward T. Hinchey, Esq. | Ehinchey@sloanewalsh.com |
| 24. | Edwin F. McPherson, Esq. | emcpherson@m-klaw.com |
| 25. | Eric Bradford Hermanson, Esq. | ehermanson@choate.com |

| | | |
|---|---|---|
| 26. | Eric DiMario, Esq | edimario@gunninglafazia.com |
| 27. | Esquire Deposition Services | stationfire@esquirecom.com |
| 28. | Eva Marie Mancuso, Esq. | emancuso@hwac.com |
| 29. | Fred A. Kelly, Jr., Esq. and others | stationfirelitigation@nixonpeabody.com |
| 30. | George Wolf, Esq, Anna Songer, Esq | Stationfire@shb.com |
| 31. | Georgia Sullivan | georgia.sullivan@thehartford.com |
| 32. | Henry M. Swan, Esq. | hms@dksblaw.com |
| 33. | Howard Julian | sohohomes@yahoo.com |
| 34. | Howard Merten, Esq. | Hmerten.station@psh.com |
| 35. | J. Renn Olenn, Esq. | KBH@Olenn-Penza.com |
| 36. | James A. Bigos, Esq. | jim@b-plaw.com |
| 37. | James A. Ruggieri | jruggieri@hcc-law.com |
| 38. | James H. Reilly, III, Esq. | jreilly@kkrs.com |
| 39. | James J. Restivo, Jr., Esq. | jrestivo@reedsmith.com |
| 40. | James R. Lee, Esq. | JLee@riag.state.ri.us |
| 41. | Jessica Deanseris, Esq. | jad@wistbar.com |
| 42. | Jessica Deanseris, Esq. | Jdean@wistbar.com |
| 43. | John J. Flanagan, Esq. | jflanagan@torti.com |
| 44. | John J. Nazzaro, Jr., Esq. | attynazzaro@aol.com |
| 45. | John P. Barylick, Esq. | jpb@wistbar.com |
| 46. | John R. Crockett, III, Esq. | jcrockett@fbtlaw.com |
| 47. | John R. Mahone, Esq. | johnmahoney@amlawllp.com |
| 48. | Joseph B. Burns, Esq. | jburns@rms-law.com |
| 49. | Joseph H. Aronson, Esq. | jaronson@mccormackfirm.com |
| 50. | Joseph J. Bellew, Esq. | JBellew@cozen.com |
| 51. | Joseph Krowski, Esq. | josephkrowski.law@verizon.net |
| 52. | Joseph V. Cavanagh, Jr., Esq. and others | stationfire@blishcavlaw.com |

| | | |
|---|---|---|
| 53. | Karen A. Alegria, Esq. | Karen@Briancunha.com |
| 54. | Kevin F. Bowen, Esq. | kbowen@bbglaw.us |
| 55. | Kim M. Clarke, Esq. | KClarke@nixonpeabody.com |
| 56. | Lauren D. Wilkins, Esq. | lwilkins@smithbrink.com |
| 57. | Lawlrence J. Cappuccio, Esq. | l.cappuccio@worldnet.att.net |
| 58. | Lawrence G. Cetrulo, Esq. | lcetrulo@cetcap.com |
| 59. | Marc DeSisto, Esq. | stationfire@desistolaw.com |
| 60. | Mark D. Cahill, Esq. | mcahill@choate.com |
| 61. | Mark Hadden, Esq. | mhadden@mhaddenlaw.com |
| 62. | Mark P. Dolan, Esq. | ricedolank@aol.com |
| 63. | Mark Parsky, Esq. | mep@mcveyparsky-law.com |
| 64. | Mark T. Nugent, Esq. | mnugent@morrisonmahoney.com |
| 65. | Mark T. Reynolds, Esq. | mtreynolds@conversent.net |
| 66. | Mark Ter Molen, Esq. | mtermolen@mayerbrownrowe.com |
| 67. | Marks S. Mandell, Esq. | msb@msb-atty.com |
| 68. | Matthew F. Medeiros, Esq. | mfm@lmlbw.com |
| 69. | Max Wistow, Esq. | mw@wistbar.com |
| 70. | Meghan H. Sullivan, Esq. | Meghan.Sullivan@lw.com |
| 71. | Michael A. St. Pierre, Esq. | mikesp@rrsplaw.com |
| 72. | Michael A. St. Pierre, Esq. | pschneider@cmj-law.com |
| 73. | Michael G. Sarli, Esq. | mgs@gsm-law.com |
| 74. | Michael J. Mazurczak, Esq. and others | Stationlitigation@melicklaw.com |
| 75. | Michael Potenza, Esq. | mpotenza@debevoise.com |
| 76. | Michael R. De Luca, Esq | Mrd@gsm-law.com |
| 77. | Nancy W. Hamilton, Esq. | nhamilton@jw.com |
| 78. | Patrick T. Jones, Esq. | pjones@cmj-law.com |
| 79. | Paul Sullivan, Esq. | pvsullivan@morrisonmahoney.com |

| | | |
|---|---|---|
| 80. | Peter L. Resnik, Esq. | presnik@mwe.com |
| 81. | Rajaram Suryanarayan, Esq. | Rsury@gunninglafazia.com |
| 82. | Ralph J. Monaco, Esq. | rmonaco.c-l@snet.net |
| 83. | Richard W. McAdams, Esq. | rmacadams@mandwlaw.com |
| 84. | Robert I. Reardon, Esq. | reardonlaw@aol.com |
| 85. | Robert Norton, Esq. | rnorton@SloaneWalsh.com |
| 86. | Ronald J. Creamer, Esq. | resminilaw@yahoo.com |
| 87. | Ronald Langlois, Esq. | rlanglois@smithbrink.com |
| 88. | Russell Bramley, Esq. | Bramley@hbhlaw.com |
| 89. | S. Michael Levin, Esq. | mlevin@wszlaw.com |
| 90. | Scott T. Tucker, Esq. | stucker@ths-law.com |
| 91. | Stefanie DiMaio-Larivee, Esq. | fonia@msn.com |
| 92. | Stephen Armato, Esq. | sarmato@cetcap.com |
| 93. | Stephen E. Breggia, Esq. | sbreggia@bbglaw.us |
| 94. | Stephen Izzi, Esq. | Stephen.izzi@hklaw.com |
| 95. | Stephen J. MacGillivray, Esq. | sprignano@eapdlaw.com |
| 96. | Stephen M. Prignano, Esq. | sprignano@edwardsangell.com |
| 97. | Stephen MacGillivray, Esq. | smacgillivray@eapdlaw.com |
| 98. | Stephen P. Fogerty, Esq. | fogerty@halloran-sage.com |
| 99. | Steven A. Minicucci, Esq. | sminicucci@calvinolaw.com |
| 100. | Steven W. Kasten, Esq. | skasten@mwe.com |
| 101. | Susan S. Wettle, Esq. | Swettle@fbtlaw.com |
| 102. | Suzanne O'Donoghue, Esq. | sodonoghue@hcc-law.com |
| 103. | Thomas C. Angelone, Esq. | Angelonelaw@aol.com |
| 104. | Thomas R. Bender, Esq. and others | stationfire@hansoncurran.com |
| 105. | Thomas W. Lyons, Esq. | tlyons@straussfactor.com |
| 106. | Timothy A. Williamson, Esq. | aminchillo@itwlaw.com |
| 107. | Timothy B. Hardwicke, Esq. | Timothy.Hardwicke@lw.com |

| | | |
|---|---|---|
| 108. | W. Thomas McGough, Jr., Esq. | tmcgough@reedsmith.com |
| 109. | William A. Filippo, Esq. | wfilippo@calvinolaw.com |
| 110. | William E. O'Gara, Esq | wogara@pld-law.com |
| 111. | William F. Burke, Esq | wburke@apslaw.com |
| 112. | Daniel McKiernan, Esq. | dmckiernan@mtmlaw.us |