**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

**TAMMY PASSA, et al. v. JEFFREY DERDERIAN, et al. C.A. NO: 03-148L**
**RONALD KINGSLEY, et al. v. JEFFREY DERDERIAN, et al. C.A. NO: 03-208L**
**ANDREW PASKOWSKI, et al. v. JEFFREY DERDERIAN, et al. C.A. NO: 05-002L**

**ANSWER OF DEFENDANT, FFNC, INC.**

Plaintiffs, in the above referenced cases, have adopted the Third Amended Master Complaint in Albert L. Gray, Administrator, et al. v. Jeffrey Derderian, et al., C.A. No. 04-312 L, in its entirety. Defendant, FFNC, Inc., has been served with a Summons and Notice of Adoption of Third Amended Master Complaint. Defendant, FFNC, Inc., hereby repeats and incorporates by reference its Answer and affirmative defenses to the Gray Plaintiffs' Third Amended Master Complaint.

Likewise, Defendant, FFNC, Inc., demands trial by jury.

Defendant, FFNC, Inc.
By its Attorneys:

Michael R. De Luca, # 3663
Gidley, Sarli & Marusak, LLP
One Turks Head Place, Suite 900
Providence, RI 02903
(401) 274-6644
(401) 331-9304 fax

**CERTIFICATION**

I hereby certify that a true copy of the within was served via e-mail upon all parties shown on the attached service list on the 20 day of June, 2006.

Jennifer L Goff

**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

**TAMMY PASSA, et al. v. JEFFREY DERDERIAN, et al. C.A. NO: 03-148L**
**RONALD KINGSLEY, et al. v. JEFFREY DERDERIAN, et al. C.A. NO: 03-208L**
**ANDREW PASKOWSKI, et al. v. JEFFREY DERDERIAN, et al. C.A. NO: 05-002L**

**ANSWER OF DEFENDANT, FFNC, INC.**

Plaintiffs, in the above referenced cases, have adopted the Third Amended Master Complaint in Albert L. Gray, Administrator, et al. v. Jeffrey Derderian, et al., C.A. No. 04-312 L, in its entirety. Defendant, FFNC, Inc., has been served with a Summons and Notice of Adoption of Third Amended Master Complaint. Defendant, FFNC, Inc., hereby repeats and incorporates by reference its Answer and affirmative defenses to the Gray Plaintiffs' Third Amended Master Complaint.

Likewise, Defendant, FFNC, Inc., demands trial by jury.

Defendant, FFNC, Inc.
By its Attorneys:

Michael R. De Luca, # 3663
Gidley, Sarli & Marusak, LLP
One Turks Head Place, Suite 900
Providence, RI 02903
(401) 274-6644
(401) 331-9304 fax

**CERTIFICATION**

I hereby certify that a true copy of the within was served via e-mail upon all parties shown on the attached service list on the 20 day of June, 2006.

Jennifer L Goff