UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

RONALD KINGSLEY, ET AL :
Plaintiffs

-VS- :C.A.NO. 03-208L
(Adopting Third Amended
JEFFREY DERDERIAN, ET AL, Master Complaint in
Defendants : C.A. No. 04-312L)

PLAINTIFFS' MOTION TO WITHDRAW
MOTION FOR EXTENSION OF TIME
TO RESPOND TO MOTION
DEFENDANT, POLAR INDUSTRIES, INC.'S
MOTION TO DISMISS

Now come the Plaintiffs in the above entitled cause and herein withdraw their Motion for Extension of Time to Respond to Defendant, Polar Industries, Inc.'s Motion to Dismiss which was filed as docket entry #910 on the Gray docket. Plaintiffs continue to adopt the Objection and Memorandum in Opposition filed by the Gray Plaintiffs as docket entry #879.

By their Attorney,

BY:____________________________

RONALD J. RESMINI, ESQ.#0484
155 South Main St., Suite 400
Providence, Rhode Island 02903
DATED: June 22, 2006
(401)751-8855

## CERTIFICATION

I hereby certify that an exact copy of the within document was electronically mailed to the following individuals on this 22ND day of June, 2006.

| | |
|---|---|
| Allen J. McCarthy, Esq. | stationlitigation@melicklaw.com |
| Andrew J. Trevelise, Esq. | atrevelise@reedsmith.com |
| Ann Songer, Esq. | stationfire@shb.com |
| Anthony F. DeMarco, Esq. | tdemarco@conversent.net |
| B. Jon Enciso | jenciso@legalmgt.com |
| Benjamin V. White, III, Esq. | bwhite@vetterandwhite.com |
| Bennett R. Gallo, Esq. | brg@ndgrb.com |
| Brian Cunha, Esq. | brian@Briancunha.com |
| Bruce P. Keller, Esq. | bkeller@debevoise.com |
| Bruce G. Tucker, Esq. | btucker@legalmgt.com |
| C. Russell Bengtson, Esq. | rbengtson@ckmlaw.com |
| Carl A. Henlein, Esq. | chenlein@fbtlaw.com |
| Charles Babcock, Esq. | cbabcock@jw.com |
| Charles N. Redihan, Jr., Esq. | credihan@kprlaw.com |
| Christopher C. Fallon, Jr., Esq. | cfallon@cozen.com |
| Christopher A.D. Hunt, Esq. | stationlitigation@cetcap.com |
| Curtis R. Diedrich, Esq. | cdiedrich@sloanewalsh.com |
| Daniel Horgan, Esq. | horganlaw@snet.net |
| Daniel P. McKiernan, Esq. | danielpmckiernan@yahoo.com |
| David E. Maglio, Esq. | dmaglio@magliolaw.com |
| David T. Mitrou, Esq. | dmitrou@mccormackfirm.com |
| David A. Wollin, Esq. | stationfire@apslaw.com |
| Deborah Solmor, Esq | dsolmor@skadden.com |
| Dennis J. Roberts, II, Esq. | droberts@djrlaw.com |
| Donald J. Maroney, Esq. | dmaroney@kkrs.com |
| Earl H. Walker, Esq. | ewalker@jw.com |
| Edward M. Crane, Esq. | ecrane@skadden.com |
| Edward T. Hinchey, Esq. | ehinchey@sloanewalsh.com |
| Edwin F. McPherson, Esq. | emcpherson@m-klaw.com |
| Eric Bradford Hermanson, Esq. | ehermanson@choate.com |
| Eric B. DiMario, Esq. | edimario@gunninglafazia.com |
| Esquire Litigation Solutions LLC | stationfire@esquirecom.com |
| Eva Marie Mancuso, Esq. | emancuso@hwac.com |
| Fred A. Kelly, Jr., Esq. | stationfirelitigation@nixonpeabody.com |
| George E. Wolf, III, Esq. | stationfire@shb.com |
| Georgia Sullivan, Esq. | georgia.sullivan@thehartford.com |
| Henry M. Swan, Esq. | hms@dksblaw.com |
| Howard Julian | sohohomes@yahoo.com |

| | |
|---|---|
| Michael G. Sarli, Esq. | mgs@gsm-law.com |
| Nancy W. Hamilton, Esq. | nhamilton@jw.com |
| Patrick T. Jones, Esq. | pjones@cmjlaw.com |
| Paul Sullivan, Esq. | pvsullivan@morrisonmahoney.com |
| Peter Resnik, Esq. | presnik@mwe.com |
| Peter Schneider, Esq. | pschneider@cmjlaw.com |
| Rajaram Suryanarayan, Esq. | rsury@gunninglafazia.com |
| Ralph J. Monaco, Esq. | rmonaco.c-l@snet.net |
| Randall L. Souza, Esq. | stationfirelitigation@nixonpeabody.com |
| Richard W. MacAdams, Esq. | rmacadams@mandwlaw.com |
| Robert T. Norton, Esq. | rnorton@sloanewalsh.com |
| Robert I. Reardon, Esq. | reardonlaw@aol.com |
| Ronald J. Creamer, Esq. | resminilaw@yahoo.com |
| Ronald Langlois, Esq. | rlanglois@smithbrink.com |
| Ronald J. Resmini, Esq. | resminilaw@yahoo.com |
| Russell Bramley, Esq. | bramley@hbhlaw.net |
| S. Michael Levin, Esq. | mlevin@wszlaw.com |
| Scott J. Tucker, Esq. | stucker@ths-law.com |
| Stefanie DiMaio-Larivee, Esq. | fonia@msn.com |
| Stephen T. Armato, Esq. | stationlitigation@cetcap.com |
| Stephen E. Breggia, Esq. | sbreggia@bbglaw.us |
| Stephen P. Fogerty, Esq. | fogerty@halloran-sage.com |
| Stephen J. MacGillivray, Esq. | smacgillivray@eapdlaw.com |
| Stephen M. Prignano, Esq. | sprignano@eapdlaw.com |
| Steven W. Kasten, Esq. | skasten@mwe.com |
| Steven A. Minicucci, Esq. | sminicucci@calvinolaw.com |
| Steven M. Richard, Esq. | stationfirelitigation@nixonpeabody.com |
| Susan S. Wettle, Esq. | swettle@fbtlaw.com |
| Suzanne O'Donoghue, Esq. | sodonoghue@hcc-law.com |
| T. Dos Urbanski, Esq. | stationlitigation@melicklaw.com |
| Thomas C. Angelone, Esq. | angelonelaw@aol.com |
| Thomas R. Bender, Esq. | stationfire@hansoncurran.com |
| Thomas W. Lyons, Esq. | tlyons@straussfactor.com |
| Timothy B. Hardwicke, Esq. | timothy.hardwicke@lm.com |
| Timothy A. Williamson, Esq. | aminchillo@itwlaw.com |
| Tracy L. Poppe, Esq. | reardonlaw@aol.com |
| W. Thomas McGough, Jr., Esq. | tmcgough@reedsmith.com |
| William F. Burke, Esq. | wburke@apslaw.com |
| William M. Heffernan, Esq. | heffernanlaw@aol.com |
| William A. Filippo, Esq. | wfilippo@calvinolaw.com |
| William E. O'Gara, Esq. | wogara@pld-law.com |