UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| TAMMY PASSA, et al.<br>Plaintiffs<br><br>V.<br><br>JEFFREY DERDERIAN, et al<br>Defendants | :<br>:<br>:<br>:<br>:<br>:<br>: | C.A. No.: 03-148L |
| RONALD KINGSLEY, et al.<br>Plaintiffs<br><br>V.<br><br>JEFFREY DERDERIAN, et al<br>Defendants | :<br>:<br>:<br>:<br>:<br>:<br>: | C.A. No.: 03-208L |
| ANDREW PASKOWSKI, et al.<br>Plaintiffs<br><br>V.<br><br>JEFFREY DERDERIAN, et al<br>Defendants | :<br>:<br>:<br>:<br>:<br>:<br>: | C.A. No.: 05-002L |

**ENTRY OF APPEARANCE**

Now comes the undersigned and hereby enters his appearance on behalf of the defendant, V. B. Gifford & Company, Inc.

Defendant,
V. B. GIFFORD & COMPANY, INC.,
By his Attorneys:

William M. Heffernan

William M. Heffernan, #2498
HEFFERNAN LAW OFFICES, P.C.
2145 Diamond Hill Road, Suite One
Cumberland, Rhode Island 02864
(401) 334-5600

HEFFERNAN
LAW OFFICES, P.C.
2145 DIAMOND HILL RD.
SUITE ONE
CUMBERLAND, RI
02864
(401) 334-5600