UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| RONALD KINGSLEY<br>Plaintiff<br><br>vs.<br><br>JEFFREY DERDERIAN, et al<br>Defendants | :<br>:<br>:<br>:<br>:<br>:<br>: | C.A. No. 03-208 L |

**ENTRY OF APPEARANCE**

Mark Parsky, Esq. and William E. O'Gara, Esq. hereby enter their appearance on behalf of defendant, Home Depot U.S.A., Inc.

Respectfully submitted,
HOME DEPOT U.S.A., INC.

Mark E. Parsky (WEO)
Mark E. Parsky, Esq.
McVey & Parsky, LLC
30 N. LaSalle St.
Suite 2100
Chicago, IL 60602
Phone: (312) 551-2130
Fax: (312) 551-2131
Email: mep@mcveyparsky-law.com

William E. O'Gara (#4257)
Pannone Lopes & Devereaux LLC
1800 Financial Plaza
Providence, Rhode Island 02903
Tel.: (401) 824-5100
Fax: (401) 824-5123
wogara@pld-law.com

# CERTIFICATION

The undersigned hereby certifies that a true copy of the within was sent via e-mail on 17th day of July 2006 to:

| | |
|---|---|
| Allen J. McCarthy, Esq. | stationlitigation@melicklaw.com |
| Andrew Trevelise, Esq. | atrevelise@reedsmith.com |
| Ann Songer, Esq. | stationfire@shb.com |
| Anthony F. DeMarco, Esq. | tdemarco@conversent.net |
| B. Jon Enciso, Esq. | jenciso@legalmgt.com |
| Benjamin V. White, III, Esq. | bwhite@vetterandwhite.com |
| Bennett R. Gallo, Esq. | brg@ndgrb.com |
| Brian Cunha, Esq. | brian@Briancunha.com |
| Bruce P. Keller | bkeller@debevoise.com |
| Bruce G. Tucker, Esq. | btucker@legalmgt.com |
| C. Russell Bengtson, Esq. | rbengtson@ckmlaw.com |
| Carl A. Heinlein, Esq. | chenlein@fbtlaw.com |
| Charles Babcock, Esq. | cbabcock@jw.com |
| Charles N. Redihan, Esq. | credihan@kprlaw.com |
| Christopher C. Fallon, Esq. | cfallon@cozen.com |
| Christopher A.D. Hunt, Esq. | chunt@cetcap.com |
| Curtis R. Diedrich, Esq. | cdiedrich@sloanewalsh.com |
| Daniel Horgan, Esq. | horganlaw@snet.com |
| Daniel P. McKiernan, Esq. | dmckiernan@mtmlaw.us |
| David E. Maglio, Esq. | dmaglio@magliolaw.com |
| David T. Mitrou, Esq. | dmitrou@mccormackfirm.com |
| David A. Wollin, Esq. | dwollin@apslaw.com |
| Deborah Solmor, Esq. | dsolmor@skadden.com |
| Dennis J. Roberts, II, Esq. | droberts@djrlaw.com |
| Donald J. Maroney, Esq. | dmaroney@kkrs.com |
| Earl H. Walker, Esq. | ewalker@jw.com |
| Edward M. Crane, Esq. | ecrane@skadden.com |
| Edward T. Hinchey, Esq. | ehinchey@sloane-walsh.com |
| Edwin McPherson, Esq. | emcpherson@m-klaw.com |
| Eric Bradford Hermanson, Esq. | ehermanson@choate.com |
| Eric B. DiMario, Esq. | edimario@gunninglafazia.com |
| Esquire Litigation Solutions, LLC | stationfire@equire.com |
| Eva Marie Mancuso, Esq. | emancuso@hwac.com |
| Fred A. Kelly, Jr., Esq. | stationfirelitigation@nixonpeabody.com |
| George E. Wolf, III, Esq. | stationfire@shb.com |
| Georgia Sullivan, Esq. | georgia.sullivan@thehartford.com |
| Henry M. Swan, Esq. | hms@dksblaw.com |

| | |
|---|---|
| Howard Julian, Esq. | sohohomes@yahoo.com |
| Howard A. Merten, Esq. | hmerten.station@psh.com |
| Ian Ridlon, Esq. | iridlon@burnslev.com |
| James A. Bigos, Esq. | jim@b-plaw.com |
| James R. Lee, Esq. | jlee@riag.ri.gov |
| James T. Murphy, Esq. | stationfire@hansoncurran.com |
| James H. Reilly, III, Esq. | jreilly@kkrs.com |
| James J. Restivo, Jr., Esq. | jrestivo@reedsmith.com |
| James A. Ruggieri, Esq. | jruggieri@hcc-law.com |
| John H. Brooke, Esq. | jbrooke@brookemawhorr.com |
| John J. Cloherty, III, Esq. | jcloherty@piercedavis.com |
| John R. Crockett, III, Esq. | jcrockett@fbtlaw.com |
| John J. Flanagan, Esq. | jflanagan@torti.com |
| John J. Nazzaro, Esq. | attynazzaro@aol.com |
| John P. Barylick, Esq. | jpb@wistbar.com |
| John R. Mahoney, Esq. | johnmahoney@amlawllp.com |
| Joseph H. Aronson, Esq. | jaronson@mccormackfirm.com |
| Joseph J. Bellew, Esq. | jbellew@cozen.com |
| Joseph B. Burns, Esq. | jburns@rms-law.com |
| Joseph V. Cavanagh, Jr., Esq. | stationfire@blishcavlaw.com |
| Joseph Krowski, Esq. | josephkrowski.law@verizon.net |
| Karen A. Alegria, Esq. | Karen@Briancunha.com |
| Kate B. Harden, Esq. | kbh@olenn-penza.com |
| Kathleen C. Henry, Esq. | khenry@choate.com |
| Kelly N. Michels, Esq. | stationfire@hansoncurran.com |
| Kevin F. Bowen, Esq. | kbowen@bbglaw.us |
| Kim M. Clarke, Esq. | kclarke@nixonpeabody.com |
| Kristin E. Rodgers, Esq. | stationfire@blishcavlaw.com |
| Lauren D. Wilkins, Esq. | lwilkins@smithbrink.com |
| Lawrence J. Cappuccio, Esq. | l.cappuccio@worldnet.att.net |
| Lawrence G. Cetrulo, Esq. | lcetrulo@cetcap.com |
| Marc DeSisto, Esq. | stationfire@desistolaw.com |
| Mark D. Cahill, Esq. | mcahill@choate.com |
| Mark P. Dolan, Esq. | ricedolank@aol.com |
| Mark Hadden, Esq. | mhadden@mhaddenlaw.com |
| Mark Mandell, Esq. | msb@msb-atty.com |
| Mark T. Nugent, Esq. | mnugent@morrisonmahoney.com |
| Mark Parsky, Esq. | mep@mcveyparsky-law.com |
| Mark T. Reynolds, Esq. | mtreynolds@conversent.net |
| Mark R. Ter Molen, Esq. | mtermolen@mayerbrownrowe.com |
| Mark D. Tourgee, Esq. | aminchillo@itwlaw.com |
| Matthew F. Medeiros, Esq. | mfm@lmkbw.com |
| Max Wistow, Esq. | jdean@wistbar.com |
| Meghan H. Sullivan, Esq. | meghan.sullivan@lw.com |

| | |
|---|---|
| Michael R. DeLuca, Esq. | mrd@gsm-law.com |
| Michael Mazurczak, Esq. | stationlitigation@melicklaw.com |
| Michael J. McCormack, Esq. | mmccormack@mccormackfirm.com |
| Michael Potenza, Esq. | mpotenza@debevoise.com |
| Michael St. Pierre, Esq. | mikesp@rrsplaw.com |
| Michael Sarli | mgs@gsm-law.com |
| Nancy Hamilton, Esq. | nhamilton@jw.com |
| Patrick Jones, Esq. | pjones@cmjlaw.com |
| Paul Sullivan, Esq. | pvsullivan@morrisonmahoney.com |
| Peter Resnik, Esq. | presnik@mwe.com |
| Peter Schneider, Esq. | pschneider@cmjlaw.com |
| Rajaram Suryanarayan, Esq. | rsury@gunninglafazia.com |
| Ralph Monaco, Esq. | rmonaco.c-l@snet.net |
| Randall Souza, Esq. | stationfirelitigation@nixonpeabody.com |
| Richard MacAdams, Esq. | rmacadams@mandwlaw.com |
| Robert Norton, Esq. | rnorton@sloanewalsh.com |
| Robert Reardon, Esq. | reardonlaw@aol.com |
| Ronald Creamer, Esq. | resminilaw@yahoo.com |
| Ronald Langlois, Esq. | rlanglois@smithbrink.com |
| Ronald J. Resmini, Esq. | resminilaw@yahoo.com |
| Russell Bramley, Esq. | bramley@hbhlaw.com |
| S. Michael Levin, Esq. | mlevin@wszlaw.com |
| Scott Tucker, Esq. | stucker@ths-law.com |
| Stefanie DiMaio-Larivee, Esq. | fonia@msn.com |
| Stephen Armato, Esq. | sarmato@cetcap.com |
| Stephen Breggia, Esq. | sbreggia@bbglaw.us |
| Stephen Fogerty, Esq. | fogerty@halloran-sage.com |
| Stephen MacGillivray, Esq. | smacgillivray@eapdlaw.com |
| Stephen Prignano, Esq. | sprignano@eapdlaw.com |
| Steven Kasten | skasten@mwe.com |
| Steven Minicucci, Esq. | sminicucci@calvinolaw.com |
| Steven Richard, Esq. | stationfirelitigation@nixonpeabody.com |
| Susan Wettle, Esq. | swettle@fbtlaw.com |
| Suzanne O'Donoghue, Esq. | sodonoghue@hcc-law.com |
| T. Dos Urbanski, Esq. | stationlitigation@melicklaw.com |
| Thomas Angelone, Esq. | angelonelaw@aol.com |
| Thomas R. Bender, Esq. | stationfire@hansoncurran.com |
| Thomas Lyons, Esq. | tlyons@straussfactor.com |
| Timothy Hardwicke, Esq. | timothy.hardwicke@lm.com |
| Timothy Williamson, Esq. | aminchillo@itwlaw.com |
| Tracy Poppe, Esq. | reardonlaw@aol.com |
| W. Thomas McGough, Jr., Esq. | tmcgough@reedsmith.com |

| | |
|---|---|
| William F. Burke, Esq. | wburke@apslaw.com |
| William M. Heffernan, Esq. | heffernanlaw@aol.com |
| William Filippo, Esq. | wfilippo@calvinolaw.com |

Suzy Melo