UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| RONALD KINGSLEY, et al., | ) | |
| Plaintiffs | ) | |
| | ) | |
| v. | ) | C.A. No. 03-208 L |
| | ) | |
| JEFFREY DERDERIAN, et al., | ) | |
| Defendants | ) | |

DEFENDANT SEALED AIR CORPORATION (US)'S ANSWER, AFFIRMATIVE DEFENSES, AND JURY DEMAND TO PLAINTIFFS'[1] NOTICE OF ADOPTION OF THIRD AMENDED MASTER COMPLAINT

Defendant Sealed Air Corporation (US), hereinafter referred to as "SAC (US)", in response to plaintiffs' "Notice of Adoption of Third Amended Master Complaint" (Kingsley Doc. #126), hereby adopts and incorporates by reference as if fully set forth herein, its answer, affirmative defenses, and jury demand (Gray Doc. #846) filed in response to plaintiffs' Third Amended Master Complaint in *Albert L. Gray, et al. v. Jeffrey Derderian, et al.*, C.A. No. 1:04-CV-312-L. (Gray Doc. #695).

And further answering the numbered paragraphs of the plaintiffs' Notice of Adoption, SAC (US) states as follows:

[1] *Kingsley, et al., v. Derderian, et al.*, C.A. No. 03-208-L.

1.-10. SAC (US) is without knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them and calls upon plaintiffs to prove them to the extent relevant.

Respectfully submitted,

Defendant,
SEALED AIR CORPORATION (US),
By its attorneys,

/s/ John J. Cloherty III

John J. Cloherty III, RI Bar No. 5068
PIERCE, DAVIS & PERRITANO, LLP
Ten Winthrop Square
Boston, MA 02110
(617) 350-0950

Providence Office:
128 Dorrance Street, Suite 400
Providence, RI 02903

CERTIFICATE OF SERVICE

I hereby certify that I caused to be served a copy of the within document in pdf format by electronic mail on the 22nd day of August, 2006, to counsel of record as follows:

- **Thomas C. Angelone**
  angelonelaw@aol.com
- **Steven T. Armato**
  sarmato@cetcap.com
- **Charles L. Babcock**
  cbabcock@jw.com
- **Thomas R. Bender**
  trb@hansoncurran.com

- **C. Russell Bengtson**
  rbengtson@ckmlaw.com
- **Joseph V. Cavanagh, Jr**
  jvc@blishcavlaw.com
- **John J. Cloherty, III**
  jcloherty@piercedavis.com
- **Robert P. Corrigan**
  rpcorrigan@conversent.net
- **Edward M. Crane**
  ecrane@skadden.com
- **Ronald J. Creamer**
  resminilaw@yahoo.com
- **Michael R. DeLuca**
  mrd@gsm-law.com
- **Anthony F. DeMarco**
  tdemarco@conversent.net rdblaw@conversent.net
- **Gerald C. DeMaria**
  gdemaria@hcc-law.com
- **Curtis R. Diedrich**
  cdiedrich@sloanewalsh.com
- **John J. Flanagan**
  jflanagan@torti.com
- **Bennett R. Gallo**
  brg@ndgrb.com
- **Mark C. Hadden**
  mhadden@mhaddenlaw.com
- **William M. Heffernan**
  HeffernanLaw@aol.com
- **John G. Hines**
  Hines-Patz@conversent.net
- **Fred A. Kelly, Jr**
  fkelly@nixonpeabody.com ProEfile@nixonpeabody.com
- **Ronald P. Langlois**
  rlanglois@smithbrink.com
- **James R. Lee**
  jlee@riag.ri.gov
- **S. Michael Levin**
  mlevin@wszlaw.com
  slevesque@wszlaw.com;presnik@mwe.com;skasten@mwe.com

- **Thomas W. Lyons, III**
  tlyons@straussfactor.com
- **Richard W. MacAdams**
  rmacadams@mandwlaw.com vburrus@mandwlaw.com
- **Stephen J. MacGillivray**
  smacgillivray@eapdlaw.com
- **David E. Maglio**
  dmaglio@magliolaw.com
- **John W. Mahoney**
  johnmahoney@amlawllp.com
- **Donald J. Maroney**
  dmaroney@kkrs.com
- **Joseph J. McGair**
  jjm@petrarcamcgair.com
- **W. Thomas McGough, Jr**
  wmcgough@reedsmith.com
- **Howard A. Merten**
  hm@psh.com slb@psh.com
- **James T. Murphy**
  jtm@hansoncurran.com
- **Robert T. Norton**
  rnorton@sloanewalsh.com
- **William E. O'Gara**
  wogara@pld-law.com
- **Mark Parsky**
  mep@mcveyparsky-law.com
- **Stephen M. Prignano**
  sprignano@eapdlaw.com
- **James H. Reilly, III**
  jreilly@kkrs.com
- **Ronald J. Resmini**
  resminilaw@yahoo.com
- **Steven M. Richard**
  srichard@nixonpeabody.com ProEfile@nixonpeabody.com
- **Ian C. Ridlon**
  iridlon@burnslev.com
- **Kristin E. Rodgers**
  ker@blishcavlaw.com
- **Denean M. Russo**
  drusso@mandwlaw.com

- **Deborah G. Solmor**
  dsolmor@skadden.com
- **Rajaram Suryanarayan**
  rsury@gunninglafazia.com
- **Henry M. Swan**
  hms@dksblaw.com
- **Andrew J. Trevelise**
  atrevelise@reedsmith.com
- **T. Dos Urbanski**
  durbanski@melicklaw.com
- **Benjamin V. White, lll**
  bwhite@vetterandwhite.com
- **David A. Wollin**
  dwollin@apslaw.com

**Notice Via First Class Mail:**

**Stephanie DiMaio Larivee**
215 Broadway
Providence, RI 02903

**Christopher C Fallon Jr**
Cozen O'Connor
1900 Market Street
Philadelphia, PA 19103-3508

**Edwin F. McPherson**
McPherson & Kalmansohn
1801 Century Park East
24th Floor
Los Angeles, CA 90067

**James J. Restivo**
Reed Smith LLP
435 Sixth Avenue
Pittsburg, PA 15219

**Scott J. Tucker**
Tucker, Heifetz & Saltzman LLP
100 Franklin Street
Suite 801
Boston, MA 02110

/s/ John J. Cloherty III

John J. Cloherty III