UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| ALBERT L. GRAY, Administrator, et al. | : | |
| Plaintiffs | : | |
| | : | CIVIL ACTION NO. 04-312L |
| v. | : | |
| JEFFREY DERDERIAN, et al. | : | |
| Defendants | : | |

| | | |
|---|---|---|
| ESTATE OF JUDE B. HENAULT, et al. | : | |
| Plaintiffs | : | |
| | : | CIVIL ACTION NO. 03-483L |
| v. | : | |
| AMERICAN FOAM CORPORATION, et al. | : | |
| Defendants | : | |

**DEFENDANTS'[1] ENTRY OF APPEARANCE**

The undersigned hereby enters his appearance on behalf of the defendants, William Burnett & Co., Incorporated; Wm. T. Burnett & Co., Incorporated; Wm. T. Burnett Management, Inc.; Wm. T.B. Burnett & Co.; and Wm. T. Burnett Operating, LLLP, defendants.

[1] William Burnett & Co., Incorporated, William T. Burnett & Co., Incorporated, Wm. T. Burnett Management, Inc., Wm. T.B. Burnett & Co. and Wm. T. Burnett Operating, LLLP.

/s/ Thomas J. Cronin
Thomas J. Cronin (#5302)
GUNNING & LAFAZIA, INC.
56 Pine Street – 7th Floor
Providence, Rhode Island 02903
Telephone: (401)521-6900
Facsimile: (401)521-6901
Direct Dial: (401)521-7977

**CERTIFICATION**

The undersigned hereby certifies that a true and accurate copy of the within was emailed on the 14th day of June, 2007 to:

| | |
|---|---|
| Angelone, Thomas | angelonelaw@aol.com |
| Armato, Steven; Cetrulo, Lawrence; Hunt, Christopher | stationlitigation@cetcap.com |
| Babcock, Charles | cbabcock@jw.com |
| Barylick, John | jbarylick@wistbar.com |
| Bender, Thomas; Murphy, James; Michels, Kelly | stationfire@hansoncurren.com |
| Bengtson, C. Russell | rbengtson@ckmlaw.com |
| Bigos, James | jim@b-plaw.com |
| Bowen, Kevin | kbowen@bbglaw.us |
| Bramley, Russell | bramley@hbhlaw.net |
| Breggia, Steven | sbreggia@bbglaw.us |
| Burns, Joseph | jburns@rms-law.com |
| Cahill, Mark | mcahill@choate.com |
| Cappuccio, Lawrence | l.cappuccio@worldnet.att.com |
| Cavanagh, Joseph; Rodgers, Kristen | stationfire@blishcavlaw.com |
| Cloherty, John; Pierce, Joel | jcloherty@piercedavis.com |

| | |
|---|---|
| Crane, Edward | ecrane@skadden.com |
| Creamer, Ronald; Resmini, Ronald | resminilaw@yahoo.com |
| Cunha, Brian; Alegria, Karen | brian@briancunha.com |
| Deanseris, Jessica | jdean@wistbar.com |
| DeLuca, Michael | mrd@gsm-law.com |
| DeMarco, Anthony; Reynolds, Mark | tdemarco@conversent.net |
| DeSisto, Marc; Daniels, Kathleen | stationfire@desistolaw.com |
| Deidrich, Curtis | cdeidrich@sloanewalsh.com |
| DiMaio, Stephanie; Howe, James | fonia@msn.com |
| Dolan, Mark; Leone, Anthony | ricedolank@aol.com |
| Esquire | stationfire@esquirecom.com |
| Fallon, Christopher; Bellew, Joseph | cfalon@cozen.com |
| Filippo, William | wfilippo@calvinolaw.com |
| Flanagan, John | jflanagan@torti.com |
| Fogerty, Stephen | fogarty@halloran-sage.com |
| Gallo, Bennett | brg@ndgrb.com |
| Hadden, Mark | mhadden@mhaddenlaw.com |
| Hamilton, Nancy | nhamilton@jw.com |
| Hardwicke, Timothy; Sullivan, Meghan | timothy.hardwicke@lw.com |
| Heffernan, William | Heffernanlaw@aol.com |
| Heinlein, Carl; Crocket, John III | cheinlein@fbtlaw.com |
| Hermanson, Eric Bradford | ehermanson@choate.com |
| Hinchey, Edward | ehinchey@sloanwalsh.com |

| | |
|---|---|
| Horgan, Daniel | horganlaw@snet.net |
| Johns, Craig | johnsc@nationwide.com |
| Jones, Patrick; Sneider, Peter | pjones@cmj-law.com |
| Julian, Howard | sohohomes@yahoo.com |
| Kasten, Steven; Resnik, Peter | skasten@mwe.com |
| Keller, Bruce | bkeller@debevoise.com |
| Langlios, Ronald; Wilkens, Lauren | stationfire@smithbrink.com |
| Lee, James | jlee@riag.state.ri. |
| Levin, Michael | mlevin@wczlaw.com |
| Lyons, Thomas | tlyons@straussfactor.com |
| MacAdams, Richard | rmacadams@mandwlaw.com |
| McGillvray, Stephen | macgillvray@edwardsandangell.com |
| Maglio, David | dmaglio@magliolaw.com |
| Mahoney, John | jmahoney@amlawllp.com |
| Mancuso, Eva Marie | emancuso@hwac.com |
| Mandell, Mark; Boisclair, Yvette | msmandell@msn.com |
| Maroney, Donald | dmaroney@kkrs.com |
| McCormack, Michael; Aronson, Joseph; Mitrou, David | mmccormack@mccormackfirm.com |
| McGough, Thomas | tmcgough@reedsmith.com |
| McPherson, Matthew | emcphearson@m-klw.com |
| Medeiros, Matthew | mfm@lmkbw.com |
| Merten, Howard | hmerten.station@psh.com |
| Minicucci, Steven | sminicucci@calvinolaw.com |

| | |
|---|---|
| Mitrou, David | dmitrou@mccormackfirm.co |
| Monaco, Ralph | rmonaco.c-l@snet.net |
| Nazzaro, John | attynazaro@aol.com |
| Norton, Robert; Scanlon, James | rnorton@sloanwalsh.com |
| Nugent, Mark mnugent@morrisonmahoney.co | |
| O'Donoghue, Suzanne | sodonoghue@hcc-law.com |
| O'Gara, William | wogara@pld-law.com |
| Olenn, Renn | kbh@olenn-penza.com |
| Parsky, Mark | mep@mcveyparsky-law.com |
| Potenza, Michael | mpotenza@debevoise.com |
| Prignano, Stephen; MacGillivray, Stephen | sprignano@edwardsangell.com |
| Reardon, Robert; Poppe, Tracy | reardonlaw@aol.com |
| Redihan, Charles | credihan@kprlaw.com |
| Reilly, James | jreilly@kkrs.com |
| Restivo, James; McGough, Thomas | jrestivo@reedsmith.com |
| Richard, Steven | stationfirelitigation@nixonpeabody.com |
| Ruggeiri, James; DiMaria, Gerald | rruggeiri@hcc-law.com |
| Solmor, Deborah; Simpson, Kimberly | dsolmor@skadden.com |
| St. Pierre, Michael | mikesp@rrsplaw.com |
| Sullivan, Paul | pvsullivan@morrisonmahoney.com |
| Swan, Henry | hms@dksblaw.com |
| Ter Molen, Mark | mtermolen@mayerbrownrowe.com |

| | |
|---|---|
| Tourgee, Mark; Williamson, Timothy | aminchillo@itwlaw.com |
| Trevelise, Andrew | atrevelise@reedsmith.com |
| Tucker, Bruce | btucker@legalmgt.com |
| Tucker, Scott | stucker@ths-law.com |
| Urbanski, T. Dos; Mazurczak, Michael; McCarthy, Allen | stationlitigation@melicklaw.com |
| Walker, Earl | ewalker@jw.com |
| Wettle, Susan | swettle@fbtlaw.com |
| Wistow, Max | mw@wistbar.com |
| Wolf, George; Songer, Ann | stationfire@shb.com |
| Wollin, David; Burke, William | stationfire@apslaw.com |

Pro Se:
Howard Julian
Seven Columbia Lane
Jamestown, RI 02835

**Notice will be delivered by other means to:**

James C Martin
Reed Smith LLP
435 Sixth Avenue
Pittsburgh, PA 15219

Kevin R. Powers
Cetrulo & Cetrulo
The Heritage Bldg.
321 So. Main Street
Providence, RI 02903

/s/Thomas J. Cronin